# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)**  Nos. 24-6256, 24-6274

**Case Name**  Epic Games, Inc. v. Google LLC, et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

Google requests leave to file an emergency motion for partial stay of the district court's permanent injunction pending appeal that exceeds the type-volume limits under Ninth Circuit Rules 27-1(1)(d) and 32-3(2).

Relief is needed no later than *(date)*: October 18, 2024

The following will happen if relief is not granted within the requested time:

The District Court's injunction sets a November 1, 2024 effective date for most of its provisions. If relief on this word extension request is not granted by October 21, the uncertainty may delay briefing on Google's emergency stay, which will impede the parties' ability to complete briefing on the motion sufficiently in advance of November 1 for this Court to consider the stay before the injunction's effective date.

I could not have filed this motion earlier because:

Per Fed. R. App. 8(a), Google filed a stay motion in the district court four days after the injunction issued. Google also requested an administrative stay from the district court by today. It is now impracticable to wait longer for a decision from the district court. Google seeks relief from this Court today so the parties may complete briefing in advance of the November 1 effective date.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 16**                                   1                              *Rev. 11/21/2019*

I requested this relief in the district court or other lower court: ◉ Yes   ○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ◉ Yes   ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: October 15, 2024

By *(method)*: Email

Position of other parties: Epic Games does not oppose this motion.

Name and best contact information for each counsel/party notified:

Gary Bornstein
GBornstein@cravath.com
Counsel for Epic Games, Inc.

I declare under penalty of perjury that the foregoing is true.

**Signature** s/Neal Kumar Katyal      **Date** 10/16/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*