UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

### Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | Nos. 24-6256, 24-6274

**Case Name** | Epic Games, Inc. v. Google LLC, et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Google requests a partial stay of the District Court's permanent injunction, issued on October 7, 2024. See generally Dkt. 1017, Epic Games, Inc. v. Google LLC, et al., No. 3:21-md-02981-JD.

Relief is needed no later than *(date)*: October 31, 2024

The following will happen if relief is not granted within the requested time:

> The District Court's injunction sets a November 1, 2024 effective date for most of its provisions. If this Court does not grant Google's emergency stay motion before the injunction takes effect, Google will suffer many the same irreparable harms that Google would suffer if the Court denies the motion outright. In particular, the injunction will diminish Google's brand and reputation; forcibly modify Google's business relationships, and impose a hundred-plus million dollars of unrecoverable costs. These harms are detailed in Google's motion.

I could not have filed this motion earlier because:

> Per Fed. R. App. 8(a), Google filed a stay motion in the district court four days after the injunction issued. Google also requested an administrative stay by today. Without an administrative stay, it is now impracticable to await a decision from the district court. Google seeks relief from this Court today so the parties may complete briefing before the November 1 compliance deadline.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court: ● Yes  ○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ● Yes  ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: October 15, 2024

By *(method)*: Email

Position of other parties: Epic Games opposes this motion.

Name and best contact information for each counsel/party notified:

Gary Bornstein
GBornstein@cravath.com
Counsel for Epic Games, Inc.

I declare under penalty of perjury that the foregoing is true.

**Signature** s/Neal Kumar Katyal  **Date** 10/16/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 16**  2  Rev. 11/21/2019