# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | Nos. 24-6256, 24-6274

**Case Name** | Epic Games, Inc. v. Google LLC, et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Google requests an immediate administrative stay of the November 1 effective date for most provisions of the permanent injunction until 30 days after this Court rules on Google's emergency motion for a partial stay pending appeal. In the alternative, Google requests expedited briefing on its emergency stay motion.

Relief is needed no later than *(date)*: October 21, 2024

The following will happen if relief is not granted within the requested time:

> The District Court's injunction sets a November 1, 2024 effective date for most of its provisions. If this Court does not grant an administrative stay or expedited briefing, the parties will not be able to complete briefing Google's motion in advance of the November 1 compliance date. Relief is necessary by October 21 for Epic Games to have timely notice of the deadline for its opposition brief, which would be October 23 under the proposed expedited schedule.

I could not have filed this motion earlier because:

> Per Fed. R. App. 8(a), Google filed a stay motion in the district court four days after the injunction issued. Google also requested an administrative stay from the district court by noon PT today. It is now impracticable to wait longer for a decision from the district court. Google seeks relief from this Court today so the parties may complete briefing before the November 1 effective date.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court: ◉ Yes  ○ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ◉ Yes  ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: October 15, 2024

By *(method)*: Email

Position of other parties: Epic Games opposes this motion in part.

Name and best contact information for each counsel/party notified:

Gary Bornstein
GBornstein@cravath.com
Counsel for Epic Games, Inc.

I declare under penalty of perjury that the foregoing is true.

**Signature** s/Neal Kumar Katyal    **Date** 10/16/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*