UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

OCT 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation  _____  EPIC GAMES, INC., a Maryland Corporation,  　　　Plaintiff - Appellee,  　v.  GOOGLE LLC; et al.,  　　　Defendants - Appellants. | No. 24-6256  D.C. No. 3:21-md-02981-JD Northern District of California, San Francisco  ORDER |
| EPIC GAMES, INC.,  　　　Plaintiff - Appellee,  　v.  GOOGLE LLC; et al.,  　　　Defendants - Appellants. | No. 24-6274  D.C. No. 3:20-cv-05671-JD Northern District of California, San Francisco  ORDER |

The motion to exceed the type-volume limits for the emergency motion for a partial stay of the permanent injunction (Docket Entry No. 4 in appeal No. 24-6256; Docket Entry No. 4 in appeal No. 24-6274) is granted. The emergency motion and the response may exceed the type-volume limits by 1,000 words.

All other pending motions will be addressed by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT