**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation. _____ EPIC GAMES, INC., a Maryland Corporation,         Plaintiff - Appellee,  v. GOOGLE LLC; et al.,         Defendants - Appellants. | No. 24-6256 D.C. No. 3:21-md-02981-JD Northern District of California, San Francisco ORDER |
| EPIC GAMES, INC.,         Plaintiff - Appellee,  v. GOOGLE LLC; et al.,         Defendants - Appellants. | No. 24-6274 D.C. No. 3:20-cv-05671-JD Northern District of California, San Francisco ORDER |

The motion to withdraw the request for a temporary administrative stay (Docket Entry No. 15 in appeal No. 24-6256; Docket Entry No. 12 in appeal No. 24-6274) is granted. The motion for an administrative stay (Docket Entry No. 8 in appeal No. 24-6256, Docket Entry No. 8 in appeal No. 24-6274) is withdrawn.

All other pending motions will be addressed by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT