**Nos. 24-6256, 24-6274**

# In the United States Court of Appeals for the Ninth Circuit

EPIC GAMES, INC.,
*Plaintiff-Appellee,*

v.

GOOGLE LLC; GOOGLE IRELAND, LTD.; GOOGLE COMMERCE, LTD.; GOOGLE ASIA PACIFIC PTE, LTD.; GOOGLE PAYMENT CORP.,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California,
Nos. 3:20-cv-05671-JD, 3:21-md-02981-JD

**UNOPPOSED MOTION OF NETCHOICE AND
CHAMBER OF PROGRESS FOR LEAVE TO FILE AMICUS BRIEF
SUPPORTING DEFENDANTS-APPELLANTS'
MOTION FOR STAY PENDING APPEAL**

Scott A. Keller
Steven P. Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW
Washington, DC 20001
(512) 693-8350
scott@lkcfirm.com

Drew F. Waldbeser
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305

CORPORATE DISCLOSURE STATEMENT

Nos. 24-6256, 24-6274

EPIC GAMES, INC.,

*Plaintiff-Appellee,*

*v.*

GOOGLE LLC; GOOGLE IRELAND, LTD.; GOOGLE COMMERCE, LTD.; GOOGLE ASIA PACIFIC PTE, LTD.; GOOGLE PAYMENT CORP.,

*Defendants-Appellants.*

Under Federal Rule of Appellate Procedure 26.1, NetChoice certifies that it has no parent corporation, and that no publicly held company owns 10% or more of its stock.

Under Federal Rule of Appellate Procedure 26.1, Chamber of Progress certifies that it is a nonprofit entity organized under Section 501(c)(6) of the Internal Revenue Code created in and existing under the laws of Virginia and has no parent corporation. No publicly held company owns 10 percent or more of Chamber of Progress. A full list of Chamber of Progress' partners is available at https://perma.cc/K5NA-FSTS.

/s/ *Scott A. Keller*
Scott A. Keller
*Counsel for Amici Curiae*

1

Pursuant to Federal Rule of Appellate Procedure 29(b)(2), amici respectfully move for leave to file the accompanying amicus brief in support of Defendants-Appellants' Emergency Motion for Partial Stay of Permanent Injunction Pending Appeal. All parties consent to the filing of this amicus brief.

**Identity of Amici.** NetChoice is a national trade association of online businesses that share the goal of promoting free enterprise and free expression on the Internet. NetChoice fights to ensure the internet remains innovative and free. Toward those ends, NetChoice engages in litigation, amicus curiae work and political advocacy.

Chamber of Progress is a tech-industry coalition devoted to a progressive society, economy, workforce, and consumer climate. Chamber of Progress backs public policies that build a fairer, more inclusive country in which the tech industry operates responsibly and fairly, and in which all people bene-fit from technological leaps. Chamber of Progress seeks to protect internet freedom and free speech, to promote innovation and economic growth, and to empower technology customers and users.

**Interest of Amici.** Amici have a strong interest in the health and well-being of the mobile app economy, which produces hundreds of billions of dollars of economic value and creates hundreds of thousands of jobs every year. The district court's unprecedented injunction amounts to judicial re-engineering of that crucial market, which many of amici's members operate within and rely upon. Amici are therefore well-positioned to explain how the injunction will deter innovation in the app economy, harming the

2

consumers and small businesses that benefit most from it. Amici are likewise well-positioned to explain why it is important that this Court stay the district court's injunction and maintain the status quo pending the full appellate process. The district court gave Google only eight months to comply with the injunction's competitor-distribution and catalog-sharing requirements—and just weeks to comply with provisions altering Google's contractual relationships with hundreds of thousands of third parties. If left in place, the injunction will therefore impact competition within the app economy before this Court can complete its review on a normal timeline.

*    *    *

Accordingly, amici respectfully request that this Court grant leave to file the accompanying amicus brief in support of Defendants-Appellants' Emergency Motion for Partial Stay of Permanent Injunction Pending Appeal.

3

Dated: October 23, 2024　　　　Respectfully submitted.

/s/ *Scott A. Keller*
Scott A. Keller
Steven P. Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW
Washington, DC 20001
(512) 693-8350
scott@lkcfirm.com

Drew F. Waldbeser
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rules of Appellate Procedure 27(D)(2)(A) and Circuit Rule 27-1 because this document contains 371 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface (14-point Palatino Linotype) using Microsoft Word.

Dated: October 23, 2024                     /s/ *Scott A. Keller*
                                            Scott A. Keller

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ *Scott A. Keller*
Scott A. Keller