**Nos. 24-6256, 24-6274**

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

EPIC GAMES, INC.,

*Plaintiff-Appellee,*

*v.*

GOOGLE LLC, *et al.*,

*Defendants-Appellants*

On Appeal from an Order of the United States
District Court for the Northern District of California

United States District Judge James Donato
Case No. 3:20-cv-05671-JD, 3:21-md-02981-JD

**UNOPPOSED MOTION OF INTERNATIONAL CENTER FOR LAW AND ECONOMICS TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF APPELLANTS' EMERGENCY MOTION FOR PARTIAL STAY OF PERMANENT INJUNCTION PENDING APPEAL**

WILLKIE FARR & GALLAGHER LLP
Matthew Freimuth
mfreimuth@willkie.com
787 Seventh Avenue
New York, NY
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

WILLKIE FARR & GALLAGHER LLP
Jonathan A. Patchen
JPatchen@willkie.com
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Counsel for Amicus Curiae International Center for Law and Economics*

October 23, 2024

Pursuant to Federal Rule of Appellate Procedure 29(a), the International Center for Law and Economics ("ICLE") respectfully requests leave to file the attached *amicus curiae* brief in support of the Emergency Motion by Google LLC ("Google") for Partial Stay of Permanent Injunction Pending Appeal. Appellant Google and Appellee Epic Games, Inc. ("Epic") consent to this motion.

### INTEREST OF AMICUS

1. ICLE is a nonprofit, non-partisan global research and policy center aimed at building the intellectual foundations for sensible, economically grounded policy. ICLE promotes the use of law and economics methodologies and economic learning to inform policy debates and has longstanding expertise evaluating antitrust law and policy.

2. ICLE has an interest in ensuring that antitrust law promotes the public interest by remaining grounded in sensible rules informed by sound economic analysis. That includes advising against far-reaching injunctions that could deteriorate the quality of mobile ecosystems, thereby harming the interests of consumers and app developers.

### RELEVANCE OF ICLE's AMICUS BRIEF

3. ICLE's brief will address matters critical to Google's motion: the harm to competition, consumers, and the public interest if the district court's permanent injunction is not stayed pending appeal. The district court's injunction poses

1

significant risks to the safety, security, and reputation of Google Play and is highly likely to harm competition between Google Play and its competitor Apple's App Store. This harm would impact both the end-consumers of apps available on Google Play as well as the app developers who depend on Google Play to reach those end-consumers.

4. ICLE's brief will aid the Court by addressing economic considerations in connection with the district court's decision and the implications of the permanent injunction. This includes explaining that the permanent injunction is grounded in an incorrect market definition that excludes Apple from the relevant market and ignores the pro-competitive justifications for Google's conduct in the two-sided transaction market in which Google operates. ICLE's brief will also outline that the injunction's imposition of a duty to deal is disclaimed under antitrust law and that the remedy imposed goes well beyond what is generally accepted.

## CONSENT OF THE PARTIES

5. Both parties have consented to the filing of ICLE's amicus brief. On October 15, 2024, Jessica Ellsworth, counsel for Google, stated that google consents to ICLE's participation as amicus. On October 18, 2024, Gary Bornstein, counsel for Epic, stated that Epic consent to ICLE's participation as amicus.

6. Out of an abundance of caution, *amicus* files this motion to request the Court's leave to file a 2,361-word brief.

2

## CONCLUSION

For the foregoing reasons, ICLE respectfully requests leave to participate as *amicus* curiae in support of Google's Emergency Motion for Partial Stay of Permanent Injunction Pending Appeal.

**WILLKIE FARR & GALLAGHER LLP**

WILLKIE FARR & GALLAGHER LLP
Matthew Freimuth
mfreimuth@willkie.com
787 Seventh Avenue
New York, NY
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

By: /s/ Jonathan A. Patchen
Jonathan A. Patchen
JPatchen@willkie.com
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Counsel for Amicus Curiae International Center for Law and Economics*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion uses a proportionately spaced, 14-point font and contains 444 words according to the count of the word processing system used to compose this brief and thus complies with Federal Rules of Appellate Procedure 27(d)(1)(D) and (E) and (2)(A) and with Circuit Rule 27-1.

/s/ Jonathan A. Patchen_____
Jonathan A. Patchen

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of October 2024, the foregoing was filed using the Court's ACMS system. All participants in the case are registered ACMS users and will be served electronically via that system.

Dated:  October 23, 2024　　　　　　　　　/s/ Jonathan A. Patchen_____
　　　　　　　　　　　　　　　　　　　　Jonathan A. Patchen