**Nos. 24-6256 & 24-6274**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

_____

EPIC GAMES, INC.,

*Plaintiff-Appellee*,

v.

GOOGLE LLC, *et al.*,

*Defendants-Appellants*.

On Appeal from a Final Judgment of the United States
District Court for the Northern District of California (Donato, J.),
Nos. 3:20-cv-05671 & 3:21-md-02981

_____

**BRIEF OF *AMICI CURIAE* FORMER NATIONAL SECURITY OFFICIALS
AND SCHOLARS IN SUPPORT OF DEFENDANTS-APPELLANTS**

_____

Roy T. Englert, Jr.
Matthew M. Madden
Aryeh Mellman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel.: (202) 775-4500
renglert@kramerlevin.com
mmadden@kramerlevin.com
amellman@kramerlevin.com

*Counsel for Amici Curiae*

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ...................................................................... ii

STATEMENT OF INTEREST OF *AMICI CURIAE* ................................1

INTRODUCTION AND SUMMARY .......................................................1

ARGUMENT……………………………………………………………4

I.      MOBILE DEVICES AND MOBILE APPS PRESENT KEY AREAS OF CONCERN FOR NATIONAL SECURITY ..............................4

      A.     Cyberconflict has become a preferred tool of our nation's adversaries ................................................................5

      B.     App-based national security threats in particular are becoming more sophisticated and creative ............................9

      C.     In recognition of the growth of device-based threats, cybersecurity policy has become a key national priority ...................15

II.     THE INJUNCTION CREATES NATIONAL-SECURITY RISK AND HARMS SECURITY-CONSCIOUS CONSUMERS ........................17

      A.     The injunction limits consumers' ability to choose heightened device and national security ................................17

      B.     Requiring a lower standard of security would place individuals and the country at risk ........................................22

CONCLUSION ..................................................................................23

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Epic Games, Inc. v. Apple Inc.*,
  493 F. Supp. 3d 817 (N.D. Cal. 2020) .............................................................16

*Epic Games, Inc. v. Apple, Inc.*,
  67 F. 4th 946 (9th Cir. 2023), *cert. denied*, 144 S. Ct. 682 (2024) ......................1

**Other Authorities**

Ryan Anastasio, *U.S. Intelligence Chief Warns Congress of Rise in Cyberattacks*, CNBC (May 2, 2024), https://perma.cc/N4ZT-LFKD ...............................................................................................13

Frank Bajak, *In Florida City, a Hacker Tried to Poison the Drinking Water*, AP NEWS (Feb. 8, 2021), https://tinyurl.com/mw6wy576 .....................12

Devlin Barrett, *Computer System Used to Hunt fugitives is Still Down 10 Weeks After Hack*, WASH. POST (May 1, 2023) ...........................................13

Olivia Beavers, *Researchers Identify Android Malware That Can 'Spy Extensively,'* THE HILL (Jan. 16, 2018) ...............................................................11

Katie Benner et al., *Israeli Company's Spyware Is Used to Target U.S. Embassy Employees in Africa*, N.Y. TIMES (Dec. 3, 2021) .......................12

Suzanne Blake, *Android Users Warned After Apps Steal Bank Information*, NEWSWEEK (June 4, 2024) .............................................................11

Barbara Booth, *The Government Is Getting Fed up with Ransomware Payments Fueling Endless Cycle of Cyberattacks*, CNBC (Oct. 18, 2024), https://perma.cc/TAL2-VXDX .................................................................13

Business Wire, *New Study Exposes Behaviors of Government Employees that Could Lead to Cybersecurity Breaches* (Mar. 31, 2022), https://tinyurl.com/yzv3a9am ...................................................................4

## TABLE OF AUTHORITIES—Continued

**Page(s)**

Will Carless & Michael Loria, *Cyberattacks on Critical US Infrastructure Keep Happening. How Worried Should We Be?*, USA TODAY (Oct. 25, 2024), https://perma.cc/SKJ4-ZS8Z .............................12

*Chinese Government Poses 'Broad and Unrelenting' Threat to U.S. Critical Infrastructure, FBI Director Says*, FBI (Apr. 18, 2024), https://tinyurl.com/5y825tu9......................................................................6

Harry Coker, Jr., *One Year In: The President's National Cybersecurity Strategy is Driving Change and Protecting the Nation*, WHITE HOUSE (Mar. 4, 2024), https://perma.cc/XZQ6-UTMF ............................................................................................15

Bree Fowler, *Ransomware Rises As a National Security Threat As Bigger Targets Fall*, C-NET (Oct. 18, 2021), https://perma.cc/X3ET-H5UQ ...........................................................13

Risa Gelles-Watnick, *American's Use of Mobile Technology and Home Broadband*, PEW RESEARCH CENTER (Jan. 31, 2024), https://perma.cc/27TZ-C2PX...................................................................4

Andy Greenberg, *Unprecedented Malware Targets Industrial Safety Systems in the Middle East*, WIRED (Dec. 14, 2017), https://perma.cc/Z6ZU-8HHF .........................................................12

Alex Hern, *Fitness Tracking App Strava Gives Away Location of Secret US Army Bases*, THE GUARDIAN (Jan. 28, 2018), https://perma.cc/RN4R-6GG2 .........................................................12

Trey Herr & Paul Rosenzweig, *Cyber Weapons and Export Control: Incorporating Dual Use with the PrEP Model*, 8 J. NAT'L SEC. L. & POL'Y (2016).........................................................................10, 11

HIPAA Journal, *Ransomware on Mobile Devices*, https://perma.cc/6G27-J6NJ (last visited Mar. 31, 2022)...................13

Joint Cybersecurity Advisory, *PRC State-Sponsored Actors Compromise and Maintain Persistent Access to U.S. Critical Infrastructure* (Feb. 7, 2024), https://perma.cc/288T-W3XD ............................5

# TABLE OF AUTHORITIES—Continued

**Page(s)**

Michael Kan, *Meta Uncovers 400 Malicious Android, iOS Apps Designed to Steal Logins*, PC MAG (Oct. 7, 2022), https://perma.cc/2RB9-9A9D ......................................................................17, 18

Michael Kan, *Microsoft, US Seize Domains Used by Russian State-Sponsored Hackers*, PC MAG (Oct. 3, 2024), https://perma.cc/5CMF-7CVB.........................................................................8, 9

Chris Kolmar, *25+ Incredible US I Smartphone Industry Statistics [2023]*, ZIPPIA (Mar. 2, 2023), https://perma.cc/DPJ7-XVYK ...........................4

Gregg Lindemulder and Matt Kosinski, *What is a Man-in-the-Middle (MITM) Attack?*, IBM (June 11, 2024), https://perma.cc/CNE6-DXZ8 .........................................................................................................14

John Love, *A Brief History of Malware-Its Evolution and Impact*, LASTLINE (Apr. 5, 2018), https://perma.cc/ZCU8-FESK....................................9

Sean Lyngaas*, China-Based Hackers Breached US Government Email Accounts, Microsoft and White House Say*, CNN (July 12, 2023), https://perma.cc/95X9-UTC6 ................................................................................7

Man-in-the-middle-attack (MitM), NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, COMPUTER SECURITY RESOURCE CENTER (last visited Dec. 3, 2024), https://perma.cc/K9UZ-WC6X .................14

Lauren McCormack, *Mobile App Download Statistics and Usage Statistics*, BUILDFIRE (Sept. 21, 2024), https://perma.cc/LVU3-EM3M ..........................................................................................................4

Ellen Nakashima, *Top Senator Calls Salt Typhoon 'Worst Telecom Hack in Our Nation's History'*, WASH. POST (Nov. 21, 2024) ...........................8

Ellen Nakashima & Tim Starks, *At Least 50 U.S. Government Employees Targeted with Phone Spyware Overseas*, WASH. POST (Mar. 27, 2023), https://tinyurl.com/wuw54wm4 .............................................11

*National Cybersecurity Strategy*, WHITE HOUSE (Mar. 2023), https://perma.cc/QR9P-4AAU...................................................................16

# TABLE OF AUTHORITIES—Continued

**Page(s)**

National Cyber Strategy of the United States of America, WHITE
 HOUSE (Sept. 2018), https://perma.cc/UF5M-AMQ4 ........................................15

National Security Agency, *Mobile Device Best Practices* (Oct. 2020),
 https://perma.cc/VWM2-PYAD ................................................................22

Anne Neuberger, *The Ransomware Battle is Shifting – So Should Our
 Response*, FINANCIAL TIMES (Oct. 4, 2024)........................................................12

Lily Hay Newman*, Hundreds of Scam Apps Hit over 10 Million
 Android Devices*, WIRED (Sept. 29, 2021),
 https://tinyurl.com/5n9x59eh...................................................................10, 19

Office of the Director of National Intelligence, *Annual Threat
 Assessment of the U.S. Intelligence Community* (Feb. 6, 2023),
 https://perma.cc/L6CQ-KNZD ...............................................................7

Office of the Director of National Intelligence, *Annual Threat
 Assessment of the U.S. Intelligence Community* (Feb. 5, 2024),
 https://perma.cc/HP79-4H5H ...............................................................5

Office of the Spokesperson, *Announcing the Release of the
 Administration's National Cybersecurity Strategy*, DEP'T OF STATE
 (Mar. 2, 2023), https://perma.cc/98UA-VJX5...................................................15

James Pearson & Raphael Satter, *What is Volt Typhoon, the Chinese
 Hacking Group the FBI Warns Could Deal a 'Devastating Blow'?*,
 REUTERS (Apr. 19, 2024) ...........................................................................6

Ellyne Phneah, *Military Mobile Apps Useful, But Security Threats
 Loom*, ZDNET (July 26, 2012), https://perma.cc/SVR8-PZD9 .........................12

Paula Reid et al., *Trump Attorney's Phone Tapped by Chinese
 Hackers, Sources Tell CNN*, CNN (Nov. 8, 2024),
 https://perma.cc/36H5-K824..............................................................................11

Paul Rosenzweig, *Volt Typhoon and the Disruption of the U.S. Cyber
 Strategy*, LAWFARE (Mar. 5, 2024), https://perma.cc/SP3B-M7WZ...................6

# TABLE OF AUTHORITIES—Continued

**Page(s)**

David E. Sanger et al., *Emerging Details of Chinese Hack Leave U.S. Officials Increasingly Concerned*, N.Y. TIMES (Nov. 22, 2024) ......................... 8

Grant Schneider, *President Trump Unveils America's First Cybersecurity Strategy in 15 Years,* WHITE HOUSE (Sept. 20, 2018), https://tinyurl.com/y7r467d2 ................................. 15

Ben Schreckinger, *How Russia Targets the U.S. Military*, POLITICO MAGAZINE (June 12, 2017), https://perma.cc/ZUV9-VHN7 ............................. 11

*Secure by Design*, Cybersecurity & Infrastructure Security Agency, https://perma.cc/765T-B2XL ................................. 16

Nicole Sganga, *Chinese Hackers Took Trillions in Intellectual Property from About 30 Multinational Companies*, CBS NEWS (May 4, 2022), https://perma.cc/KFD2-9HFS ..................... 7

Statement of Christopher A. Wray, Director, FBI, Before the Committee on Homeland Security and Governmental Affairs of the United States Senate, at a Hearing Entitled "Threats to the Homeland" (Oct. 31, 2023), https://perma.cc/KSS3-83S9 ................................ 16

Byron Tau & Dustin Volz, *NSA Warns Cellphone Location Data Could Pose National-Security Threat*, WALL ST. J. (Aug. 4, 2020) ................. 12

Bill Toulas, *MiTM Phishing Attack Can Let Attackers Unlock and Steal a Tesla*, BLEEPINGCOMPUTER (Mar. 7, 2024), https://perma.cc/MJN5-VLXV .......................... 14

Bill Toulas, *U.S. Govt Employees Exposed to Mobile Attacks From Outdated Android, iOS*, BLEEPINGCOMPUTER (Nov. 2, 2022), https://perma.cc/UWA5-UWYM ......................... 19

Trusted Future, *Government Experts in the U.S.: Don't Sideload,* (last visited Dec. 3, 2024), https://perma.cc/UHY5-M22G ....................... 22

Eric Tucker, *Justice Department Disrupts Vast Chinese Hacking Operation that Infected Consumer Devices*, AP NEWS (Sept. 18, 2024), https://tinyurl.com/39fmxyf8 ..................... 8

## TABLE OF AUTHORITIES—Continued

**Page(s)**

U.S. Dep't of Homeland Sec., *Cybercrime* (Apr. 22, 2024),
https://perma.cc/NMB3-WM4V ..............................................................10

U.S. Dep't of Justice, *Three IRGC Cyber Actors Indicted for 'Hack-
and-Leak' Operation Designed to Influence the 2024 U.S.
Presidential Election* (Sept. 27, 2024), https://perma.cc/5GHC-
G92R ...................................................................................................9

U.S. Dep't of State, *Foreign Terrorist Organizations* (last visited Dec.
3, 2024), https://perma.cc/BV4D-3JKN ..............................................9

Christopher A. Wray, *Director Wray's Remarks at the Munich
Security Conference*, FBI (Feb. 15, 2024),
https://tinyurl.com/rbnzffks ..............................................................6, 7

## STATEMENT OF INTEREST OF *AMICI CURIAE*[1]

*Amici* are a group of former officials and scholars with decades of experience in cybersecurity, national security, and intelligence practices. They have served at senior levels for Presidents of both parties and played an outsized role in the creation of modern national security law and policy. Collectively and individually, they have devoted decades to protecting U.S. national security and ensuring that cybersecurity threats are minimized to the greatest extent possible consistent with the laws of the United States. *Amici* write to offer the Court their informed perspective on the national security disruptions that would result if this Court allowed the injunctive relief imposed by the District Court to remain in place. Some but not all *amici* joined a similar brief filed in this Court in *Epic Games, Inc. v. Apple Inc.*, Nos. 21-16506 and 21-16695. This Court issued a ruling that, although not mentioning national-security concerns, aligned with *amici*'s position. *See Epic Games, Inc. v. Apple, Inc.*, 67 F. 4th 946 (9th Cir. 2023), *cert. denied*, 144 S. Ct. 682 (2024).

## INTRODUCTION AND SUMMARY

The United States' adversaries are continually and aggressively expanding the scope of their attempts to hack into the U.S.'s critical digital infrastructure. The

---

[1] Pursuant to Federal Rule of Appellate Procedure Rule 29(a)(4)(E), *amici* certify that no person or entity, other than *amici* or their counsel, made a monetary contribution to the preparation or submission of this brief or authored this brief in whole or in part.

District Court's injunction would hamstring Google's ability to secure its platforms, in the face of those threats, by drastically lowering the barriers for potentially malicious third-parties to gain access to the Google Play Store via download links, third-party access to the Google Play Store, and links to third-party app stores. Ironically, these are the primary ways that malicious actors get malware to users: by fooling users into clicking on seemingly harmless links or apps. Even one mis-clicked link can have catastrophic results, allowing malicious actors to access Android devices and user data. Lowering security barriers in this manner undermines the "secure-by-design" approach championed by the National Cybersecurity Strategy and the Cybersecurity and Infrastructure Security Agency (CISA), which advocates placing the responsibility for security in the hands of the manufacturers, who are better-positioned to promote security than users.

Compounding this risk, the injunction mandates that any security measures Google imposes on the third-parties be "strictly necessary and narrowly tailored," subject to ultimate review by the District Court itself.[2] That language puts Google in a bind, forcing it to choose between imposing additional security measures and risking getting punished by the court, or using a lighter touch that allows malevolent

---

[2] Dkt. 1017 ¶ 12. This requirement was imposed even as the district judge himself noted, "[t]here is a complicated world of security that, as a district judge, I should not be involved in." Dkt. 977, May 23, 2024 Hearing Transcript at 82:2-3.

activity on its platform.[3] Further, the injunction would deprive consumers of the ability to choose to peruse an open, secure platform on the Google Play Store.

Google's Android operating system allows consumers to opt for using the Google Play Store or alternative third-party app stores, subject to a series of security measures imposed by Google. Google is able to maintain robust security on an open platform only by imposing security measures on third-party apps. Although an open system carries some security risks, the hundreds of millions of consumers who trust their personal and confidential information to Gmail and Google Docs generally expect that Google's app store will be similarly secure.[4] By creating a world where Google cannot possibly oversee all the potential threats coming through its platform, the injunction risks subjecting consumers to risks they never signed up for.

As mobile devices have reached near-universality in the United States, malicious state and non-state actors have sought to take advantage of security vulnerabilities in those devices, some of which involve exploiting inevitable human error, to harm U.S. national security. Allowing the injunction to remain in place

---

[3] The district judge emphasized that he "d[id]n't intend to" tie Google's hands on dealing with security issues, Dkt. 977, May 23, 2024 Hearing Transcript at 90:9-15, but that good intention is difficult to square with the language that ultimately appeared in the injunction.

[4] *See* Dkt. 1020-2 ¶¶ 3-4 (Iannuccilli) (citing internal Google data showing that "75% of Android owners believed that the Play store is a safe place to get apps, and only 13% of Android owners expressed concern that apps downloaded from the Play Store are not secure").

would give such actors increased ability to harm national security. As national security experts, *amici* can shed light on the injunction's impact on national security, cybersecurity, and the public interest.

## ARGUMENT

### I. MOBILE DEVICES AND MOBILE APPS PRESENT KEY AREAS OF CONCERN FOR NATIONAL SECURITY

Usage of mobile devices has become ubiquitous. 90% of adults use smartphones, including 97% of adults between ages 18 and 49.[5] The average smartphone user spends nearly 2.5 hours using that phone every day, and nearly half of all internet usage originates from smartphones.[6] These trends are not isolated in the private sector; approximately 89% of government employees use personal smartphones at work.[7]

Mobile apps are a substantial component of overall smartphone usage; approximately 70% of all U.S. digital media is filtered through mobile apps, and the

---

[5] Risa Gelles-Watnick, *American's Use of Mobile Technology and Home Broadband*, PEW RESEARCH CENTER (Jan. 31, 2024), https://perma.cc/27TZ-C2PX.

[6] Chris Kolmar, *25+ Incredible US I Smartphone Industry Statistics [2023]*, ZIPPIA (Mar. 2, 2023), https://perma.cc/DPJ7-XVYK.

[7] Business Wire, *New Study Exposes Behaviors of Government Employees that Could Lead to Cybersecurity Breaches* (Mar. 31, 2022), https://tinyurl.com/yzv3a9am.

average smartphone owner uses 10 different apps per day.[8] Increasingly, Americans shop, bank, work, entertain themselves, interact with friends, and perform all manner of daily tasks through mobile apps.

As these devices and programs have penetrated all aspects of American society, our Nation's adversaries – China, Russia, Iran, and others – have expended substantial resources on launching cyberattacks in the U.S., often targeting mobile devices and mobile apps.[9] Weakening the Google Play Store's security architecture would leave U.S. smartphone users less defended against these increasingly sophisticated attacks.

### A. Cyberconflict has become a preferred tool of our nation's adversaries

Our Nation's adversaries' cyber capabilities are strong and continually expanding. For example, on February 7, 2024, a group of U.S. and allied intelligence agencies released a Joint Cybersecurity Advisory warning that a China-backed cyber group called Volt Typhoon sought to "pre-position [itself] on IT networks for

---

[8] Lauren McCormack, *Mobile App Download Statistics and Usage Statistics*, BUILDFIRE (Sept. 21, 2024), https://perma.cc/LVU3-EM3M.

[9] *See generally* Office of the Director of National Intelligence, *Annual Threat Assessment of the U.S. Intelligence Community* at 2 (Feb. 5, 2024), https://perma.cc/HP79-4H5H.

disruptive or destructive cyberattacks against U.S. critical infrastructure in the event of a major crisis or conflict with the United States."[10]

Specifically, the advisory alleged that Volt Typhoon had gained access to common internet-connected devices (which typically lack stringent security measures) such as routers, modems, and internet-connected security cameras.[11] Volt Typhoon had compromised targets in the telecommunications, energy, and water sectors, attempting to pave the way to access more sensitive devices.[12] The FBI mobilized with public and private sector partners to mitigate that specific attack.[13] Of note, the Volt Typhoon attacks centered on low-level devices that lack security measures. Although Google's robust security protections have largely prevented state-based cyberattacks, the injunction would lower its level of security, leaving it more vulnerable to these threats.

---

[10] Joint Cybersecurity Advisory, *PRC State-Sponsored Actors Compromise and Maintain Persistent Access to U.S. Critical Infrastructure* (Feb. 7, 2024), https://perma.cc/288T-W3XD.

[11] Paul Rosenzweig, *Volt Typhoon and the Disruption of the U.S. Cyber Strategy*, LAWFARE (Mar. 5, 2024), https://perma.cc/SP3B-M7WZ.

[12] James Pearson & Raphael Satter, *What is Volt Typhoon, the Chinese Hacking Group the FBI Warns Could Deal a 'Devastating Blow'?*, REUTERS (Apr. 19, 2024), https://tinyurl.com/ye26myex.

[13] *Chinese Government Poses 'Broad and Unrelenting' Threat to U.S. Critical Infrastructure, FBI Director Says*, FBI (Apr. 18, 2024), https://tinyurl.com/5y825tu9.

As Christopher Wray warned while serving as FBI Director, "our adversaries have also been improving [their cyberattack capabilities] exponentially—and the world has become more dangerous than ever."[14] Indeed, the Office of the Director of National Intelligence estimates that "China almost certainly is capable of launching cyber attacks that could disrupt critical infrastructure services within the United States, including against oil and gas pipelines, and rail systems." [15] To provide a sense of scale, "China's hacking program is larger than that of every other major nation, combined."[16] China's theft of trade secrets, counterfeit goods, and intellectual property costs the U.S. an estimated $225-$600 billion per year.[17] China then uses stolen intellectual property to improve its hacking program and intellectual property theft capabilities.[18]

China has begun to turn its immense cyber capabilities toward the U.S. government. In addition to the Volt Typhoon attack, China has attempted to hack email accounts at the State Department, Commerce Department, House of

---

[14] Christopher A. Wray, *Director Wray's Remarks at the Munich Security Conference*, FBI (Feb. 15, 2024), https://tinyurl.com/rbnzffks.

[15] Office of the Director of National Intelligence, *Annual Threat Assessment of the U.S. Intelligence Community* at 10 (Feb. 6, 2023), https://perma.cc/L6CQ-KNZD.

[16] *Director Wray's Remarks at the Munich Security Conference*, *supra*, n.14.

[17] Nicole Sganga, *Chinese Hackers Took Trillions in Intellectual Property from About 30 Multinational Companies*, CBS News (May 4, 2022), https://perma.cc/KFD2-9HFS.

[18] *Director Wray's Remarks at the Munich Security Conference*, *supra* n.14.

Representatives, and other public and private organizations.[19] Another China linked-group, Flax Typhoon, initiated a cyberattack that installed malicious software on more than 200,000 consumer electronic devices – targeting universities, government agencies, telecommunications providers, and nongovernmental organizations.[20] Yet another Chinese-sponsored group, Salt Typhoon, has committed "the 'worst telecom attack in our nation's history – by far,'" according to Senator Mark Warner, chairman of the Senate Intelligence Committee.[21] In the Salt Typhoon attack, hackers hid undetected inside U.S. telecommunications networks for over a year and gained access to a list of phone numbers monitored by the Department of Justice, with the ability to listen in to calls and read unencrypted text messages.[22]

China is not alone in directing cyberattacks toward military and governmental infrastructure in the U.S. In October 2024, the U.S. government publicized a long-running scheme by Russia-backed hackers to send "spear-phishing" emails –

---

[19] Sean Lyngaas, *China-Based Hackers Breached US Government Email Accounts, Microsoft and White House Say*, CNN (July 12, 2023), https://perma.cc/95X9-UTC6.

[20] Eric Tucker, *Justice Department Disrupts Vast Chinese Hacking Operation that Infected Consumer Devices*, AP NEWS (Sept. 18, 2024), https://tinyurl.com/39fmxyf8.

[21] Ellen Nakashima, *Top Senator Calls Salt Typhoon 'Worst Telecom Hack in Our Nation's History'*, WASH. POST (Nov. 21, 2024), https://tinyurl.com/5em7apf9.

[22] David E. Sanger et al., *Emerging Details of Chinese Hack Leave U.S. Officials Increasingly Concerned*, N.Y. TIMES (Nov. 22, 2024), https://tinyurl.com/4b4m3v9c.

designed to emulate emails from friends or colleagues but containing malicious links – and install malware on recipients' computers after they are tricked into clicking on the links.[23] These attacks targeted computers and email accounts of U.S. Department of Defense and State officials, as well as former intelligence officials and defense contractors.[24]

Iranian agents attempted to influence our democratic process directly using similar tactics. Three members of Iran's Islamic Revolutionary Guard Corps (a U.S.-designated Foreign Terrorist Organization)[25] were recently indicted for an attempted hack-and-leak operation, in which they surreptitiously obtained materials from now-President-Elect Donald Trump's campaign and attempted to leak them to President Biden's campaign and media organizations.[26]

## B. App-based national security threats in particular are becoming more sophisticated and creative

With the use of mobile apps now widespread, app-based cyber intrusions propagated through malicious software, or "malware," now represent a key vector of

---

[23] Michael Kan, *Microsoft, US Seize Domains Used by Russian State-Sponsored Hackers*, PC MAG (Oct. 3, 2024), https://perma.cc/5CMF-7CVB.

[24] *Id.*

[25] U.S. Dep't of State, *Foreign Terrorist Organizations* (last visited Dec. 3, 2024), https://perma.cc/BV4D-3JKN.

[26] U.S. Dep't of Justice, *Three IRGC Cyber Actors Indicted for 'Hack-and-Leak' Operation Designed to Influence the 2024 U.S. Presidential Election* (Sept. 27, 2024), https://perma.cc/5GHC-G92R.

foreign interference. Though malware has been around since the early days of personal computing, since 2010 the prevalence of mobile devices and foreign adversaries' increasing investment into cyber capabilities have coalesced to create a "significant evolution in the sophistication of malware" in the national security arena.[27] Sophisticated malware can penetrate even the most robust cybersecurity systems, and cyberattacks "generate billions of dollars in revenue each year, making cybercrime one of the most lucrative criminal enterprises."[28]

In the specific context of mobile apps, more of the onus of security shifts to the user. If an app store does not carefully secure its apps, sophisticated hackers can conceal malware in legitimate-looking apps, leaving unsuspecting users to click on an app they believe to be innocuous, but which enables access to their device or personal information.[29] Allowing for devices with greater security protects against the variety of malware that threatens national security.

---

[27] John Love, *A Brief History of Malware—Its Evolution and Impact*, LASTLINE (Apr. 5, 2018), https://perma.cc/ZCU8-FESK.

[28] U.S. Dep't of Homeland Sec., *Cybercrime* (Apr. 22, 2024), https://perma.cc/NMB3-WM4V.

[29] *See, e.g.*, Lily Hay Newman, *Hundreds of Scam Apps Hit over 10 Million Android Devices*, WIRED (Sept. 29, 2021), https://tinyurl.com/5n9x59eh.

Malware works in three stages: propagation, exploit, and payload. The propagation and exploit stages look broadly similar across operations.[30] First, malicious code is delivered to a target system (propagation), including via a mobile app. Second, it exploits, or alters, software programs already on the device, to take advantage of vulnerabilities in an operating system and allow the payload to execute.[31] Third, and finally, comes the payload, which is the "desired malicious end such as to delete data or manipulate an industrial control system," and may be different in each operation.[32]

Malware's grave consequences for national security are demonstrated by three types of exploitations – a) traditional malware that steals data; (b) ransomware that freezes data; and (c) Man-in-the-Middle attacks that disrupt data transmission.

a. <u>Traditional Malware</u>: These payloads allow bad actors to take "full remote control of an infected device."[33] A type of malware called spyware enables hackers to observe and extract data on a mobile device. Just last month, it was reported that Chinese hackers had breached the cellphone of Donald Trump's personal attorney,

---

[30] Trey Herr & Paul Rosenzweig, *Cyber Weapons and Export Control: Incorporating Dual Use with the PrEP Model*, 8 J. NAT'L SEC. L. & POL'Y 301, 303 (2016).

[31] *Id.* at 305-307.

[32] *Id.* at 303.

[33] Olivia Beavers, *Researchers Identify Android Malware That Can 'Spy Extensively,'* THE HILL (Jan. 16, 2018), https://perma.cc/9KWM-XARD.

- 11 -

obtaining some voice recordings and text messages from his phone.[34] Hackers can also use malware to steal users' financial information on a massive scale, through an individual app or an infected third-party app store.[35] Payloads may also gain access to sensitive or secure information on civilian and non-civilian government employees' devices[36] (a threat based on both the content of the information itself and the potential for blackmail), infiltrate apps designed for the U.S. armed forces to track military movements[37] or the existence of military facilities,[38] or surveil the movement of U.S. government officials.[39] Finally, malware payloads may include intrusions on

---

[34] Paula Reid et al., *Trump Attorney's Phone Tapped by Chinese Hackers, Sources Tell CNN*, CNN (Nov. 8, 2024), https://perma.cc/36H5-K824.

[35] Suzanne Blake, *Android Users Warned After Apps Steal Bank Information*, NEWSWEEK (June 4, 2024), https://perma.cc/SM8S-5J9L.

[36] Ellen Nakashima & Tim Starks, *At Least 50 U.S. Government Employees Targeted with Phone Spyware Overseas*, WASH. POST (Mar. 27, 2023), https://tinyurl.com/wuw54wm4; Ben Schreckinger, *How Russia Targets the U.S. Military*, POLITICO MAGAZINE (June 12, 2017), https://perma.cc/ZUV9-VHN7 (hacking NATO commander); Katie Benner et al., *Israeli Company's Spyware Is Used to Target U.S. Embassy Employees in Africa*, N.Y. TIMES (Dec. 3, 2021), https://perma.cc/6BL6-X8A4 (targeting U.S. embassy employees);

[37] Ellyne Phneah, *Military Mobile Apps Useful, But Security Threats Loom*, ZDNET (July 26, 2012), https://perma.cc/SVR8-PZD9.

[38] Alex Hern, *Fitness Tracking App Strava Gives Away Location of Secret US Army Bases*, THE GUARDIAN (Jan. 28, 2018), https://perma.cc/RN4R-6GG2.

[39] Byron Tau & Dustin Volz, *NSA Warns Cellphone Location Data Could Pose National-Security Threat*, WALL ST. J. (Aug. 4, 2020), https://perma.cc/4T4V-D7VW.

industrial control systems for critical physical infrastructure, such as major sources of water, electricity, telecommunications, gas, or industrial plants.[40]

b. <u>Ransomware</u>: In a ransomware attack, an adversary freezes access to the device user's files in exchange for a ransom. If the user does not pay the ransom, the adversary may permanently delete the user's data. Between 2021 and 2024, "the U.S. government alone has identified more than 4,900 ransomware attacks with at least $3.1bn paid out in ransoms."[41] For employees who use their personal mobile devices in the workplace (including government officials), ransomware poses a threat that extends beyond just the data on a user's device, as the ransomware may be transferred from that mobile device to a networked system via a shared wireless connection.[42] Ransomware attacks have hit a major oil pipeline in the United States and a major United States meat supplier, affecting domestic supply chains.[43] They

---

[40] *E.g.*, Will Carless & Michael Loria, *Cyberattacks on Critical US Infrastructure Keep Happening. How Worried Should We Be?*, USA TODAY (Oct. 25, 2024), https://perma.cc/SKJ4-ZS8Z; Andy Greenberg, *Unprecedented Malware Targets Industrial Safety Systems in the Middle East*, WIRED (Dec. 14, 2017), https://perma.cc/Z6ZU-8HHF; Frank Bajak, *In Florida City, a Hacker Tried to Poison the Drinking Water*, AP NEWS (Feb. 8, 2021), https://tinyurl.com/mw6wy576.

[41] Anne Neuberger, *The Ransomware Battle is Shifting – So Should Our Response*, FINANCIAL TIMES (Oct. 4, 2024), https://perma.cc/7NBE-WANG.

[42] HIPAA Journal, *Ransomware on Mobile Devices* (last visited Mar. 31, 2022), https://perma.cc/6G27-J6NJ.

[43] Bree Fowler, *Ransomware Rises As a National Security Threat As Bigger Targets Fall*, C-NET (Oct. 18, 2021), https://perma.cc/X3ET-H5UQ.

have also targeted hospitals and healthcare organizations, as well as personal records repositories, often resulting in personal data leaking online.[44]  According to the Director of National Intelligence, ransomware attacks worldwide increased by 74% in 2023, with much of the increase targeted at U.S. critical infrastructure.[45] A recent ransomware attack targeting a specialized unit of the U.S. Marshals Service shut down a critical computer network for over 10 weeks.[46]

c. Man-in-the-Middle Intrusions: In a Man-in-the-Middle attack, an adversary positions itself "between two communicating parties in order to intercept and/or alter data traveling between them."[47]  In one notable example, a Man-in-the-Middle attack on Equifax exposed the financial information of nearly 150 million people.[48] When reviewing the fallout from that attack, Equifax determined that its mobile apps remained vulnerable to similar attacks and removed them from app stores.[49]

---

[44] Barbara Booth, *The Government Is Getting Fed up with Ransomware Payments Fueling Endless Cycle of Cyberattacks*, CNBC (Oct. 18, 2024), https://perma.cc/TAL2-VXDX.

[45] Ryan Anastasio, *U.S. Intelligence Chief Warns Congress of Rise in Cyberattacks*, CNBC (May 2, 2024), https://perma.cc/N4ZT-LFKD.

[46] Devlin Barrett, *Computer System Used to Hunt fugitives is Still Down 10 Weeks After Hack*, WASH. POST (May 1, 2023), https://tinyurl.com/25rx8zwr.

[47] Man-in-the-middle-attack (MitM), NATIONAL INSTITUTE OF STANDARDS AND TECHNOLOGY, COMPUTER SECURITY RESOURCE CENTER (last visited Dec. 3, 2024), https://perma.cc/K9UZ-WC6X.

[48] Gregg Lindemulder and Matt Kosinski, *What is a Man-in-the-Middle (MITM) Attack?*, IBM (June 11, 2024), https://perma.cc/CNE6-DXZ8.

[49] *Id.*

Researchers have also determined that hackers could use Man-in-the-Middle attacks to hack and steal Teslas remotely.[50]

In all of these types of malware, mobile apps are a key entryway for cyber-based theft, disruption, and destruction that threatens the United States' security. The national-security implications of these attacks are twofold. First, malware affecting individuals' data on enough devices for a large-scale attack has national consequences. Second, as described above, malware propagated to even one mobile device may then be transmitted to other mobile devices, other types of devices (computers, infrastructure, etc.), and even enterprise-scale networks (including government networks). Heightened device security, such as that built into the Google Play Store, protects against these two dangerous types of scenarios.

### C. In recognition of the growth of device-based threats, cybersecurity policy has become a key national priority

To meet the threats posed by cybersecurity threats nationwide, the government has made cybersecurity a national priority and enlisted the private sector to work together to meet these threats. Both then-President Trump and President Biden released comprehensive national cybersecurity strategy documents during their terms.[51] President Trump emphasized that "[e]nsuring the security of

---

[50] Bill Toulas, *MiTM Phishing Attack Can Let Attackers Unlock and Steal a Tesla*, BLEEPINGCOMPUTER (Mar. 7, 2024), https://perma.cc/MJN5-VLXV.

[51] *See* Grant Schneider, *President Trump Unveils America's First Cybersecurity Strategy in 15 Years,* WHITE HOUSE (Sept. 20, 2018), https://tinyurl.com/y7r467d2;

cyberspace is fundamental to" "[p]rotecting America's national security and promoting the prosperity of the American people."[52] President Biden called cybersecurity "essential to the basic functioning of our economy, the operation of our critical infrastructure, the strength of our democracy and democratic institutions, the privacy of our data and communications, and our national defense."[53] FBI Director Wray likewise emphasized that the government "cannot protect against cyber threats on its own," and needs to work closely with the private sector in order to identify and neutralize cyber threats.[54] In particular, CISA, following Pillar 3 of the National Cybersecurity Strategy, has pushed for private companies to implement "secure-by-design" principles, which aim to "significantly decrease the number of exploitable flaws [in products] before introducing them to the market for widespread use or consumption," and shift the cybersecurity burden "from being placed

---

Office of the Spokesperson, *Announcing the Release of the Administration's National Cybersecurity Strategy*, DEP'T OF STATE (Mar. 2, 2023), https://perma.cc/98UA-VJX5.

[52] National Cyber Strategy of the United States of America, WHITE HOUSE (Sept. 2018), https://perma.cc/UF5M-AMQ4.

[53] Harry Coker, Jr., *One Year In: The President's National Cybersecurity Strategy is Driving Change and Protecting the Nation*, WHITE HOUSE (Mar. 4, 2024), https://perma.cc/XZQ6-UTMF.

[54] Statement of Christopher A. Wray, Director, FBI, Before the Committee on Homeland Security and Governmental Affairs of the United States Senate, at a Hearing Entitled "Threats to the Homeland" at 7 (Oct. 31, 2023), https://perma.cc/KSS3-83S9.

disproportionately on the shoulders of consumers" and onto "those developing the products that increasingly run our digital lives.[55]

## II. THE INJUNCTION CREATES NATIONAL-SECURITY RISK AND HARMS SECURITY-CONSCIOUS CONSUMERS

### A. The injunction limits consumers' ability to choose heightened device and national security

Consumers have choices when they use app stores. They can opt for a system like Apple's, a walled garden that prohibits developers "from distributing applications outside of the App Store on the iOS platform," and whereby Apple maintains "strict and exclusive control over the hardware, the operating system, the digital distribution, and the [in-app purchase] system." *Epic Games, Inc. v. Apple Inc.*, 493 F. Supp. 3d 817, 828 (N.D. Cal. 2020). By contrast, Android offers a more open system that allows Android users to peruse either the Google Play Store – which carries stringent security standards – or one of many third-party app stores. There are likely over 400 of these third-party app stores, some of which, as Defendants' expert explained to the District Court, "appear to be vectors for an elevated volume of pirated apps, malware, or inappropriate content."[56] For example, one prominent third-party app store – HappyMod – distributes "modified" versions

---

[55] *Secure by Design*, Cybersecurity & Infrastructure Security Agency, https://perma.cc/765T-B2XL; *see also National Cybersecurity Strategy*, WHITE HOUSE (Mar. 2023), https://perma.cc/QR9P-4AAU.

[56] Dkt. 981-3 ¶ 71 (Cunningham).

of Android apps, which are essentially repurposed to be free.[57] Other third-party app store like Aptoide and Nutaku host adult content that is not permitted on the Google Play Store.[58]

Third-party app stores that lack the same stringent security processes as the Google Play Store can serve as especially potent vectors of malware. One common way to perform a cyberattack is to embed malware in an innocuous looking link or app that an unsuspecting user clicks on. Sophisticated state and non-state actors are continually developing ever more effective methods of persuading these users to click on malware. Meta recently announced that over 400 mobile apps on Android and iOS were disguised as seemingly mundane apps used for photo editing or gaming, but requested the user's Facebook login information.[59] Once the user provided that information, the hackers used that data for nefarious purposes.[60] Although well-capitalized companies like Apple and Google can quickly identify and remove these apps, smaller third-party app stores may not be willing or able to

---

[57] *Id.* ¶ 72.

[58] *Id.* ¶ 74.

[59] Michael Kan, *Meta Uncovers 400 Malicious Android, iOS Apps Designed to Steal Logins*, PC Mag (Oct. 7, 2022), https://perma.cc/2RB9-9A9D.

[60] *Id.*

do so. For example, one app that was publicly reported to be malicious in November 2022 remained available in a prominent third-party app store as of June 2024.[61]

In an additional example of the steps that sophisticated hackers can take to deceive everyday users, a state-sponsored hacking group went to the trouble of building a seemingly legitimate third-party app store, with the sole purpose of concealing spyware in an innocuous-looking messaging app within that app store.[62] The third-party app store provision of the injunction transfers the security burden from Google to the user, who is inherently less-equipped to detect and evade sophisticated malware traps set by experienced malicious actors.

The injunction's provisions, if implemented, would limit consumers' ability to choose a version of the Google Play Store that pairs an open platform with a high level of security, since it would decrease security and increase the risk of cyberattacks. Allowing developers to provide links directly to users creates an inherent security risk, since Google does not have the capability to monitor linked websites for security purposes.[63] Clicking on one malicious link can have dramatic security implications, and is altogether easy to do. One study of government employees found that 9% were targeted by phishing attacks, and that even of those

---

[61] Dkt. 981-3 ¶ 73.

[62] *Id.*

[63] Dkt. 1020-3 ¶ 6 (Kleidermacher).

who were warned about their error, 43% would later click on at least one more malicious link.[64] These statistics illustrate the danger in straying from secure-by-design principles; putting more of the security burden into users' hands only heightens the probability that increasingly brazen and capable attackers will exploit additional vulnerabilities.

Requiring Google to link to third-party app stores[65] creates similar security threats. In an illustrative example, a cyberhacking group flooded the Google Play Store, and other app stores, with seemingly harmless apps such as translators and calculator apps.[66] However, these apps contained links that maliciously attacked users.[67] Notably, while Google quickly identified and removed the offending apps, many of them still remain available on third-party app stores.[68] Under the terms of the injunction, Google would be required to link to app stores containing the very same apps it banned from its platform. Alternatively, Google would be responsible for reviewing every single app uploaded onto every single third-party app store, a

---

[64] Bill Toulas, *U.S. Govt Employees Exposed to Mobile Attacks From Outdated Android, iOS*, BLEEPINGCOMPUTER (Nov. 2, 2022), https://perma.cc/UWA5-UWYM.

[65] *See* Dkt. 1017 ¶ 12.

[66] Lily Hay Newman, *Hundreds of Scam Apps Hit over 10 Million Android Devices*, WIRED (Sept. 29, 2021), https://tinyurl.com/5n9x59eh.

[67] *Id.*

[68] *Id.*

product that Google conservatively estimates would take a year to build.[69] And rushing an essential security product to market could have catastrophic consequences.

Allowing third-party app stores access to the Google Play Store carries significant security concerns as well. That access would allow malicious actors to set up third-party app stores populated with the Google Play Store library of apps, and thus providing a veneer of legitimacy. But the malicious actor can then easily "clone" those apps with realistic-seeming thumbnails behind which actually lurk malicious code instead of trusted Google Play Store apps.[70] In this threat environment, in which highly trained state-sponsored hackers are devoting substantial time and money into tricking consumers, a mere warning that a user is leaving the Google Play Store platform – on their way to a third-party app store designed to look like the Google Play Store and seemingly populated by the same apps – does not nearly address the severity and sophistication of the possible threats.

Affording choice to consumers over varying levels of protection from security threats also provides procompetitive benefits. Users should be able to take into account security features and levels when considering whether to use the Google

---

[69] Dkt. 981-5 ¶ 22 (Kleidermacher). The injunction contemplates Google creating this product within eight months. *See* Dkt. 1017 ¶ 12.

[70] Dkt. 1020-3 ¶ 16 (Kleidermacher); *see also* Dkt. 1020-3, Exhibit A.

Play Store or a third-party app store. Right now, users have the option to use the Google Play Store, with its security-enhanced features, or other, third-party app stores that might have a broader range of apps but less robust security. The injunction would, if implemented, significantly reduce the Google Play Store's security level and prevent Android device users from choosing its relatively higher security. This would create an illusion of increased choice, but effectively just expand the choices for inferior products. Consumers would lose the ability to choose a more secure product. It is in the interest of national security that app stores available on mobile devices be able to compete on security, and that consumers – especially government officials and private-sector employees in sensitive industries – have access to secure app-store products on every available mobile platform.[71]

## B. Requiring a lower standard of security would place individuals and the country at risk

If the injunction remains in place, hundreds of millions of Americans would be at greater risk of a cyberattack. This can result in theft of money, personal data, or damage to digital devices. If government employees are hacked, there could be broader threats to the Nation's private information and critical infrastructure. Using

---

[71] The injunction would also stymie competition between competitors on the best way to protect against cyberattacks, by making Google the exclusive barometer of security on all third-party platforms.

the methods described above, it is altogether too easy for foreign adversaries or scammers to hack into digital devices via third-party links, apps, and app stores.

Ironically, the injunction's terms run counter to the best practices published by numerous government agencies, which uniformly caution against both sideloading and use of third-party app stores. For example, the NSA's most powerful piece of advice on mobile devices best practices is to "only install apps from official stores," which helps prevent seven out of the eleven most prominent security threats.[72] The agency also recommends refraining from clicking links or downloading attachments, which helps prevent two security threats. The injunction cuts against best practices for security and would place the Nation at a greater threat of a devastating cyberattack.

## CONCLUSION

The District Court's injunction should be vacated.

---

[72] National Security Agency, *Mobile Device Best Practices* at 2 (Oct. 2020), https://perma.cc/VWM2-PYAD; *see also* Trusted Future, *Government Experts in the U.S.: Don't Sideload,* (last visited Dec. 3, 2024), https://perma.cc/UHY5-M22G (compiling reports from the NSA, FTC, SBA, GSA, DHS, CISA, FBI, and NIST emphasizing reliance on "trusted" sources like Google, and recommending against sideloading and downloading from third-party app stores.

- 23 -

Dated: December 4, 2024          Respectfully submitted,

/s/ Roy T. Englert, Jr.

Roy T. Englert, Jr.
Matthew M. Madden
Aryeh Mellman
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street NW, 4th Floor
Washington, DC 20006
Tel.: (202) 775-4500
renglert@kramerlevin.com
mmadden@kramerlevin.com
amellman@kramerlevin.com

*Counsel for Amici Curiae*

- 24 -

## APPENDIX: List of *Amici Curiae*

Paul Lekas served as Deputy General Counsel (Legal Counsel) at the Department of Defense, Director of Research and Analysis and Senior Legal and Strategy Advisor at the National Security Commission on Artificial Intelligence, and General Counsel at the National Commission on Military, National, and Public Service.

Lieutenant General (Ret.) John (Jack) N.T. Shanahan, United States Air Force, served as the inaugural Director of the Department of Defense Joint Artificial Intelligence Center.

Joel Brenner is a Senior Research Fellow at the MIT Center for International Studies. He has also served as Inspector General and Senior Counsel at the National Security Agency and has head of counterintelligence at the Office of the Director of National Intelligence.

Gene Tsudik is a Distinguished Professor of Computer Science at the University of California, Irvine.

Lieutenant General (ret.) Joseph Anderson, United States Army, served as Deputy Chief of Staff of the Army for Operations, Plans, and Training.

David R. Shedd served as Director (Acting) and Deputy Director for the Defense Intelligence Agency and as Special Assistant to the President and Senior Director for Intelligence Programs and Reform on the National Security Council.

Steven M. Bellovin is the Percy K. and Vida L.W. Hudson Professor of Computer Science at Columbia University. He is also the former Chief Technologist at the Federal Trade Commission.

Harvey Rishikof is the Director of Policy and Cyber Security Research at the University of Maryland Applied Research Laboratory for Intelligence and Security. He also serves as Visiting Professor of Law at Temple University Beasley School of Law. He previously served as Senior Policy Advisor at the Office of the Director of National Intelligence, Director of Military Commissions and Convening Authority at the Department of Defense, and Legal Counsel to the Deputy Director of the FBI.

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

**9th Cir. Case Number(s)** 24-6256, 24-6274

I am the attorney or self-represented party.

**This brief contains** 5,065 **words,** including 0 words

manually counted in any visual images, and excluding the items exempted by FRAP

32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

◯ complies with the word limit of Cir. R. 32-1.

◯ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

⦿ is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

◯ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

◯ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:

☐ it is a joint brief submitted by separately represented parties.
☐ a party or parties are filing a single brief in response to multiple briefs.
☐ a party or parties are filing a single brief in response to a longer joint brief.

◯ complies with the length limit designated by court order dated _____.

◯ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** /s/Roy T. Englert, Jr.    **Date** December 4, 2024

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 8**                                                                 *Rev. 12/01/22*