# Smith, Robert T.

| | |
|---|---|
| **From:** | Gary Bornstein <GBornstein@cravath.com> |
| **Sent:** | Monday, November 25, 2024 3:40 PM |
| **To:** | Smith, Robert T.; tom@tomgoldstein.net |
| **Subject:** | RE: Epic Games, Inc. v. Google LLC, Nos. 24-6256 & 24-6274 (9th Cir.): Request for Consent to File Brief of Amicus Curiae |

*EXTERNAL EMAIL – EXERCISE CAUTION*

Rob,

Epic conditionally consents to the filing of this amicus brief, with the condition being that each amicus disclose any money he or she has received in the past 12 months from a party or amicus or their affiliates.

Best,
Gary

**From:** Smith, Robert T. <robert.smith1@katten.com>
**Sent:** Monday, November 25, 2024 9:09 AM
**To:** Gary Bornstein <GBornstein@cravath.com>; tom@tomgoldstein.net
**Subject:** RE: Epic Games, Inc. v. Google LLC, Nos. 24-6256 & 24-6274 (9th Cir.): Request for Consent to File Brief of Amicus Curiae

Good morning, Gary and Tom,

As you'll recall, I represent Professor John Mitchell and several other academics. You were kind enough to consent to their *amici curiae* brief at the stay stage of the above-referenced appeal.

My clients intend to file an *amici curiae* brief at the merits stage, and I was hoping to receive your consent once again.

Thank you,

Rob

**Robert T. Smith**
Partner

# Katten

Katten Muchin Rosenman LLP
1919 Pennsylvania Avenue NW – Suite 800 | Washington, DC 20006-3404
direct +1.202.625.3616
robert.smith1@katten.com | katten.com

**From:** Gary Bornstein <GBornstein@cravath.com>
**Sent:** Monday, October 21, 2024 5:26 PM
**To:** Smith, Robert T. <robert.smith1@katten.com>; tom@tomgoldstein.net

1

**Subject:** RE: Epic Games, Inc. v. Google LLC, Nos. 24-6256 & 24-6274 (9th Cir.): Request for Consent to File Brief of Amicus Curiae

*EXTERNAL EMAIL – EXERCISE CAUTION*

Rob – Epic consents to the filing of Professor Mitchell's amicus brief, provided that it is filed by no later than Wednesday, as you indicate.

Best,
Gary

---

**From:** Smith, Robert T. <robert.smith1@katten.com>
**Sent:** Monday, October 21, 2024 3:20 PM
**To:** Gary Bornstein <GBornstein@cravath.com>; tom@tomgoldstein.net
**Subject:** Epic Games, Inc. v. Google LLC, Nos. 24-6256 & 24-6274 (9th Cir.): Request for Consent to File Brief of Amicus Curiae

Gary and Tom,

I represent Professor John Mitchell of Stanford University. He intends to file by no later than Wednesday of this week a short *amicus curiae* brief in support of Google and its application for a partial stay pending appeal in the above-referenced case.

Can you please let me know if Epic Games consents to the filing of Professor Mitchell's brief.

Thank you,

Rob

**Robert T. Smith**
Partner

**Katten**

Katten Muchin Rosenman LLP
1919 Pennsylvania Avenue NW – Suite 800 | Washington, DC 20006-3404
direct +1.202.625.3616
robert.smith1@katten.com | katten.com

============================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive
use of the individual or entity to whom it is addressed and may contain information that is
proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you
are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or
distribution of this information may be subject to legal restriction or sanction. Please notify
the sender, by electronic mail or telephone, of any unintended recipients and delete the original
message without making any copies.
============================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has

elected to be governed by the Illinois Uniform Partnership Act (1997).
===========================================================

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

---

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.