UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

DEC 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation<br>_____<br><br>EPIC GAMES, INC., a Maryland Corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GOOGLE LLC; et al.,<br><br>        Defendants - Appellants. | Nos. 24-6256, 24-6274<br><br>D.C. Nos.<br>3:21-md-02981-JD<br>3:20-cv-05671-JD<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellee Epic Games, Inc.'s motion to extend time to file briefs (Docket Entry No. 130 in appeal No. 24-6256; Docket Entry No. 127 in appeal No. 24-6274) is granted in part. The deadline to file amicus briefs in support of Appellee Epic Games, Inc. is extended from January 3, 2025, to January 7, 2025. The deadline for Appellants Google, LLC, *et al.* to file a reply brief is extended from January 17, 2025, to January 20, 2025.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT