Nos. 24-6256 & 24-6274

IN THE

# United States Court of Appeals for the Ninth Circuit

EPIC GAMES, INC.,

*Plaintiff-Appellee,*

v.

GOOGLE LLC, *et al.*,

*Defendants-Appellants.*
_____

Appeal from the U.S. District Court
for the Northern District of California
Nos. 3:20-cv-05671-JD, 3:21-md-02981-JD
Hon. James Donato
_____

**SUPPLEMENTAL EXCERPTS OF RECORD**

**VOLUME VI OF VIII (SER-994-1178) (PUBLIC VOLUME)**
_____

Gary A. Bornstein
Antony L. Ryan
Yonatan Even
Lauren A. Moskowitz
Justin C. Clarke
Michael J. Zaken
M. Brent Byars
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

Paul J. Riehle
FAEGRE DRINKER BIDDLE & REATH
LLP
Four Embarcadero Center
San Francisco, CA 94111-4180
(415) 591-7500

*Counsel for Plaintiff-Appellee Epic Games, Inc.*

**Volume 11**

**Pages 2104 - 2291**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

| | |
|---|---|
| IN RE GOOGLE PLAY STORE ) | |
| ANTITRUST LITIGATION, ) | |
| ) | **NO. 21-md-02981-JD** |
| ———————————————— ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| EPIC GAMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. 3:20-cv-05671-JD** |
| ) | |
| GOOGLE, LLC., et al., ) | |
| ) | |
| Defendants. ) | |
| ———————————————— ) | |

San Francisco, California
Tuesday, November 21, 2023

**TRANSCRIPT OF PROCEEDINGS**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**MICKENS - DIRECT / CLARKE**

1    Play Store, do you get this same warn?

2            **THE WITNESS:**  No, you do not see this warning.  In

3    fact, we're using the same app both that initial Play Store

4    walk-through we went through a couple seconds ago and here.  So

5    it's the same app.  Its just Wikipedia.  Right?  So it's not

6    like somehow the nature of its potential maliciousness has

7    changed.

8        And, yet, here in this walk-through we're seeing this

9    warning, and that's a problem.  Right?  And that's, in fact, a

10   reason why it's important to look at these warning screens

11   because we can tease out this dissonance in terms of, like,

12   what Google is claiming these screens are doing for you, the

13   user, versus what they're actually communicating to you.

14   **BY MR. CLARKE:**

15   **Q.**   So one quick question on this screen.

16       Up until this point in the process, has the operating

17   system actually looked at the identity of the app that's being

18   downloaded to determine whether it's something that could

19   potentially be risky?

20   **A.**   No.  And this sort of Plays off of the judge's question as

21   well.

22       So all of this friction that's being imposed is based

23   purely on the installation channel.  Right?  The fact that,

24   like in this case, we're installing via the F-Droid third-party

25   store.

**MICKENS - DIRECT / CLARKE**

1          **THE COURT:**  If I may.

2          **THE WITNESS:**  Please.

3          **THE COURT:**  If it's on Play -- okay? -- if the app is

4   on Play, has Google done any prescreening to vet it in a way

5   that an unknown app would not have been prescreened for

6   security?

7          **THE WITNESS:**  So -- so it's a good question.  So I

8   think what we want to disentangle is the notion of reviewing

9   from distribution.

10       So, for example, on the Play Store, all apps have to go

11  through that review process.  That's what I was kind of

12  describing a couple slides earlier.

13       So if an app comes to the Play Store, it will have been

14  reviewed.  Now, what happens with, you know, other distribution

15  channels?  Let's say they're direct installation or a

16  third-party app store in this case.  It's entirely possible

17  that the app has, in fact, been subject to a high-quality

18  review.

19       In fact, like in this case, we're looking at the exact

20  same app -- right? -- that the Play Store has reviewed and

21  found it to be fine.

22       The problem is that right now, Android doesn't sort of

23  reflect the fact that apps which come from non-Play Store

24  channels may, in fact, have been subject to high-quality

25  review.

MICKENS - DIRECT / CLARKE

1    And that's one of the key aspects of my expert opinion,

2 which is that it's entirely possible that these non-Play Store

3 distribution channels are distributing reviewed apps, but

4 Android doesn't really have affordances that would sort of

5 inform the user and make that clear to them.  Instead, it's

6 just putting up these friction screens about, you know,

7 installation channels.

8    Thank you.

9 **BY MR. CLARKE:**

10 **Q.**   Thank you, Professor.

11    Could you walk us through the rest of these steps in this

12 friction flow?

13 **A.**   Great.  So if we just go to the next slide.

14    So let's assume that the user clicks over, gets to this

15 next screen.  And let me point out, by the way, it's not

16 guaranteed that all users will even make it this far in the

17 workflow -- right? -- because there's actually abandonment that

18 may happen.  Because users might get frustrated.  They might

19 say "I'm tired of having to click through all these screens."

20 So it's a big assumption that the user's actually gotten to

21 this point in the flow.

22    Anyway, let's assume they have.  The user sees the screen

23 "Do you want to install this app?"  And let's assume that the

24 user clicks "Yes."

25    And so here at this point, this is the first time in this

**MICKENS - DIRECT / CLARKE**

1    whole flow that Android has actually tried to look and see

2    whether the app to install is actually malicious or not.

3          So what we're seeing here, you see how in 4B it says "GPP

4    Prompt"?  Okay?  So "GPP" stands for Google Play Protect.

5          So once you've clicked, "Yes, I do want to install," now

6    the malware scanner is going to run, and it's going to look and

7    see if the app that you're trying to install is malicious.

8          Now, for the case of the Wikipedia app, the answer would

9    be no.  And so you would not see this friction screen I'm

10   showing you here.  I'm just showing you this just so you can

11   kind of get an intuitive feel of what would happen if the app

12   you were trying to install were malicious.

13   **Q.**   So just to clarify, if the app was not flagged as

14   malicious, would there be any kind of a warning screen or a

15   warning prompt at this step?

16   **A.**   There would not be.  Similar to how like if you would

17   install via Play, you know it's already been reviewed and

18   you're not going to see like an extra screen there because it's

19   been reviewed.

20   **Q.**   Okay.  So what happens for the rest of this download

21   process?

22   **A.**   Okay.  So let's assume that the malware scan found no

23   problems with the app to install.

24         So if we go to the next slide.

25         So the user is kind of presented back with this friction

Case 3:21-md-02981-JD  Document 844  Filed 12/06/23  Page 41 of 188    2144

**MICKENS - DIRECT / CLARKE**

1  screen we saw in step three.  Let -- so now the user has to

2  navigate out of that screen, so they click in the upper

3  left-hand corner.

4      So if you go to the next slide.

5      And then, finally, the user can launch the app.  And as I

6  mentioned, there's going to be nontrivial abandonment through

7  this process, so not all users are going to make it this far.

8  **Q.**  Okay.  Now, could we walk through, again expeditiously,

9  how this process looks for a direct download?

10 **A.**  Of course.  So if we go to the next -- oh, here, we're

11 already there.  Sorry.

12     So now we're going to look at installation via direct

13 installation, and in particular via a web browser.  So we're

14 going to download and install the exact same app that we were

15 looking at before.  Okay?  So this is the Wikipedia app.  So

16 same app in all three cases.

17     So we go to the website.  We find out where the app is.

18 We click install.

19     Next slide.

20     Then we're going to see a warning saying "Do you want to

21 download this app anyway?"  To be clear, this is coming from

22 the browser.  Okay?  So this is not coming from Android.  It's

23 not coming from the platform.  This is a browser warning.

24     So let's click through.

25     The user sees the file download in that upper part of the

QIAN - CROSS / CLARKE

 1    evidence.

 2            **MR. OLASA:**  Your Honor, our objection is this

 3    postdates the reports.

 4            **THE COURT:**  It's sustained.

 5        Go ahead.

 6    **BY MR. CLARKE:**

 7    **Q.**   So, Professor Qian, do you have any understanding for

 8    whether going forward Google Play Protect is going to begin

 9    conducting realtime app installations at the time -- withdrawn.

10        Do you have an understanding for whether going forward

11    Google Play Protect is going to begin conducting realtime

12    scans, malware scans, for apps at the time that they're

13    installed onto a device?

14    **A.**   I've seen some news about it.

15    **Q.**   Okay.  This is a recent development; right?

16    **A.**   I think it's after the -- after my report was submitted.

17    **Q.**   After your report was submitted, Google announced that

18    going forward, when Google Play Protect checks an app at the

19    point of installation, if the app has never previously been

20    reviewed for malware before, it is now going to do it at the

21    time of installation; right?

22    **A.**   Right.  There will be some kind of realtime scanning,

23    although I don't think human review is included.  It's not the

24    same full app review.

25    **Q.**   But it is going to be scanning all apps that are installed

**SER-1001**

QIAN - CROSS / CLARKE

1  onto Android devices at the time of installation if they have

2  not previously been reviewed; correct?

3  **A.**   Yes.

4  **Q.**   And one of the reasons that they do that is because that

5  provides better protection against polymorphic malware; right?

6  **A.**   I haven't seen the exact motivation for that, but I think

7  it's a reasonable motivation.

8  **Q.**   Okay.  Now, you provided a little bit of testimony during

9  your direct about the unknown sources warning flow; is that

10  right?

11  **A.**   Uh-huh, yes.

12  **Q.**   Okay.  This is a default warning on GMS devices?

13  **A.**   Yes.

14  **Q.**   You would agree with me that it is something that's

15  completely decoupled from Google's scanning algorithms?

16  **A.**   I'm sorry.  Can you remind me the context here?

17  **Q.**   Yeah.  So the unknown sources warnings that you testified

18  about in your direct examination, do you recall those?

19  **A.**   Yes.

20  **Q.**   Would you agree with me that those warnings are displayed

21  in a manner that's completely decoupled from Google's scanning

22  algorithms?

23  **A.**   I think the unknown source warning is really about the

24  permission to allow an app source to be able to install

25  additional apps.  That's what it's designed for.

QIAN - CROSS / CLARKE

1   **Q.**   The unknown source warning doesn't try to distinguish

2   between apps coming from reputable developers and spamming

3   websites; right?

4   **A.**   Right, because that's by design not the intention.

5   **Q.**   It doesn't differentiate between apps that are malware and

6   apps that are not malware; right?

7   **A.**   Right.  Again, that's not the intention.

8   **Q.**   Okay.  So a user that abandoned the workflow at the

9   unknown sources screen, might be abandoning the installation of

10  an app that's harmful; right?

11  **A.**   Well, again, that screen is not about showing what's going

12  to happen when you install that one particular app.  It's about

13  any number of apps that the same source can install

14  subsequently.  So I think there's a big distinction there.

15  **Q.**   A user that abandons the unknown -- that abandons the

16  installation at the unknown sources flow screen might be

17  abandoning the installation of an app that's benign; right?

18  **A.**   Possible.

19  **Q.**   Okay.  Or they might be abandoning the installation of an

20  app that's risky; right?

21  **A.**   Correct.

22  **Q.**   Now, you cited some academic data in your report related

23  to the malware rate of different app stores?  Do you recall

24  that data?

25  **A.**   Yes.

QIAN - CROSS / CLARKE

1    **Q.**   And the data used a metric called IDR or the installer

2    detection ratio.  Do you remember that?

3    **A.**   Yes.

4    **Q.**   So an IDR of 1 percent means that out of every 100

5    installations from a given app store, one of them is going to

6    be an unwanted app; right?

7    **A.**   Yeah.

8    **Q.**   Okay.  And when we looked at that data together in your

9    deposition, you agreed that the Amazon Appstore is more or less

10   equivalent to the Google Play Store in terms of malware rates.

11   Do you remember that?

12   **A.**   I don't know the exact number.  I forgot.  Sorry.

13   **Q.**   Do you remember -- do you remember that you agreed that

14   the Amazon Appstore is more or less equivalent to the Google

15   Play Store in terms of malware rates?

16   **A.**   I might have said it.

17          **MR. CLARKE:**  May I refresh the witness with his

18   testimony, Your Honor?

19          **THE COURT:**  Go ahead.

20          **MR. CLARKE:**  I'm sorry?

21          **THE COURT:**  Go ahead.

22          **MR. CLARKE:**  So this is deposition transcript 194,

23   lines 18 through 25.

24       This should be Tab A in your binder, Professor Qian.

25          **THE COURT:**  We've got 15 minutes.

PROCEEDINGS

```
1   jury instructions, didn't we talk about tomorrow?

2           MR. BORNSTEIN:  We did talk about the jury

3   instructions, Your Honor.

4           THE COURT:  Okay.  Good.

5       Okay.  Great.  Thanks.

6                (Proceedings adjourned at 3:31 p.m.)

7                      ---oOo---

8

9

10              CERTIFICATE OF REPORTER

11      I certify that the foregoing is a correct transcript

12  from the record of proceedings in the above-entitled matter.

13

14  DATE:   Tuesday, November 21, 2023

15

16

17

18  _____

19      Kelly Shainline, CSR No. 13476, RPR, CRR
              U.S. Court Reporter

20

21

22

23

24

25
```

# Deposition Designations of Sandra Alzetta

*In re Google Play Store Antitrust Litigation*, 3:20-cv-2981, N.D. Cal.
*Epic Games, Inc. v. Google LLC, et al.*, 3:20-cv-5671, N.D. Cal.

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 46:19  Q.  And this document is titled | | Alzetta.22 |
| | 46:20       "Spotify-Google Play Better Together | | |
| | 46:21       Program Partnership ('Program') addendum | | |
| | 46:22       to the Google Play Developer Distribution | | |
| | 46:23       Agreement," and it has an effective date | | |
| | 46:24       of June 10th, 2022. | | |
| | 46:25       Let me know when you have that | | |
| | 47:01 | | |
| | 47:02       open. | | |
| | 47:03  A.  I have it open. | | |
| | 47:04  Q.  Do you recognize this document? | | |
| 47:05 - 47:10 | **Alzetta, Sandra 2022-09-29** | 00:00:21 | Alzetta.23 |
| | 47:05  A.  I do. | | |
| | 47:06  Q.  What is it? | | |
| | 47:07  A.  It's the contract that Google | | |
| | 47:08       and Spotify signed in, yeah, the 10th of | | |
| | 47:09       June 2022 with regard to our agreement on | | |
| | 47:10       User Choice Billing. | | |
| 49:23 - 50:22 | **Alzetta, Sandra 2022-09-29** | 00:00:50 | Alzetta.24 |
| | 49:23  Q.  If we go down to program | | |
| | 49:24       overview, there is a subject 2.1 (c); do | | |
| | 49:25       you see that? | | |
| | 50:01 | | |
| | 50:02  A.  I do. | | |
| | 50:03  Q.  And this says, "Spotify | | |
| | 50:04       continues to advocate for platform | | |
| | 50:05       fairness and expanded payment options, | | |
| | 50:06       among other things, because fair and open | | |
| | 50:07       platforms enable better consumer | | |
| | 50:08       experiences and allow developers to grow | | |
| | 50:09       and thrive including via the program with | | |
| | 50:10       Google Play." | | |
| | 50:11       Did I read that correctly? | | |
| | 50:12  A.  Yes. | | |
| | 50:13  Q.  And this a fair statement? | | |
| | 50:14  A.  Yes. | | |
| | 50:15  Q.  How does Spotify advocate for | | |
| | 50:16       platform fairness and expanded payment | | |
| | 50:17       options? | | |
| | 50:18  A.  How do we do it?  It's | | |

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 50:19    something we believe passionately.  We | | |
| | 50:20    talk about it.  We've formed a coalition | | |
| | 50:21    with other app developers and we continue | | |
| | 50:22    to pursue this. | | |
| 50:25 - 51:08 | **Alzetta, Sandra 2022-09-29** | 00:00:13 | Alzetta.25 |
| | 50:25   Q.  And what is the name of the | | |
| | 51:01 | | |
| | 51:02      coalition that you are a part of? | | |
| | 51:03   A.  It's the Coalition for App | | |
| | 51:04      Fairness. | | |
| | 51:05   Q.  And what is Spotify's role in | | |
| | 51:06      that coalition? | | |
| | 51:07   A.  We're one of the founding | | |
| | 51:08      members. | | |
| 51:09 - 51:12 | **Alzetta, Sandra 2022-09-29** | 00:00:07 | Alzetta.26 |
| | 51:09   Q.  So just going back to the | | |
| | 51:10      section we had just looked at, how do | | |
| | 51:11      fair and open platforms enable a better | | |
| | 51:12      consumer experience? | | |
| 51:15 - 52:08 | **Alzetta, Sandra 2022-09-29** | 00:00:51 | Alzetta.27 |
| | 51:15   A.  Giving consumers choice is | | |
| | 51:16      important to us.  If you give consumers | | |
| | 51:17      choice, from our perspective, it expands | | |
| | 51:18      an accessible market.  It means that if | | |
| | 51:19      we have choice to consumers so they can | | |
| | 51:20      choose the payment method of their | | |
| | 51:21      preference, then that's going to result | | |
| | 51:22      in increased conversion, we know that. | | |
| | 51:23      It also includes -- it also helps us with | | |
| | 51:24      inclusivity, if we are giving choice.  So | | |
| | 51:25      that matters a lot to us. | | |
| | 52:01 | | |
| | 52:02      We also want to make sure that | | |
| | 52:03      when we're paying for the service, we're | | |
| | 52:04      paying a fair and reasonable price for | | |
| | 52:05      that service and it's, you know, an | | |
| | 52:06      appropriate value exchange.  That matters | | |
| | 52:07      to us and I would say matters to our | | |
| | 52:08      users as well. | | |

**SER-1008**

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 70:05 - 70:08 | **Alzetta, Sandra 2022-09-29** | 00:00:14 | Alzetta.28 |

70:05   Q.   Going back up to the page
70:06         ending in 117, two pages up, you see
70:07         Section 2.2, Program Components; do you
70:08         see that?

| | | | |
|---|---|---|---|
| 70:24 - 71:13 | **Alzetta, Sandra 2022-09-29** | 00:00:28 | Alzetta.29 |

70:24   Q.   And this says, "Program Fees
70:25         For Providing Google Play's Billing
71:01
71:02         System Services.  Because of the
71:03         distinguished partnership structure and
71:04         value exchanges under Sections 2.2 (a)
71:05         and 2.2 (b) above, the parties agree to a
71:06         new fee structure as defined in Section 3
71:07         (Program Fees).  The Program Fees are
71:08         payable on account of Google Play's
71:09         billing system services being provided by
71:10         Google to developer for enabling its
71:11         users to pay for the purchases of
71:12         relevant products."
71:13         Is this a true statement?

| | | | |
|---|---|---|---|
| 71:15 - 71:15 | **Alzetta, Sandra 2022-09-29** | 00:00:02 | Alzetta.30 |

71:15   A.   Yes.

| | | | |
|---|---|---|---|
| 71:18 - 72:01 | **Alzetta, Sandra 2022-09-29** | 00:00:16 | Alzetta.31 |

71:18         It says here that "Program fees
71:19         are payable on account of Google Play's
71:20         billing system services."
71:21         Do you see that?
71:22   A.   I do.
71:23   Q.   Does the agreement say Spotify
71:24         pays Google program fees on account of
71:25         Google Play distribution, generally?
72:01

| | | | |
|---|---|---|---|
| 72:03 - 72:11 | **Alzetta, Sandra 2022-09-29** | 00:00:21 | Alzetta.32 |

72:03   A.   No. What it says is that
72:04         program fees are payable on account of
72:05         Google Play's billing system services
72:06         being provided by Google to developer for
72:07         enabling its user to pay for the purchase

SER-1009

**Alzetta**

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| | 82:21 | | that are tailored to more sophisticated | | |
| | 82:22 | | developers who have different | | |
| | 82:23 | | capabilities and needs than Play's | | |
| | 82:24 | | broader developer community and who are | | |
| | 82:25 | | making an important contribution to | | |
| | 83:01 | | | | |
| | 83:02 | | Play/Android ecosystem for users." | | |
| | 83:03 | | Do you see that? | | |
| | 83:04 | A. | I do. | | |
| | 83:05 | Q. | In the context of these | | |
| | 83:06 | | negotiations, what do you take this | | |
| | 83:07 | | paragraph to mean? | | |
| | 83:08 | A. | I would take it to mean that | | |
| | 83:09 | | Google was looking to bring in | | |
| | 83:10 | | consistency, recognizing that they have | | |
| | 83:11 | | different needs from their developers. | | |
| | 83:12 | | So offering to Spotify one single Google | | |
| | 83:13 | | Play billing in-app ecosystem would not | | |
| | 83:14 | | work for us.  It wouldn't meet our needs | | |
| | 83:15 | | at all. | | |
| | 83:16 | | We're a sophisticated | | |
| | 83:17 | | developer, today, we are in 183 markets, | | |
| | 83:18 | | we have got 25 different payment | | |
| | 83:19 | | partners, we handle over 40 currencies. | | |
| | 83:20 | | We've worked incredibly hard to build our | | |
| | 83:21 | | realtime fraud management system.  We | | |
| | 83:22 | | accept, I think, at last count it was 130 | | |
| | 83:23 | | different forms of payments.  So for us, | | |
| | 83:24 | | payments matter enormously.  And we're | | |
| | 83:25 | | simply not going to hand over our | | |
| | 84:01 | | | | |
| | 84:02 | | payments business to one single entity. | | |
| | 84:03 | | And that's the only, you know, exclusive | | |
| | 84:04 | | payment method for them. | | |
| | 84:05 | | And I think they understood | | |
| | 84:06 | | that, because they came to us and said | | |
| | 84:07 | | they wanted to understand better our | | |
| | 84:08 | | issues and find something that worked for | | |
| | 84:09 | | us. | | |
| | 84:10 | | They also know that we are a | | |
| | 84:11 | | sophisticated developer and we have a | | |

**SER-1010**

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 84:12    brand that is much loved and adds value | | |
| | 84:13    to the ecosystem. So I think it was | | |
| | 84:14    merely a recognition that that is very | | |
| | 84:15    different than a small-scale developer | | |
| | 84:16    where actually it could be incredibly | | |
| | 84:17    helpful to know that there is a billing | | |
| | 84:18    system when a user wants to buy | | |
| | 84:19    something, it's a one-stop shop and it | | |
| | 84:20    can be handled by a third party. | | |
| | 84:21    So these are incredibly | | |
| | 84:22    different needs and that would be | | |
| | 84:23    reflecting the recognition of those | | |
| | 84:24    different needs. | | |
| 85:02 - 85:09 | **Alzetta, Sandra 2022-09-29** | 00:00:15 | Alzetta.37 |
| | 85:02    Are there billing features -- | | |
| | 85:03    and I understand what you're saying at a | | |
| | 85:04    high level -- but are there billing | | |
| | 85:05    features that Spotify needs that are not | | |
| | 85:06    addressed by Google Play billing, | | |
| | 85:07    understanding that Spotify is a large | | |
| | 85:08    sophisticated developer with a complex | | |
| | 85:09    payment system? | | |
| 85:11 - 86:11 | **Alzetta, Sandra 2022-09-29** | 00:01:08 | Alzetta.38 |
| | 85:11    A. So from our perspective, we | | |
| | 85:12    would never want to have an exclusive | | |
| | 85:13    form of payment. That just wouldn't work | | |
| | 85:14    for us. We don't like exclusive anything | | |
| | 85:15    when it comes to payments. You know, we | | |
| | 85:16    have spent a lot of time building out our | | |
| | 85:17    platform, so that we don't have | | |
| | 85:18    dependency on single processes, for | | |
| | 85:19    example. And finding ourselves in a | | |
| | 85:20    situation where we had only one form of | | |
| | 85:21    payment wouldn't be acceptable to us. | | |
| | 85:22    It's not good from a performance | | |
| | 85:23    perspective. It's not good from a crash | | |
| | 85:24    perspective. If one system is down, | | |
| | 85:25    then, you know, on a Google basis, we can | | |
| | 86:01 | | |
| | 86:02    find ourselves for an incredibly | | |

**SER-1011**

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 86:03   important acquisition channel, unable to | | |
| | 86:04   accept payment.  So, you know, the | | |
| | 86:05   concept of having an exclusive checkout | | |
| | 86:06   with one single provider doesn't work for | | |
| | 86:07   us.  And also we got very clear | | |
| | 86:08   principles in terms of how we want | | |
| | 86:09   payments to work, and having Play billing | | |
| | 86:10   exclusively as our checkout would not | | |
| | 86:11   meet those requirements. | | |
| 94:16 - 94:17 | **Alzetta, Sandra 2022-09-29** | 00:00:04 | Alzetta.39 |
| | 94:16   Q.   And why is, why is choice | | |
| | 94:17   important for users? | | |
| 94:20 - 95:16 | **Alzetta, Sandra 2022-09-29** | 00:01:04 | Alzetta.40 |
| | 94:20   A.   Not everybody has a standard | | |
| | 94:21   Visa or MasterCard credit or debit card. | | |
| | 94:22   You know, it's important for users to be | | |
| | 94:23   able to choose themselves how they want | | |
| | 94:24   to pay.  And oftentimes, that will | | |
| | 94:25   actually make or break a decision as to | | |
| | 95:01 | | |
| | 95:02   whether they want to join Spotify or not. | | |
| | 95:03   So one is actually expanding our | | |
| | 95:04   accessible market.  If we only offer a | | |
| | 95:05   limited choice of payment methods, then | | |
| | 95:06   we are excluding oftentimes, very large | | |
| | 95:07   tranches of users.  Even if it's a small | | |
| | 95:08   tranche, if we think it makes sense, then | | |
| | 95:09   we will open up a payment method.  From | | |
| | 95:10   our perspective, also, it means that we | | |
| | 95:11   are able to choose at times how we want | | |
| | 95:12   to bill transactions in the U.S., whether | | |
| | 95:13   it's a debit card or a PINless debit.  So | | |
| | 95:14   choice matters to us.  It's really | | |
| | 95:15   fundamental to how we work with our | | |
| | 95:16   users. | | |
| 97:22 - 97:24 | **Alzetta, Sandra 2022-09-29** | 00:00:05 | Alzetta.41 |
| | 97:22   What were some of the reasons | | |
| | 97:23   why Spotify felt it should continue to | | |
| | 97:24   use its own billing solution? | | |

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 98:02 - 99:02 | **Alzetta, Sandra 2022-09-29** | 00:01:08 | Alzetta.42 |

|  | 98:02 | A. | Because we have invested |
|  | 98:03 | | significantly in our billing solution. |
|  | 98:04 | | We think it works very well.  We think -- |
|  | 98:05 | | we've invested hard to make sure that its |
|  | 98:06 | | performance is high.  That's in terms of |
|  | 98:07 | | the organization, it's when users join |
|  | 98:08 | | us.  It's in terms of churn, that's when |
|  | 98:09 | | we have existing users and they continue |
|  | 98:10 | | paying on a monthly basis.  We worked |
|  | 98:11 | | very hard on our fraud, to make sure |
|  | 98:12 | | we're not declining good users and we're |
|  | 98:13 | | not letting the bad guys in.  We've |
|  | 98:14 | | worked hard to build out a way that are |
|  | 98:15 | | ideal forms of payments that we think |
|  | 98:16 | | appeal to our users.  And we worked very |
|  | 98:17 | | hard to get good commercial terms in |
|  | 98:18 | | place with our third parties, because |
|  | 98:19 | | those margins matter enormously.  We are |
|  | 98:20 | | a very thin margin business.  And for us, |
|  | 98:21 | | shaving off a few basis points matters a |
|  | 98:22 | | lot. |
|  | 98:23 | | So with that in mind we think |
|  | 98:24 | | we have a really robust payment system, |
|  | 98:25 | | and it matters to us that we are able to |
|  | 99:01 | | |
|  | 99:02 | | continue offering it. |

| 99:10 - 100:09 | **Alzetta, Sandra 2022-09-29** | 00:01:06 | Alzetta.43 |

|  | 99:10 | Q. | Did Spotify ever calculate what |
|  | 99:11 | | the impact would be on its business, if |
|  | 99:12 | | Spotify was required to only use Google |
|  | 99:13 | | Play billing? |
|  | 99:14 | A. | That wasn't an option that we |
|  | 99:15 | | were ever going to pursue in the |
|  | 99:16 | | negotiations that we were, you know, |
|  | 99:17 | | taking out.  We looked at it in the past. |
|  | 99:18 | | So way back I know in 2013 when |
|  | 99:19 | | we were first looking at whether we |
|  | 99:20 | | wanted to introduce Play billing.  It was |
|  | 99:21 | | something that the team were considering. |

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 99:22    But, you know, in the negotiations from | | |
| | 99:23    2019 to 2022, it just wasn't something | | |
| | 99:24    that we considered.  Strategically, that | | |
| | 99:25    just wouldn't work for us.  Play billing, | | |
| | 100:01 | | |
| | 100:02    on its own, doesn't meet our key | | |
| | 100:03    principles and it's just not something | | |
| | 100:04    that we would do. | | |
| | 100:05  Q.  So going back to a topic that | | |
| | 100:06    we had that's related that we were | | |
| | 100:07    discussing earlier, what is the effective | | |
| | 100:08    costs to Spotify when a user selects the | | |
| | 100:09    Spotify billing solution? | | |
| 100:11 - 100:17 | **Alzetta, Sandra 2022-09-29** | 00:00:15 | Alzetta.44 |
| | 100:11  A.  Do you mean what are the | | |
| | 100:12    third-party fees we pay? | | |
| | 100:13  Q.  Yes. | | |
| | 100:14  A.  Thank you.  It obviously | | |
| | 100:15    varies.  On aggregate, on a global basis, | | |
| | 100:16    it's between two-and-a-half and 3 | | |
| | 100:17    percent. | | |
| 101:14 - 101:24 | **Alzetta, Sandra 2022-09-29** | 00:00:28 | Alzetta.45 |
| | 101:14  Q.  You mentioned that Spotify has | | |
| | 101:15    third-party costs associated with payment | | |
| | 101:16    processing. | | |
| | 101:17    Who are the payment processors | | |
| | 101:18    that Spotify relies on in the U.S. | | |
| | 101:19    primarily? | | |
| | 101:20  A.  In the U.S.  In the U.S., we | | |
| | 101:21    work with Adyen as a payment processor. | | |
| | 101:22    We work with J.P. Morgan Chase.  We | | |
| | 101:23    worked with Braintree which is part of | | |
| | 101:24    the PayPal family. | | |
| 107:04 - 107:06 | **Alzetta, Sandra 2022-09-29** | 00:00:06 | Alzetta.46 |
| | 107:04  Q.  And if you were to pay Google a | | |
| | 107:05    commission of 30 percent, how would that | | |
| | 107:06    have impacted Spotify's business? | | |
| 107:12 - 107:22 | **Alzetta, Sandra 2022-09-29** | 00:00:36 | Alzetta.47 |
| | 107:12  A.  Spotify runs a very tight | | |

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 107:13 business. Our gross margin, as you can | | |
| | 107:14 see, you know, shows that very clearly. | | |
| | 107:15 We could not pay 30 percent commission. | | |
| | 107:16 It's just -- we need to run a sustainable | | |
| | 107:17 business, and that would not be possible | | |
| | 107:18 for the type of business that we have | | |
| | 107:19 doesn't allow for that. | | |
| | 107:20 Q. Did Spotify ever calculate what | | |
| | 107:21 its losses would potentially be if it was | | |
| | 107:22 charged a 30 percent commission? | | |
| 108:02 - 108:07 | **Alzetta, Sandra 2022-09-29** | 00:00:17 | Alzetta.48 |
| | 108:02 A. So we are not going to pay a | | |
| | 108:03 commission of 30 percent. Our business | | |
| | 108:04 does not allow for that. It doesn't meet | | |
| | 108:05 our principles. Strategically, it's not | | |
| | 108:06 something that we're going to do. This | | |
| | 108:07 is just not going to happen. | | |
| 112:17 - 113:11 | **Alzetta, Sandra 2022-09-29** | 00:01:05 | Alzetta.49 |
| | 112:17 Q. And you mentioned the phrase | | |
| | 112:18 "Spotify's key principles" several times | | |
| | 112:19 today. | | |
| | 112:20 Can you tell me a little bit | | |
| | 112:21 about what Spotify's key principles are? | | |
| | 112:22 A. Yes. The requirements that we | | |
| | 112:23 have for any payment method that we | | |
| | 112:24 worked with. So here what we were | | |
| | 112:25 looking for was the ability to | | |
| | 113:01 | | |
| | 113:02 communicate directly to our users' data | | |
| | 113:03 perspective. Only wanting to share data | | |
| | 113:04 that we have to share on a necessary | | |
| | 113:05 basis and having access to data about our | | |
| | 113:06 users. The ability to decide which | | |
| | 113:07 payment methods we make available to our | | |
| | 113:08 customers. The ability to propose | | |
| | 113:09 products and pricing to our customers as | | |
| | 113:10 we wish to and on fair value. So making | | |
| | 113:11 sure that we have fair value exchange. | | |
| 123:14 - 123:14 | **Alzetta, Sandra 2022-09-29** | 00:00:02 | Alzetta.50 |
| | 123:14 MR. ALTEBRANDO: I am going to introduce | | |

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 123:15 - 123:15 | **Alzetta, Sandra 2022-09-29** | 00:00:04 | Alzetta.51 |

123:15    Exhibit 2062.

| 124:04 - 124:05 | **Alzetta, Sandra 2022-09-29** | 00:00:04 | Alzetta.52 |
|---|---|---|---|

124:04  Q.  Do you recognize this document?
124:05  A.  I do.

| 128:18 - 129:13 | **Alzetta, Sandra 2022-09-29** | 00:00:48 | Alzetta.53 |
|---|---|---|---|

128:18  Q.  And just so the record is
128:19        clear, what was the commission that Apple
128:20        charged Spotify to use Apple's in-app
128:21        purchase payment solution?
128:22  A.  It was 30 percent.
128:23  Q.  And ultimately, you had
128:24        mentioned that Spotify pivoted to a
128:25        consumption-only model on the iOS
129:01
129:02        devices; is that correct?
129:03  A.  We did, we did it in 2016.
129:04  Q.  What does consumption-only
129:05        mean?
129:06  A.  In this case, I am using it to
129:07        mean that we have an app and it's not
129:08        possible to actually make a purchase in
129:09        that app.
129:10  Q.  And today is the Spotify app on
129:11        the Apple App Store offered
129:12        consumption-only?
129:13  A.  It is.

| 129:14 - 129:19 | **Alzetta, Sandra 2022-09-29** | 00:00:12 | Alzetta.54 |
|---|---|---|---|

129:14  Q.  If Spotify had to pay a
129:15        commission on the Google Play Store for
129:16        subscription purchases similar to what it
129:17        would have to pay Apple on the Apple App
129:18        Store, would Spotify offer its app
129:19        consumption-only on Google Play?

| 129:22 - 130:08 | **Alzetta, Sandra 2022-09-29** | 00:00:31 | Alzetta.55 |
|---|---|---|---|

129:22  A.  We've always been clear that we
129:23        are in the margin business.  We cannot
129:24        pay those kind of fees and we don't think
129:25        they are fair.  And furthermore, not only

**SER-1016**

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 130:01 | | |
| | 130:02  do we object to the fees, we object to | | |
| | 130:03  the fact that it doesn't meet our | | |
| | 130:04  principles, as we discussed earlier. | | |
| | 130:05  Q.  Would a consumption-only | | |
| | 130:06  Spotify app be better for Spotify users | | |
| | 130:07  or worse as compared to a version where | | |
| | 130:08  users can subscribe in-app? | | |
| 130:10 - 130:22 | **Alzetta, Sandra 2022-09-29** | 00:00:39 | Alzetta.56 |
| | 130:10  A.  Well, it's a difficult question | | |
| | 130:11  to answer because there is so many | | |
| | 130:12  elements to look at here.  So what | | |
| | 130:13  happened with those when we accepted | | |
| | 130:14  Apple, Apple's in-app payment solution at | | |
| | 130:15  30 percent rev share on a business that's | | |
| | 130:16  got a gross margin as we've discussed | | |
| | 130:17  earlier, is -- had to increase our prices | | |
| | 130:18  to consumers.  We had to increase them | | |
| | 130:19  significantly.  That is not a good thing | | |
| | 130:20  for a consumer.  And it doesn't give | | |
| | 130:21  consumer choice, which matters to us a | | |
| | 130:22  lot. | | |
| 134:16 - 135:05 | **Alzetta, Sandra 2022-09-29** | 00:00:32 | Alzetta.57 |
| | 134:16  Just for the sake of | | |
| | 134:17  efficiency, let's leave Exhibit 2062 in | | |
| | 134:18  front of you for the moment. | | |
| | 134:19  Do you have that document in | | |
| | 134:20  front of you? | | |
| | 134:21  A.  That's the one I was just | | |
| | 134:22  looking at?  One second.  Let me just | | |
| | 134:23  check.  Yes. | | |
| | 134:24  Q.  And on the left-hand column, on | | |
| | 134:25  Exhibit 2062, we see four different | | |
| | 135:01 | | |
| | 135:02  companies listed here:  PayPal Wallet, | | |
| | 135:03  Worldline/JPM, Braintree and Adyen. | | |
| | 135:04  Do you see that? | | |
| | 135:05  A.  I do. | | |
| 135:16 - 136:04 | **Alzetta, Sandra 2022-09-29** | 00:00:44 | Alzetta.58 |
| | 135:16  Are the four payment processors | | |

**Alzetta**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 135:17   listed on 2062 the only four payment | | |
| | 135:18   processors that Spotify uses for U.S. | | |
| | 135:19   customers today? | | |
| | 135:20  A.  I believe, I believe they are. | | |
| | 135:21  Q.  Do any of these payment | | |
| | 135:22   processors provide services to Spotify | | |
| | 135:23   such as app distribution? | | |
| | 135:24  A.  No. | | |
| | 135:25  Q.  Do any of the payment | | |
| | 136:01 | | |
| | 136:02   processors listed in 2062 provide support | | |
| | 136:03   that assists Spotify with distributing | | |
| | 136:04   product updates to existing customers? | | |
| 136:08 - 136:08 | **Alzetta, Sandra 2022-09-29** | 00:00:01 | Alzetta.59 |
| | 136:08  A.  No. | | |
| 136:09 - 136:13 | **Alzetta, Sandra 2022-09-29** | 00:00:19 | Alzetta.60 |
| | 136:09  Q.  Do any of the payment | | |
| | 136:10   processors listed in Exhibit 2062 provide | | |
| | 136:11   technical or other similar support to | | |
| | 136:12   Spotify when it comes to the design or | | |
| | 136:13   distribution to their app? | | |
| 136:16 - 136:16 | **Alzetta, Sandra 2022-09-29** | 00:00:02 | Alzetta.61 |
| | 136:16  A.  No. | | |
| 136:17 - 136:21 | **Alzetta, Sandra 2022-09-29** | 00:00:13 | Alzetta.62 |
| | 136:17  Q.  Earlier you were shown what was | | |
| | 136:18   marked as Exhibit 2060, which reflected | | |
| | 136:19   that Spotify has margins somewhere just | | |
| | 136:20   below 30 percent; do you recall that? | | |
| | 136:21  A.  I do. | | |
| 137:03 - 137:06 | **Alzetta, Sandra 2022-09-29** | 00:00:10 | Alzetta.63 |
| | 137:03  Q.  Do you know what Google's | | |
| | 137:04   typical commission is today for | | |
| | 137:05   subscription services processed through | | |
| | 137:06   Google Play Billing? | | |
| 137:08 - 137:09 | **Alzetta, Sandra 2022-09-29** | 00:00:03 | Alzetta.64 |
| | 137:08  A.  I do. | | |
| | 137:09  Q.  And what is it? | | |
| 137:17 - 138:10 | **Alzetta, Sandra 2022-09-29** | 00:00:53 | Alzetta.65 |

Volume 12

Pages 2292 - 2518

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE               )
ANTITRUST LITIGATION,                  )
                                       )   **NO. 21-md-02981-JD**
_____)
THIS DOCUMENT RELATES TO:              )
                                       )
EPIC GAMES, INC.,                      )
                                       )
            Plaintiff,                 )
                                       )
  VS.                                  )   **NO. 3:20-cv-05671-JD**
                                       )
GOOGLE, LLC., et al.,                  )
                                       )
            Defendants.                )
_____)

San Francisco, California

Monday, November 27, 2023

**<u>TRANSCRIPT OF PROCEEDINGS</u>**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**BARNES - DIRECT / BYARS**

1   **Q.**   And were you able to accomplish that assignment?

2   **A.**   Yes, I was.

3   **Q.**   If I could ask Ms. McGuire to go to the slide showing your

4   results.

5       Could you please explain what appears on this slide for

6   the jury?

7   **A.**   Sure.  It's not on my screen, but I can look over here.

8       This is a slide that shows --

9           **THE COURT:**  Just tap that thing.

10          **THE WITNESS:**  Oh, okay.

11          **THE COURT:**  Did it come up?

12  **BY MR. BYARS:**

13  **Q.**   Mr. Barnes, it may also be in the pocket --

14  **A.**   It came up now.  Thank you, Your Honor.

15          **THE COURT:**  Jury, you can see it?

16      Okay.  Good.

17      Okay.  Go ahead.

18          **THE WITNESS:**  So this slide reflects, from 2014 to

19  2021, the operating profits that Google Play generated as well

20  as a calculation of the operating profit percentage.

21  **BY MR. BYARS:**

22  **Q.**   And I'd like to break it down in pieces.

23      First, the blue columns, what do those represent?

24  **A.**   Those columns are for each year the amount of operating

25  profit that Google Play generated.

**BARNES - DIRECT / BYARS**

1   **Q.**   And how would you generally define "operating profit"?

2   **A.**   Operating profit is essentially what's left over after all

3   of the relevant operating expenses are deducted from the

4   revenues that a business generates.

5   **Q.**   And what does the yellow line represent?

6   **A.**   The yellow line is a calculation we call operating profit

7   percentage, which is calculated by taking the amount of the

8   operating profit and dividing it by the revenue.

9   **Q.**   So just to give a practical example, if a company

10  generated $100 in revenue and had a 71 percent margin, what

11  would that mean for its profits?

12  **A.**   That would mean that there were $29 worth of costs and

13  there were -- after you deduct those costs, there are $71 of

14  profit, which would be a 71 percent profit margin.

15  **Q.**   And how did you determine the results that are shown in

16  this slide?

17  **A.**   These results were obtained from my review of business

18  records, profit and loss statements, that were maintained at

19  Google in the normal course of business for Google Play.

20  **Q.**   And did you do any other investigation to determine

21  whether these results are reliable and accurate?

22  **A.**   Yes, I did.

23  **Q.**   Could you please explain the investigation you performed?

24  **A.**   So, first, I investigated the manner in which the

25  Google Play profit and loss statements were maintained at

**BARNES - DIRECT / BYARS**

1   Google, and I was able to determine that they were prepared and

2   maintained on a regular and consistent basis in the normal

3   course of business.

4       Second, I investigated and analyzed the extent to which

5   the results, such as these results, were communicated beyond

6   Google Play up the chain of command; and I was able to confirm

7   that on a regular basis, these results were communicated to

8   various Google executives, including the CFO and the Alphabet

9   board of directors.

10  **Q.**  And the jury has heard testimony from Mr. Pichai and

11  Mr. Cramer just now that the Google Play P&L statements don't

12  include all costs, that they only include costs that the

13  Google Play team can directly control.  Have you seen that

14  testimony?

15  **A.**  I have seen that testimony.

16  **Q.**  Okay.  Is that statement consistent with the results of

17  your investigation?

18  **A.**  It is not.

19  **Q.**  Could you explain for the jury why not?

20  **A.**  So my investigation found that the Google Play profit and

21  loss statements, which are reflected here, include not only

22  direct costs that would be under the control of Google Play but

23  they include significant allocations of costs that would be

24  controlled or managed by other organizations within Google or

25  centrally at Google corporate.

BERNHEIM - DIRECT / BORNSTEIN

1    the possibility that a seller might be in a position to take

2    advantage of a buyer by charging higher prices for lower

3    quality products and what limits that ability.

4         What limits that ability is the presence of other sellers,

5    and here in this diagram I've shown two other sellers.  I've

6    labeled them as B and C with gray arrows going to the buyer to

7    indicate that while those aren't transactions that took place,

8    they could have taken place.  These are also products and

9    services that could satisfy the same need or desire.

10        And the fact that the buyer has the ability to switch to

11   one of the other sellers keeps Seller A here in line.

12   Competition between these sellers will produce a good outcome

13   for the buyer.

14   **Q.**   So is there a name that antitrust economists give to this

15   sort of set of substitutes that you're looking at here?

16   **A.**   Yes.  We call them substitutes, and the substitutes fall

17   into what we call a product market.  So we have -- that slide

18   has now added that.

19        These transactions all fall within the same product market

20   because they're satisfying the same need or desire on the part

21   of the buyer.

22   **Q.**   And did you look at or attempt to define any product

23   markets in this case?

24   **A.**   I did.  We're going to focus on two of them.  One of them

25   involves third-party operating systems for smartphones and the

BERNHEIM - DIRECT / BORNSTEIN

1    other involves app distribution on Android.

2    **Q.**    All right.  So using app distribution on Android and the

3    Google Play Store as an example, why is it that an antitrust

4    economist goes through this exercise of defining a product

5    market?

6    **A.**    Well, when you define a product market, you're determining

7    who the competitors are.  You're finding out who can compete.

8    So if we're talking about Android operating systems, you're

9    looking to see who provides the operating systems; Google, for

10   example.

11        We do that so we can evaluate the competition, the

12   intensity of the competition; and we can also, having done

13   that, evaluate the effect of the conduct on the competition.

14   **Q.**    Okay.  You had said something earlier about assessing

15   whether or not Google has monopoly power.  Can you explain what

16   that is?

17   **A.**    Sure.  Let me start with the concept of market power.

18   Economists talk about an ideal called perfect competition.  In

19   a perfectly competitive market with tons and tons of

20   competition, prices are competed down to costs.

21        Now, the term "market power" refers to the ability to set

22   prices significantly above costs.  When that power is

23   substantial and when it's sustained, we often refer to that as

24   monopoly power.  And that's kind of a funny term because the

25   word "monopoly" literally means one seller, but we don't mean

BERNHEIM - DIRECT / BORNSTEIN

1   that when we say "monopoly power."  We mean substantial and

2   sustained market power.

3   **Q.**   And why did you go through the exercise of assessing

4   whether or not Google has monopoly power in any of these

5   markets?

6   **A.**   Well, we assessed whether Google has monopoly power in

7   these markets to determine whether it has the ability to do

8   what I've described, to charge higher prices and also to engage

9   in anticompetitive practices.

10  **Q.**   What do you mean by "anticompetitive practices"?

11  **A.**   An anticompetitive practice is conduct on the part of a

12  company that in some ways interferes with competition, and it

13  can do that either by impairing rivals or it can do that by

14  disincentivizing rivals from competing.

15  **Q.**   Did you look here and apply that distinction between sort

16  of anticompetitive conduct in the Google Play Store in this

17  matter?

18  **A.**   I did, and we're going to be talking about that at some

19  length.

20        But just to kind of give a simple synopsis of what an

21  economist looks like in reaching that judgment, there's a lot

22  that's written on the distinction between pro-competitive and

23  anticompetitive conduct, but there is a simple and intuitive

24  principle that often is a good guide.

25        And the principle is that if a company is attracting

BERNHEIM - DIRECT / BORNSTEIN

1  Apple has a proprietary operating system.  They don't try and

2  license one from anybody else and they don't offer to license

3  it to anyone else.  They kind of wall themselves off.

4  **Q.**   So, now, is this slide on the screen an Android's share of

5  third-party operating systems sufficient for you to conclude

6  that Google has monopoly power in this market?

7  **A.**   Not quite.  It's a good indication, but that's not where

8  one stops.  That's not where an economist stops.

9  **Q.**   What else did you look at?

10  **A.**   So I looked at the additional items that are listed on the

11  slide in addition to having nearly 100 percent share.  I also

12  examined what are called barriers to entry; in other words, how

13  hard it is -- how hard is it for some other company to come in

14  and start competing with Google even if they're not there now.

15     Barriers to entry here are extremely high.  There hasn't

16  been attempted entry into this market since I think 2014, and

17  that was unsuccessful.

18     And then the final thing that I looked at was Google's

19  profitability from Android, which I determined was not only

20  substantial but also sustained, and the combination of those

21  things is quite indicative of market power.

22  **Q.**   There's been some testimony in the case suggesting that

23  Google gives Android away for free.  Does that undercut your

24  conclusion regarding monopoly power here?

25  **A.**   No, it doesn't, because Google doesn't give Google Android

BERNHEIM - DIRECT / BORNSTEIN

1   away for free, the Android that's in those figures.

2        What is correct is that when Google enters these licenses,

3   it doesn't receive a cash payment from the OEMs.  But, instead,

4   what it receives is certain contractual agreements, contractual

5   obligations on the part of the OEMs.  The OEMs are receiving

6   something and they're doing something for Google.

7        And one of the very important things that the OEMs are

8   doing for Google is agreeing that they're going to put the

9   suite of GMS apps on their smartphones, and that generates

10  billions of dollars of revenue for Google.

11  **Q.**   And by "GMS apps," you mean things like Search and YouTube

12  and Maps and so forth?

13  **A.**   Yes.  Those kind of apps, yes.

14  **Q.**   Aside from the apps, are there any other value that Google

15  gets from the OEMs in licensing Android?

16  **A.**   Yes.  Google also derives value from other aspects of its

17  agreements, its licensing agreements, in relationships with the

18  OEMs.  We'll talk about some of them later.  They involve the

19  anticompetitive restrictions that I'm going to be focusing on.

20  **Q.**   All right.  Well, why don't we turn to that now in your

21  second conclusion, that Google uses its power in that market we

22  just talked about to engage in a collection of anticompetitive

23  practices that protect the Google Play Store.

24        And you list on this slide two different types of conduct.

25  Can you explain what they are, please?

BERNHEIM - DIRECT / BORNSTEIN

1    **A.**   Sure.  The first one is conduct that impairs potential

2    rivals' ability to compete by degrading their offerings

3    basically.

4         The second is basically just paying a rival not to

5    compete.

6    **Q.**   All right.  And just to situate what we're talking about

7    here on your map, again, we're talking about anticompetitive

8    conduct in which of these markets?

9    **A.**   Well, now it's the -- I can't say "circle" anymore -- the

10   odd-shaped thing that's encompassing the transactions that I've

11   described as transactions for app distribution services.

12   **Q.**   Okay.  So you talked about one of the types of

13   anticompetitive practices was impairing or obstructing rivals'

14   ability to compete.

15        What are the specific ways that Google actually does that?

16   **A.**   So we're going to talk about three ways that Google is

17   doing that that are listed in the three bullet points, the

18   subbullet points here under this first point.

19        The first of those is impairing direct app distribution by

20   imposing frictions on off-Play installations of apps.

21   **Q.**   All right.  Well, why don't we just dive right into those,

22   and we can take them one by one as we get to them.

23        So the jury's heard a lot about the frictions from direct

24   downloading of apps.

25        I want to ask you something that we haven't gotten to yet,

BERNHEIM - DIRECT / BORNSTEIN

1   which is have you done any quantitative analysis to assess what

2   the impact of those frictions is?

3   **A.**   Yes, I have.

4   **Q.**   What kind of work did you do on that?

5   **A.**   I did a couple of things.  The first of those was to look

6   at what Epic calls its funnel data for installations.

7   **Q.**   So can you explain, you know, what we're seeing on this

8   slide here about the funnel data?

9   **A.**   Sure.  So this is describing the installation process of

10  EGA, the Epic Games app, followed by Fortnite, and that

11  involves a number of steps that are listed along the bottom

12  axis here.  So, you know, they're numbered and then under each

13  one is a little label saying what it is.

14      On the vertical axis, I'm measuring number of people.  And

15  this particular figure applies to a particular month, a single

16  month in 2021.  I've looked at data for other months in '21

17  and -- 2021 and 2022.  They all look very similar.

18      In any case, what I'm focused on here is moving between

19  steps 2A and 3.  That's the focus because that's where the

20  warning messages show up, the messages that could potentially

21  alarm a user and induce them to drop off.

22      And what you see in this figure is that about 35 percent

23  of users drop off averaged across months when they encounter

24  these warnings.

25  **Q.**   Did you do any other quantitative assessments of the --

BERNHEIM - DIRECT / BORNSTEIN

```
 1          THE COURT:  Can I jump in?

 2          MR. BORNSTEIN:  Of course, Your Honor.

 3          THE COURT:  So, Professor, so when you -- the click to

 4   download means a user has just initially expressed interest in

 5   downloading the app and then portal heartbeat means a

 6   successful completed download?

 7          THE WITNESS:  Well, remember this is EGA followed by

 8   Fortnite.  So this is first clicking to download EGA and then

 9   the warning message comes up; and then if they click "Yes,

10   please install," it installs EGA and now the process continues

11   to install Fortnite.

12          THE COURT:  What does portal heartbeat mean?

13          THE WITNESS:  I can't remember.  I think it's just

14   that they're getting a signal back from the device saying that

15   it's installed.

16          THE COURT:  It's finished?  Its successful?

17          THE WITNESS:  For the EGA part, that's -- I think that

18   that's roughly correct.

19          THE COURT:  Okay.  Thank you.

20      Go ahead.  Sorry.

21          MR. BORNSTEIN:  Thank you, Your Honor.

22   BY MR. BORNSTEIN:

23   Q.  So aside from this assessment of the funnel, as you called

24   it, or as Epic called it, did you look at any other

25   quantitative measurements of the impact that the sideloading or
```

BERNHEIM - DIRECT / BORNSTEIN

1  direct downloading frictions and warnings have?

2  **A.**   Yes.  I also looked at an episode involving One Store,

3  which is an OEM, in providing smartphones in India.  And I

4  think you heard testimony that there was a period of time where

5  One Store was not constrained by its agreements with Google.

6  There was an ability to provide -- to preinstall the Epic Games

7  app on certain phones in India.

8      And during that period of time, I was able to look at what

9  happened on smartphones, OnePlus smartphones in India, where

10  the EGA was preinstalled and where it was not preinstalled.

11      And what you see is that relative to the phones where it

12  was not preinstalled, when you get to the preinstallation

13  period, downloads of Fortnite increase by about 75 percent.

14  **Q.**   So when the EGA app was able to be preinstalled, you're

15  saying that downloads increased; is that correct?

16  **A.**   Downloads of Fortnite increased quite substantially, yes.

17  **Q.**   And just so the record is clear, at some point in that

18  answer you referred to One Store and at some point you referred

19  to OnePlus?

20  **A.**   Sorry.  OnePlus.

21  **Q.**   Okay.  Great.  Thank you.

22  **A.**   Yes.  I meant OnePlus in both cases.

23  **Q.**   Great.

24      There's been some testimony in this case from a

25  representative from Amazon who said that only about 11 percent

BERNHEIM - DIRECT / BORNSTEIN

1  of users who attempted to download the Amazon Appstore at one

2  point actually made it all the way through the process.  Is

3  that consistent with your analysis?

4  **A.**  Yes, it's consistent, it's corroborative of what I'm

5  finding.

6  **Q.**  All right.  So after reviewing that and the other

7  materials that you've seen in this case, what did you

8  ultimately conclude about the impact of these frictions and

9  warnings on the competitive significance of direct downloading?

10 **A.**  Well, by degrading the quality of the download experience,

11 at least to the extent that's shown here, I mean, it may be

12 greater if people are having a bad experience here, they may

13 get uncomfortable with the process, drop off later; they may do

14 it once, not try it again.  So this is kind of a lower bound on

15 the impact.

16     But my conclusion here is that this process is degrading

17 one of the important competitive alternatives to Google Play;

18 and because it does that, it will enhance Google Play's power

19 in the market for app distribution.

20 **Q.**  Let's talk about another way that a competing app store

21 might compete.

22     Are there other ways that an app store can get onto a

23 phone aside from being directly downloaded by the user?

24 **A.**  Yes.  The other way that an app store can get on a phone

25 is through preinstallation.

BERNHEIM - DIRECT / BORNSTEIN

1  **Q.**  All right.  And did you look at whether Google's conduct

2  affects the competitive significance of preinstallation as an

3  option?

4  **A.**  I did.  Google also has conduct that impacts the

5  feasibility of preinstallation.

6  **Q.**  All right.  Before we get to what Google actually does,

7  just can you explain why preinstallation matters, what its

8  competitive importance is?

9  **A.**  Sure.  So to start with, Google Play is preinstalled on

10  all Android phones.  So it's there.  It's a potential default.

11  And we know from research and behavioral economics, one of my

12  areas of specialization, that defaults can be extremely

13  powerful; that if there is a default, that people tend to stick

14  with it unless they have a compelling reason to do something

15  else.

16     Now, that means that if there is no preinstallation of

17  anything else, Google has an enormous advantage.

18  **Q.**  So did you look at how well or poorly other app stores

19  have succeeded in being able to get preinstalled?

20  **A.**  I did.  And I think we have a slide that shows this.

21  **Q.**  All right.  Can you tell us what we're looking at here?

22  **A.**  So this is a slide that's summarizing preinstallations as

23  of July 2021, and you can see that it basically has three

24  pieces to it.  The top is Google Play.  That's just to remind

25  you that Google Play is preinstalled on 100 percent of Android

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 104 of 227   2395

**BERNHEIM - DIRECT / BORNSTEIN**

1   smartphones.

2       The rest of this is divided into two sections, and I want

3   to start with the section on the bottom to begin with.  These

4   are the non-OEM stores.  And by looking at the final column,

5   those are shares, those are shares of phones that they're

6   preinstalled on, you can see that they're all very tiny.  All

7   but one are significantly less than 1 percent.

8       So the non-OEM stores have not been able to achieve any

9   success with preinstallation.

10      Now let's look at that panel that's kind of shaded

11  yellowish which says "OEM Stores."  This is where you see some

12  significant preinstallation.

13      So, first of all, Galaxy Store worldwide is on about

14  40 percent of Android smartphones.  And then there are some

15  others, some other OEMs, that also have nontrivial

16  installations, in particular Xiaomi, Vivo, and Oppo.

17  **Q.**   And you've got some that are grayed out.  Just quickly,

18  why did you gray some out?

19  **A.**   I grayed two of them out.  I grayed out Huawei and LG.

20  And the reason is, first of all, LG stopped making smartphones

21  in 2021.  So they're not part of this picture anymore.

22      With respect to Huawei, Huawei ran afoul of sanctions I

23  think in 2019, and those sanctions made it impossible for

24  Google to do business with them so they lost access to, you

25  know, Google products and suffered from other sanctions as

**BERNHEIM - DIRECT / BORNSTEIN**

1  well, and their market share kind of collapsed after that.

2  Outside of China their market share collapsed.

3  **Q.**   So if you do some rough math here, on the right column in

4  the yellow there's, you know, around 50 percent of the stores

5  that have an OEM -- excuse me -- 50 percent of the phones that

6  have an OEM store preloaded.  So does that mean that this is

7  actually a big competitive force against Google Play?

8  **A.**   No.  That does not follow.

9  **Q.**   Why not?

10  **A.**   Well, for several reasons.  I mean, the first thing that

11  you have to keep in mind is that there are a lot of -- a lot of

12  smartphones that only have Google Play.  I don't know whether

13  it's 50 percent, but it's around a third to 40 percent of

14  Android smartphones only have Google Play and there it's the

15  only default.

16      And then on the rest of the Android phones, generally

17  there's only one.  You know, on each one of these OEMs, there

18  would be one.  A very small number there is more than one.  So

19  even in those situations, Google is still on a very

20  advantageous position.

21      But there's more, which is that Google also engages in

22  conduct to essentially discourage these OEMs from competing

23  with Google Play with their stores.

24  **Q.**   So what conduct are you talking about?

25  **A.**   Here I'm referring to what's called Premier Tier Revenue

BERNHEIM - DIRECT / BORNSTEIN

1  Sharing Agreements, part of what's abbreviated RSA 3.0, and

2  these premier tier agreements actually have exclusivity

3  provisions in them where the OEM is incentivized to classify

4  smartphones -- some of the smartphones or all of the

5  smartphones that they produce as premier tier; and when they do

6  that, they can't preinstall any other -- any other app store on

7  their devices.

8  Q.  Did you look at how many phones and which OEMs devices

9  were affected by these types of premier tier agreements?

10  A.  I did, and we have another slide on this.

11      So this is leaving out Samsung, and I'm going to come back

12  to Samsung later.  So I just wanted to flag that.  Samsung is

13  important.  They're preinstalled on 40 percent of phones, and

14  I'm going to talk about Samsung in a little bit.

15      This is all the other OEMs, and I've listed them here from

16  left to right in order of the size of their smartphone shares.

17  So you can see that Xiaomi is the biggest of them.  That's the

18  blue bar.  The blue bar is their smartphone sales.

19      And as you go to the right, those shares are getting

20  smaller.  All the way on the right there's a category that says

21  "The remaining 830."  They're all individually quite small.

22      Now the other thing that this figure shows are these

23  orange bars, and this is OEM by OEM, the fraction of their

24  devices that are classified as premier tier and that are,

25  therefore, subject to the exclusivity provision.  Not all their

BERNHEIM - DIRECT / BORNSTEIN

1  phones fall into that category in part because they -- you

2  know, the older phones with lower technical specs don't

3  qualify.  But you can see that four specific OEMs, the numbers

4  are quite high.

5  **Q.**  Can you conclude anything by looking at which OEMs have a

6  lot of devices within the premier tier?

7  **A.**  Absolutely.

8  **Q.**  What is that?

9  **A.**  Well, remember on the previous slide I had grayed out two

10  OEMs for reasons that I explained; and aside from Samsung,

11  there were three left that had significant amounts of

12  preinstallation of their app stores.  Those were, and we're

13  showing them again, Xiaomi, Vivo, and Oppo.

14      Now let's go back to the other slide and see where the

15  RSAs are having an impact.  For Xiaomi, Oppo, and Vivo, the

16  orange bars indicate, averaging across them, that it's roughly

17  60 percent of their phones.  So a very large fraction of the

18  phones associated with the OEMs who actually had competing app

19  stores, they had to stop putting those app stores on the

20  phones.

21  **Q.**  You talked about now ways in which the RSA 3.0 premier

22  tier has affected OEM app stores.

23  **A.**  Could I just add one item to my previous answer?

24  **Q.**  Of course.

25  **A.**  Because I forgot to say it.

Case 3:21-md-02981-JD    Document 845    Filed 12/06/23    Page 108 of 227    2399

BERNHEIM - DIRECT / BORNSTEIN

1    These figures apply to new phones rather than the stock of

2    phones.  I mean, preinstallations for competition only really

3    matter with respect to new phones.  So I have focused here on

4    new phones.

5    Q.  Great.  Thank you, Professor.

6    We've talked about the impact that these RSA 3.0 premier

7    tier provisions have on OEM app stores.  Do they have any

8    impact on the third-party app stores, the non-OEM stores?

9    A.  Well, they do.

10   Q.  What is that?

11   A.  I think there's been testimony about the Epic experience

12   with trying to get preinstallation of Epic Games App, EGA, and

13   those efforts ran smack into these restrictions.

14   Q.  All right.  Now --

15       THE COURT:  We'll take lunch at 12:15.

16       MR. BORNSTEIN:  Thank you, Your Honor.

17   BY MR. BORNSTEIN:

18   Q.  You covered this just a little bit with your observation

19   about new phones versus old phones, but there has been some

20   testimony from Google witnesses during the course of the trial

21   so far that the premier tier covers only a very small portion

22   of devices.

23   Now, what is, in your view, the competitive -- or the

24   significance of that claim for your analysis?

25   A.  Well, first of all, if we're talking about competition

Case 3:21-md-02981-JD  Document 845  Filed 12/06/23  Page 109 of 227   2400

BERNHEIM - DIRECT / BORNSTEIN

```
 1    from apps, we have to think about new phones.  Of course
 2    there's an installed base, and that's going to dilute these
 3    numbers.  You've got to focus on the new phone -- new
 4    smartphone sales, and for those the numbers are much higher.
 5        But then the other thing important to keep in mind is how
 6    these RSA restrictions are targeted.  Okay?  What I'm showing
 7    in this figure is that Xiaomi, Oppo, and Vivo, the one with
 8    competing game stores -- these aren't potential competitors;
 9    these are actual competitors -- they're being hit quite
10    heavily.
11        Whereas, for example, Transsion, the third largest
12    worldwide smartphone provider according to these numbers, but
13    you saw in the previous table they didn't appear.  As far as I
14    know, they don't have a significant app store and they also
15    don't have these restrictions.
16    Q.   So besides direct downloading and preinstallation, any
17    other way for a competing app store to get onto an Android
18    phone?
19    A.   That's pretty much it for all practical purposes.
20    Q.   Okay.  So you talked about a third way in which Google has
21    obstructed rivals' ability to compete, which you say is
22    removing opportunities to differentiate themselves.
23        What do you mean by differentiation here?
24    A.   Right.  Well, what I'm talking about here is that in many
25    markets where you have a dominant firm that is benefiting from
```

BERNHEIM - DIRECT / BORNSTEIN

1   its position as the incumbent, it's hard to -- it's hard to

2   make inroads against that.

3        In the context of Google Play, you've got users going

4   to -- smartphone users going to Google Play because the apps

5   are there, and you've got developers putting their apps on

6   Google Play because users are going there, and it's all kind of

7   reinforcing.  And to break into that, you need to offer the

8   consumer a compelling reason to do something else.

9        And the way that that's typically done in these types of

10  markets is to offer some sort of exclusive content to say "We

11  have some sort of content here that actually you can't get

12  there so you ought to try us."  This is a way that companies

13  often successfully break into markets.  If they didn't

14  differentiate themselves, they'd just get squashed and they

15  wouldn't be competition.

16  **Q.**   What has Google done to prevent that kind of

17  differentiation?

18  **A.**   Here we come to the Project Hug agreements with

19  developers.  And the Project Hug agreements have provisions in

20  them that prevent the competing app stores from obtaining or

21  even developing in cooperation with developers exclusive

22  content that they could offer for this purpose.

23  **Q.**   There's been a lot of testimony about Project Hug in the

24  trial.

25       One thing that has been asserted, though, that I'd like to

BERNHEIM - DIRECT / BORNSTEIN

1   get you to share your opinion on is that there were only about

2   20 or 22 developers that signed these agreements.  Does that

3   affect how competitively significant they were?

4   **A.**   Well, I mean, an assessment of it has to take that into

5   account, but there are other facts here that I think are

6   extremely relevant and that we need to consider.

7        In the first place, yes, there are thousands of other

8   developers, but these are very large and important developers.

9   They account for about 20 percent of Google Play revenue.

10  That's just off the top.

11       But there are a number of other important considerations

12  about them.  The issue is that they are strategically

13  important, and I've seen quite a few Google documents that

14  recognize their strategic importance to a potential entrant.

15       So think about it this way:  You want to differentiate

16  yourself.  You're an app store and you're entering and you want

17  to differentiate yourself from Google Play.  If you have

18  exclusive content to League of Legends, that's a well-known

19  app, lots of people want it, that's splashy, that feels

20  important to users, that will make a difference.  If you

21  announce that you have exclusive content to, you know, Veggie

22  Garden Planner, that's not going to make an impression on

23  anyone.

24       So the thing that's important to execute this strategy

25  well, this entry strategy well, is to be able to develop

BERNHEIM - DIRECT / BORNSTEIN

1  exclusive content that will make a difference.  And just

2  judging from Google's own documents describing the Project Hug

3  developers, these were the ones that it had identified as

4  potentially being able to make a difference to these entrants,

5  and also they were characterized as the ones that were willing

6  to consider going off Google Play.

7  **Q.**  So what did you ultimately conclude about the competitive

8  effect of the Project Hug provisions that the jury's heard so

9  much about and that appear on the screen here?

10  **A.**  Right.  These provisions, just to be clear, are parity

11  provisions.  They basically say that developers have to release

12  on Google Play at the same time that they release elsewhere,

13  and what they release has to have the same content and

14  features.  So this is basically, you know, preventing any

15  significant differentiation.

16      My conclusion about this is that it has significant

17  anticompetitive effects, and I say that for a couple of

18  reasons.  One reason is it blocks the main viable entry

19  strategy into this industry.  You need the differentiation to

20  accomplish anything.

21      The other thing is it discourages app developers and

22  competing app stores from developing new content.  If you think

23  about, you know, the position of an app store, you might try

24  and make a deal with one of the app developers to actually

25  develop new content that you could then have -- you could then

BERNHEIM - DIRECT / BORNSTEIN

 1   offer exclusively through your app store.

 2       But these provisions are saying, "Well, even if you

 3   develop it cooperatively, you still have to put it on

 4   Google Play."  Think of what that does to the incentives of a

 5   rival app store.

 6       I mean, you develop something and then your competitor

 7   gets the benefit of it too.  So it takes away their incentives

 8   to do that.  It takes away the incentives of the developers to

 9   develop the kind of content that would be suitable for these

10   exclusives that they could offer other app stores.  So there's

11   a disincentive to create value.

12   **Q.**   All right.  Let's turn to the other category of

13   anticompetitive practice that you describe, which was buying

14   off potential rivals.

15   **A.**   Yes.

16   **Q.**   As an economic principle here, why would it make any sense

17   for a monopolist to pay its rivals not to compete?

18   **A.**   So I have a couple of demonstrative exhibits that I want

19   to talk through that explains how the economics of this works.

20       In this slide, I'm showing two different scenarios.  These

21   are very simplified scenarios, and the numbers here are just

22   all hypothetical, made up, so that I can make the point.

23       Okay.  In the scenario over on the left, we have a

24   dominant firm that is providing some product to consumers

25   without competition; and in that setting, because there's no

BERNHEIM - DIRECT / BORNSTEIN

1    competition, the dominant firm gets a very large slice in the

2    value that's created.  I've written that as $75.  Only 25 is

3    left for consumers.

4         Now, over on the right I'm showing another scenario.  This

5    is a scenario where we have a rival in the market.  Two things

6    happen when you have a rival.  The first is that the pie grows.

7    The reason the pie grows is that competition helps good things

8    happen.  It lowers price.  It increases quantity.  It spurs

9    innovation.  So there's more value being created, so it's a

10   bigger pie.

11        The other thing that's going on here is now the consumers

12   get a much larger slice, the reason is that the rival firm and

13   the dominant firm are now vying for the consumer's attention.

14        Okay.  Now, let me explain now how paying off a rival

15   works.

16        Going to the next slide, the scenario on the right is

17   exactly the same as before.  I haven't changed it.  What I've

18   done is changed the scenario on the left, and what I'm assuming

19   here is that the established firm, the dominant firm, is paying

20   this rival not to compete.  So that's that slice.  That $20

21   slice becomes a payment to the rival.  The size of the pie is

22   the same as it was on the last slide because the rival isn't

23   competing.  You don't have the benefits of competition.

24        Now, you'll notice that the $20 that goes to the rival on

25   the left is bigger than the 15 that the rival would get on the

BERNHEIM - DIRECT / BORNSTEIN

1    right.  So what that means is it's better for the rival to

2    decide to play ball with the dominant firm rather than to enter

3    as a competitor.  If it plays ball, it gets 20.  If it

4    competes, it only gets 15.

5         Okay.  Now, what about the dominant firm?  The dominant

6    firm pay has to pay off the rival; but on the left, it's left

7    with 55 and on the right it gets 40.  So which is better for

8    the dominant firm?  It's clearly better to pay off the rival.

9         What happens -- okay.  So now the dominant firm is better

10   off, has greater profits.  The rival has greater profits.

11   Where do those come from?  They come from consumers.  So

12   compare how consumers do on the left and the right.  Consumers

13   are much worse off.

14        So this is what we worry about in antitrust economics;

15   that firms will find these kinds of ways to suppress

16   competition and hurt consumers as a result.

17   **Q.**   Now, have you seen conduct that Google has engaged in that

18   you think fits this framework that you've just described?

19   **A.**   I have, yes.

20        **THE COURT:**  Okay.  We'll leave that, and we'll take

21   our lunch break and we'll be back at 12:45.

22        **THE CLERK:**  All rise.

23        (Luncheon recess was taken at 12:13 p.m.)

24

25

BERNHEIM - DIRECT / BORNSTEIN

```
 1   AFTERNOON SESSION                                    12:51 p.m.

 2         (Proceedings were heard in the presence of the jury:)

 3             MR. BORNSTEIN:  Thank you, Your Honor.

 4   BY MR. BORNSTEIN:

 5   Q.   So, Professor Bernheim, before lunch, you had explained

 6   the slide that's currently on the screen about the incentive

 7   that a monopolist might have to pay off a rival, and I had

 8   asked you whether you had seen any conduct that Google had

 9   engaged in that fits this framework.

10   A.   Yes.  There are two contexts in which this sort of thing

11   takes place, and I've referred to both of them already.  One is

12   the RSA 3.0 revenue sharing agreements with OEMs and the other

13   is the Project Hug agreements with developers.

14   Q.   All right.  So as to the RSA 3.0 agreements with OEMs, how

15   do they fit into this framework?

16   A.   So part of premier tier is there's an exclusivity

17   provision that I've discussed, but we can set that aside for a

18   moment.

19         There are also revenue sharing provisions whereby Google

20   shares a fraction of Google Play revenues with the OEM.  And so

21   imagine that you're an OEM and you have a 20 percent revenue

22   share with Google.  Think about the effect on your incentives

23   for launching a competing app store.  You could by virtue of

24   doing that, by virtue of doing that you could draw business

25   away from Google; but for every dollar that you pull away from
```

**SER-1046**

**BERNHEIM - DIRECT / BORNSTEIN**

 1  refers to incentives in both cases.  And that's exactly what

 2  I'm saying, that these provisions, this conduct,

 3  disincentivizes the competition.

 4  **Q.**  Let's turn to a different one of your conclusions, which

 5  was that Google's conduct allows it to create and maintain

 6  monopoly power.

 7     So as part of your work, did you look into the question of

 8  whether there are currently any other app stores on Android

 9  that have a significant presence?

10  **A.**  I did.

11  **Q.**  And what other stores did you look at?

12  **A.**  Well, I looked at a collection of I think it was a dozen,

13  12, 13, 14 app stores.  These were stores that Google gave us

14  data on.

15  **Q.**  And what did you find?

16  **A.**  I have a slide that shows my conclusions here.

17     You can see again on the bottom axis we have time.  This

18  is date.  And on the vertical axis it's percents.  Those

19  percents represent share of entitlements, and I need to explain

20  what an entitlement is.  An entitlement basically refers to a

21  downloaded app.  So you can think of it that way.  You get, you

22  know, one entitlement, that means that one app was downloaded.

23     Now, at the bottom you can see that there are all sorts of

24  app stores represented on this figure.  Samsung is there, Oppo,

25  Vivo, and Xiaomi is there, and the figure is showing their

BERNHEIM - DIRECT / BORNSTEIN

1   individual and collective shares of entitlements, and it's this

2   tiny sliver.  It's barely detectable here.

3       So let's blow it up.  Let's zoom in on it.  Okay.  Now I'm

4   blowing it up so we can actually see it.

5       Now, the vertical axis, notice that that's changed.

6   Instead of running from 0 to 100 percent, it now runs from 0 to

7   6 percent.  So these are not big shares, but now you can at

8   least see what's going on.

9       Okay.  So Vivo, one of the app stores that's preinstalled,

10  that's the blue at the bottom, they hit about 1 percent.  And

11  then Oppo adds maybe another percent to that.  Samsung a little

12  bit less.  Xiaomi, something in the same order of magnitude.

13  And then there's lots of little things here that don't amount

14  to much at all.  So each one of these stores has a slice of

15  like 1 percent at most of downloads.  It's very small.

16      Now let's zoom back out and look at Google Play.

17      That's what utter dominance looks like.  Okay?

18  Google Play's share relative to the other app stores is

19  completely dominant.

20  **Q.**  You said a couple of times during your testimony that we'd

21  come back to Samsung.

22  **A.**  Yes.

23  **Q.**  And we saw the Samsung store was preinstalled on something

24  close to 40 percent of phones on one slide.  Doesn't that make

25  it a meaningful competitor?

BERNHEIM - DIRECT / BORNSTEIN

1   **A.**   No, it doesn't.  That's something that's helpful for

2   competing, but it doesn't mean that Samsung is competing or is

3   competing effectively.  And, in fact, Samsung is represented on

4   this diagram at this scale, it's really hard to detect because

5   it has such a small share of the app downloads.

6   **Q.**   Are there other indications you've seen beyond just the

7   tiny share that Samsung has that it has not been a significant

8   competitor to Google Play?

9   **A.**   Yes.  The other thing that I've looked at that's really

10  quite striking is Samsung's app catalog, and I want to come at

11  this in two different ways.  One is to look at the top 20 apps

12  on Android worldwide.  I believe this is by downloads.  You see

13  each one of these apps listed, and then there's a column for

14  whether it's on the Galaxy Store.

15      And you can see that the Galaxy Store, at least at this

16  point in time, only had five of the top 20 apps on Android.

17  Now here's what's really peculiar about that.  You might think:

18  Well, that's just because Google somehow, you know, has greater

19  reach, they have more.

20      But other stores also had more.  Amazon, the Amazon

21  Appstore, which had an even tinier slice of the downloads on

22  the previous slide, it was hard to make out at all, amazon has

23  10 of the top 20.  So what's going on with Samsung here?

24      I'll tell you the other statistic.  Total number of apps

25  offered on the Samsung App Store, most recent data that I know

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 124 of 227   2415

BERNHEIM - DIRECT / BORNSTEIN

1   about, places it around 200,000, maybe a little less, maybe a

2   little bit more, and that sounds like a lot.  Google Play has

3   something like 3 million apps.  So very big difference.

4        But even when we think about other app stores, if we think

5   about the Amazon Appstore, it has more than twice as many

6   titles as Samsung.  Aptoide, which is one of those third-party

7   stores with a tiny, tiny slice, it has more than five times as

8   many as Samsung.  So something odd is going on here with

9   Samsung.

10  **Q.**  Did you see anything in the record on your review that

11  gives you an indication of what that might be that was going on

12  here?

13  **A.**  The record and testimony, as I have read it in any case,

14  indicates that historically Samsung has just not been terribly

15  interested in competing vigorously with Google Play.

16  **Q.**  Were there instances or times when Samsung got a little

17  bit more robust in its efforts to compete?

18  **A.**  Yes, there was.  In the 2018-2019 time frame, Samsung made

19  a deal with Epic to distribute the Fortnite app on the Samsung

20  Galaxy Store.

21       And then around the same time, Samsung was looking at

22  developing exclusive conduct with other app developers, which

23  is the entry strategy that I've talked about.  And at the same

24  time, the documents indicate that Samsung was considering using

25  more aggressive or lower commission rates; that it was

BERNHEIM - DIRECT / BORNSTEIN

1  requiring Galaxy Store to be loaded on the home screen.  So

2  they were doing all of these things at that point in time.

3  **Q.**  Did Google do anything in response to these actions by

4  Samsung?

5  **A.**  Yeah.  Google did a couple of things.  The first thing it

6  did was Project Hug.  Project Hug, the deals that were struck

7  with the major developers, took them off the table from the

8  point of view of exclusive conduct -- content.

9      And then the second thing that -- and the impact of that,

10  of course, was the same as before; that limited Samsung's

11  ability to differentiate itself from Play.

12      And then the second thing that Google did was to launch

13  what was called Project Banyan.

14  **Q.**  And there's been a lot of testimony about Project Banyan

15  we need not go over again.  But did Project Banyan happen?  Was

16  it actually signed?

17  **A.**  No, it wasn't.

18  **Q.**  So why does it matter?

19  **A.**  Well, I mean, it matters for two reasons.  It gives us a

20  window on Google's strategies because we see this strategy

21  playing out with rivals in a number of contexts.

22      The other thing is you have to keep in mind that though

23  Banyan didn't happen, further negotiations between Samsung and

24  Google did, and eventually an extremely generous revenue

25  sharing agreement was signed.  It didn't prevent Samsung from

**SER-1051**

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 126 of 227   2417

BERNHEIM - DIRECT / BORNSTEIN

1    preloading its Play Store; but since then Samsung seems to have

2    gone back to the historical pattern of going:  Okay.  We're

3    really not interested with competing that much with Google in

4    app distribution.

5    Q.   So set aside the factual questions about what Samsung may

6    or may not have been thinking.  I want to ask you, as an

7    economist, are there principles that you have seen and written

8    about that would explain Samsung taking that approach here?

9    A.   Sure.  The principles, the economic principles, that speak

10   to this issue concern what happens when you have corporations

11   that do many things and have many points of contact with each

12   other.  So they have a very interdependent relationship.

13        So just to take an example, I think Samsung makes a chip

14   for the Google Pixel phone.  So there are various ways that

15   these companies interact.  They are independent; they are

16   interdependent.  And what we know is that in those kind of

17   settings, companies tend to mutually forebear to some degree.

18   Even if they agree not to compete, they find it in their

19   interests individually not to compete too vigorously.

20   Q.   All right.  So we've talked about other app stores and

21   their presence.  Did you also look at competitive alternatives

22   to Google Play besides app stores?

23   A.   Yes, I did.

24   Q.   All right.  And did you look at what the share was of

25   those other alternatives?

**SER-1052**

BERNHEIM - DIRECT / BORNSTEIN

```
 1    A.   Sure.  Let's go to the next slide.

 2         This slide is data on shares of downloads that include not

 3    just app stores but direct downloading and other ways of

 4    downloading apps onto Android smartphones.

 5         Again, you can see that the horizontal axis at the bottom

 6    is just time, it's just date; and then the vertical axis is

 7    showing you percentages or shares, and the green is

 8    Google Play's share.

 9         So in the most recent year for which I have data,

10    Google Play's share roughly -- of these entitlements is roughly

11    83 percent.

12    Q.   And to be clear, what makes up the gray portion at the top

13    of each bar?

14    A.   Well, that's everything else that we can determine in the

15    data.  So it would cover the app stores that I talked about.

16    It would cover other app stores that possibly we missed.  It

17    would include direct downloading.  It would include

18    peer-to-peer file sharing.

19    Q.   And is this ballpark 15-ish percent gray portion at the

20    top of the bar competitively significant in your view?

21    A.   Well, it's not terribly significant competitively, both

22    because the share is small and because it's not one or a couple

23    of significant viable competitors.  It's a bunch of very tiny

24    competitors who individually can't stand up to Google Play.

25    Q.   Did you do any analysis to dig in a little further on what
```

BERNHEIM - DIRECT / BORNSTEIN

1    kinds of circumstances explain some portion of those downloads

2    that happen off of Play?

3    **A.**   Yes.  And this is actually important to understand that

4    many of the downloads that occur on alternatives to Google Play

5    are taking place under circumstances that don't really tell us

6    very much about how competitive they are with Google Play, how

7    easily consumers can substitute them.

8        And I'll just give you some examples.  In Iran, which is

9    included in those shares that I was showing you a minute ago,

10   in Iran, Google Play is periodically banned; and if you can't

11   use Google Play, well, okay, then you use something else.  It

12   doesn't mean it's a good substitute; it just means there isn't

13   an alternative.  So you see the figure in Iran, actually close

14   to 80 percent of it is not Google Play.  That's in the previous

15   slide.

16       Okay.  What about India?  Well, some special things happen

17   in India too.  One of the things that happens is people buy

18   their phones at shops, and the shopkeeper will some of the time

19   install something in the shop and then hand it to the consumer.

20   That is a -- it's not something that the consumer did or

21   potentially even knows about, but it is counted in these

22   figures.

23       Another thing that happens, which is also relevant in

24   India, is when you get into areas where access to the Internet

25   is intermittent, well, then you can't really use Google Play

BERNHEIM - DIRECT / BORNSTEIN

```
 1   all the time, and that's where peer-to-peer file sharing comes
 2   into play.
 3       So in the countries where there are those circumstances,
 4   you do see more of these off Google Play downloads.  Much less
 5   in the United States.  The Google Play share here for the U.S.
 6   is 95 percent.
 7   Q.  So going back to this prior slide here, do you know -- set
 8   aside percentages, do you know about how many downloads each
 9   month this gray non-Google Play portion represents?
10   A.  Yes.  It's a huge number.  It's like 3 billion downloads
11   per month.  So a large number.
12   Q.  That's a huge number.  Doesn't that mean that these are
13   good alternatives to or substitutes for Google Play?
14   A.  No.  You have to think about the scale of the market.
15   This is the globe.  This is the world.  Okay?  3 billion is a
16   big number.  A bigger number is 15 billion.  That's about what
17   Google Play has.
18       And when economists look at competitive impact, they don't
19   look at the absolute numbers.  They look at shares.  They ask:
20   How big is the share?  The share is speaking to competitive
21   significance.  The share for Google Play here is dominant.
22   It's overwhelming.
23   Q.  Well, does 80 or 85 percent as shown here, does that
24   ordinarily indicate monopoly power to an economist?
25   A.  If it is a share of the market, yes, that would usually
```

**BERNHEIM - DIRECT / BORNSTEIN**

1    indicate that.

2         Just to take an example, let's say you had a market where

3    one firm had 50 percent of the market.  Not 80.  50 percent of

4    the market.  Under the criteria that economists use to evaluate

5    concentration, criteria that are endorsed and used regularly by

6    the Federal Trade Commission, the Department of Justice when

7    they enforce competition policy, if one firm has 50 percent of

8    the market, under this criteria, that market is classified as

9    highly concentrated, which means that there's a considerable

10   concern that there is meaningful monopoly power.

11        This isn't 50 percent.  This is over 80 percent.  So this

12   is extreme.

13   **Q.**   All right.  You were very careful in answering the

14   question I just asked you to say if this were a market, it

15   might indicate monopoly power.  Can you explain why you gave

16   that careful clarification?

17   **A.**   Yes.  Well, we haven't reached the conclusion yet that app

18   distribution on Android smartphones is properly -- is a

19   properly defined antitrust market.  To do that, we have to ask:

20   Are there other substitutes that customers might use?  Not just

21   these forms of app distribution but something else.

22   **Q.**   All right.  And we spent some time before the lunch break

23   talking about substitutes and how you think about them, but let

24   me ask one more question along those lines.

25        In defining a product market, does an economist look at

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 131 of 227   2422

BERNHEIM - DIRECT / BORNSTEIN

1   every possible substitute that a buyer might turn to?

2   **A.**   No.  No, we don't.  The criterion is whether they are

3   close substitutes, reasonable substitutes.  The substitution

4   has to be close enough for the product to provide meaningful

5   competitive discipline.

6        So let me give you an example of that.  Let's say that

7   you're buying a television and you might buy a Samsung

8   television.  Well, you could have bought an LG television.  You

9   could have bought a Panasonic.  Those are good substitutes.

10  Okay?  Those would be in the product market.  They would

11  discipline Samsung's price of televisions.

12       Let's say that you're buying this TV because you like to

13  watch movies.  All right.  Well, another way to watch movies is

14  to go to movie theaters.  That's a substitute at some level.

15       But we have to ask ourselves the question:  Is that a

16  close enough substitute such that the movie theater operators

17  are providing meaningful competitive discipline for the

18  television manufacturers?  And in that example, that's kind of

19  farfetched; right?

20       So it's not enough that it's a substitute.  It has to be a

21  close substitute.

22  **Q.**   Did you look for and analyze what constitutes sufficiently

23  close substitutes to Android app distribution services like

24  Google Play?

25  **A.**   Yes, I did.

BERNHEIM - DIRECT / BORNSTEIN

1  **Q.**  All right.  And which potential substitutes did you look

2  at?

3  **A.**  Well, we have another slide.

4      And you can see that there are three alternates listed

5  under the first bullet point.  The first is app distribution

6  on iPhones.  The second is app distribution on other kinds of

7  devices.  So game consoles, for example, would be an

8  alternative.  And then the final possibility is web apps.

9  **Q.**  And you've divided this slide between consumers and

10  developers.  Why did you look at both?

11  **A.**  Well, remember that the app distribution transaction has a

12  seller, like an app store, and two buyers.  You've got a

13  developer and a user that the store's basically putting

14  together to satisfy their shared need.  So you have to think

15  about both.

16  **Q.**  All right.  So I want to dive into each of these; and

17  given the trial testimony, I really want to focus on and spend

18  more time on iPhones and Apple than the other subject matter.

19      So what did you conclude about whether or not app

20  distribution on iPhones is a close enough substitute to be in

21  the same market as the Google Play Store?

22  **A.**  Well, I concluded that it isn't.  And to be clear, this is

23  a different conclusion.  I'm not saying that Apple and Android

24  don't compete.  What I'm saying is that Apple is not in the

25  market that I am defining, which is about app distribution.

BERNHEIM - DIRECT / BORNSTEIN

1   Not about smartphones.  It's about app distribution.

2   **Q.**   Well, let's look at the map of markets again.  Can you

3   explain where you're focusing and where Apple fits again?

4   **A.**   Right.  So, again, to just remind you, the focus here is

5   on the markets that are in this kind of red circly object thing

6   that I have here, which is the market containing Android app

7   distribution services.  That's what we're focusing on.

8       Apple, as I explained before, they're here (indicating).

9   Okay?  They're important.  We have to think about them, but

10  they're not competing to satisfy those consumers -- pardon

11  me -- in those transactions.  What they're doing is competing

12  to satisfy consumers in transactions that involve buying

13  smartphones.

14  **Q.**   So how would you determine whether or not Apple and the

15  app store imposed a sufficient constraint on the Google Play

16  Store?

17  **A.**   So here I use a device that economists often deploy to

18  think about these issues, which is to think about the effects

19  of what's called -- this is a technical term that gets

20  abbreviated -- a small but significant nontransitory increase

21  in price, and that's abbreviated SSNIP.  So when I say a SSNIP,

22  that's what I'm referring to.

23      It is usually when they say a small but significant, the

24  standard is usually a 5 percent price increase.  Some of the

25  time 10 percent is used, but 5 percent more commonly.

BERNHEIM - DIRECT / BORNSTEIN

1    And basically what we're asking is:  How much substitution

2   would there be in response to a 5 percent change in price?

3   **Q.**   And you refer to substitution here.  Are you talking about

4   people moving from using the Google Play Store to using the

5   Apple App Store, or do you mean something else?

6   **A.**   Well, yes, but indirectly.  So this would have to be

7   someone saying, "Okay.  I want to switch from the Google Play

8   Store to the Apple App Store.  I need to get rid of my Android

9   phone and get an Apple phone so that I can use the Apple App

10  Store."

11    So it's indirect.  The ability to substitute is very

12  indirect.  You can't use the Apple App Store on the Android

13  store, so you have to change phones.

14  **Q.**   All right.  So did you do any analysis to see how big a

15  SSNIP or a price increase here of the type you described would

16  be?

17  **A.**   Yes.  Well, one way to gauge it is to think about:  Okay.

18  What are the fees that Google Play collects for app

19  distribution over the life of the typical user's phone?  And we

20  have those statistics from Google.  That's about $10.82.

21    Okay.  Now, if Google Play were to increase those prices

22  by 5 percent, that number would go up -- increase the fees that

23  it's charging by 5 percent, that number, that $10.82, which is

24  the average, would go up by 5 percent, which is about 52 cents

25  over the life of a phone.

BERNHEIM - DIRECT / BORNSTEIN

1    Now, I want to be clear that's an average.  All right?

2  Some people use Google Play a lot more than others and generate

3  more revenue than others; but even if it's five times that big,

4  somebody who spends five times more than the average, that's

5  only $2.50 or 2.60.  Someone who has 10 times as many purchases

6  on Google Play, that's only a little over $5.

7    And to put those numbers in perspective, you know, the

8  price of a typical phone where someone would be considering

9  switching to an iPhone, the comparable Android phones are

10  like $700.  Okay?  So we're talking about not a lot of money in

11  comparison to that.

12    Moreover, someone who's when they're buying the phone

13  thinking about the costs of the apps they're going to buy

14  presumably would be thinking about the rest of the operating

15  costs too, and over the life of a phone, that's going to be

16  thousands of dollars in total because you have to have, you

17  know, your cell phone plan and all that sort of thing.

18    So when we talk about these kinds of changes and what

19  consumers would be spending on Google Play in response to a

20  SSNIP, a small price increase, it's just really tiny compared

21  to what they're spending on their phones.

22  **Q.**  And so what does that tell you about the substitution

23  patterns here?

24  **A.**  Well, you have to consider substitution patterns in the

25  context of a given price increase.  And what it's saying is

**BERNHEIM - DIRECT / BORNSTEIN**

1  that in the context of this price increase, this is just hard

2  to believe it's material for many people.

3      Now, to be totally clear, if we were talking about

4  smartphone markets, if we were focused on the part of this

5  slide where Apple and Android OEMs are vying for the attention

6  of Android smartphone users, selling phones to them, if we were

7  focused on that, then in considering a SSNIP, we would be

8  focused on the price of a phone, not on the price of app

9  distribution services.

10      So the phone is $700 and you do a 5 percent SSNIP on that,

11  that's $35.  It's a lot bigger.  So it's entirely possible that

12  consumers would substitute in the smartphone markets in

13  response to such differences, but it's hard to believe that

14  they would substitute much in response to the differences that

15  I'm describing that would come from the app distribution

16  market.

17  Q.  All right.  Well, let's set the numbers aside.

18      Did you do anything else to assess whether competition

19  between Android and iOS smartphones constrains Google's power

20  over app distribution?

21  A.  I did, yes.  And I have another slide that summarizes the

22  things that I looked at.

23  Q.  All right.  Well, let's -- we'll go through these.  Let's

24  focus on the first reason here, which is limited substitution

25  in the smartphone market.  Can you explain why that is?

BERNHEIM - DIRECT / BORNSTEIN

1   **A.**   Right.  So now I'm actually focused on that smartphone

2   market that was in the lower right on the -- and I should have

3   said "markets" plural -- that was in the lower right of the

4   previous figure.

5       There are a couple of things that I examined here.  One is

6   switching costs between platforms.  The other is these

7   platforms are actually targeting different customer segments

8   which limits substitution between them.

9   **Q.**   All right.  So let's talk about those.  What do you mean

10  by switching costs?

11  **A.**   Switching costs are costs and inconvenience that a

12  smartphone user incurs when they switch from one platform to

13  another.  So that would include things -- I think there's been

14  testimony about it -- things like learning a new operating

15  system, incompatibility with your other devices, things like

16  that.  Those are, whether they're monetary or not, they're real

17  costs, inconvenience, time.  A lot of people just don't want to

18  go through that.

19  **Q.**   And what did you find about the magnitude of the switching

20  costs here?

21  **A.**   Well, there are some estimates on the magnitude of

22  switching costs between these platforms in the academic

23  literature.  They're older estimates now.  They come from data

24  that was between 2011 and 2014.  At that point in time the

25  switching costs were measured as being equivalent to literally

BERNHEIM - DIRECT / BORNSTEIN

1    many hundreds of dollars.

2         Now, since then things have changed.  In some way

3    switching has gotten easier, but what's interesting is that

4    rates of switching from Android to Apple have not gone up.  In

5    fact, they've gone down -- okay? -- which is not consistent

6    with this process having gotten -- maybe it's gotten easier in

7    some respects, but there are still barriers and the barriers

8    are actually reducing switching even more.

9    **Q.**   Why do these switching costs matter to your analysis?

10   **A.**   Well, these switching costs speak to the degree of

11   substitution between Apple phones and Android phones.  And I

12   want to underscore I'm saying "degree."  I am not denying that

13   there is substitution between Android phones and Apple phones

14   or that they see each other as competitors in smartphone

15   markets.  All of that I think is true.

16        The issue is:  Is there enough substitution that gets fed

17   into the app distribution market?  And it's -- again, this is

18   limited substitution in the smartphone market is going to be

19   further attenuated when you start thinking about app

20   distribution.

21   **Q.**   All right.  And you also mentioned that iOS and Android

22   target different customer segments.  What do you mean by that?

23   **A.**   Well, oftentimes in markets there are different segments.

24   I mean, it's familiar to have budget brands of certain things

25   and then luxury brands of those things, and Apple and Android

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 139 of 227   2430

BERNHEIM - DIRECT / BORNSTEIN

1   have really specialized in different parts of this market.

2        So this figure is showing the distribution of smartphone

3   prices separately for iOS, Apple iPhones, and for Android.

4   And Android is in green.  iOS is in blue.

5        Along that bottom axis, all those categories, those are

6   price bins.  Okay.  So you'll see right in the middle there's a

7   bin 700 to $799, and there's a blue bar there and that blue bar

8   tells us that about 10 percent of Apple phones fall into this

9   category.

10       Now, these phones, by the way, it says at the top here I'm

11  just looking at phones with four or more gigabytes of RAM.  If

12  I included all phones, what I'm about to tell you would be even

13  more striking.

14       What you see here is that there basically are no Apple

15  phones at most of the Android phone price points.  The Android

16  phones tend to be sold at prices that are over to the left.

17  Okay?  And then as you go to the right, to the higher prices,

18  Apple starts appearing.

19       So about overall, the figure is that about I think it's

20  83 percent, 85 percent, something like that, of Android phones

21  worldwide are less expensive than the cheapest iPhone.

22  **Q.**   And so --

23  **A.**   I'm sorry.

24       The one other thing I wanted to point out about this is

25  that at the higher end of the price distribution, there are

BERNHEIM - DIRECT / BORNSTEIN

1    actual Android phones at the iPhone price points.  There are

2    fewer of them, but they are actually there; and to the extent

3    there's a lot of substitution, well, that's where you would

4    expect it to occur.

5    **Q.**   So what is the relevance of this segmentation between

6    Android and iOS for your product market definition?

7    **A.**   What sometimes happens in markets where you have very

8    small numbers of firms -- and, you know, here in this industry

9    we've got two making, you know, two systems.  We've got the

10   Android phones and then we've got -- you know, we're thinking

11   about Android phones versus the iPhones.  That what sometimes

12   happens in those markets is the firms realize that it's in

13   their mutual interests to go after different market segments.

14   And this, at least, is consistent with that.

15   **Q.**   Well, could it -- here's an alternative:  Could it be the

16   case that Android by lowering its prices in this way is just

17   competing really hard against Apple?

18   **A.**   Yeah, I think it's pretty clear that that's not what's

19   going on, and I have another slide that gets at that.

20        So look at the slide over on the left.  And, again, on the

21   bottom is time, that's date.  And here on the vertical axis

22   we're measuring smartphone prices.  Let's just start with the

23   green line.  Not the dashed ones.  The solid green line.

24        The solid green line is the average price of an Android

25   phone over time, and you can see that it's been going down over

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 141 of 227   2432

BERNHEIM - DIRECT / BORNSTEIN

1  time.  What those dashed lines represent, that's the middle

2  50 percent range for their phones.

3      Okay.  Now compare that to what's gone on with Apple

4  iPhones.  Exactly the opposite pattern.  Their average prices

5  have been rising.  That's the blue line.  Okay?  And, again,

6  the dashed lines mean exactly the same thing.

7      If Google was just competing aggressively in price, if

8  that's what we were observing here, competition of that form,

9  Apple's prices would be competed down.  It would be following

10  Google.  That's not what we've got.  We've got them

11  bifurcating.  We got them going in different directions.

12      And over on the right-hand side, what I've plotted there

13  is the difference in the average price of Apple phones and

14  Android phones.  You can see that that's been steadily

15  increasing over time.

16      So what all of this tells me is, yes, there is some

17  substitution between these phones, yes, there is competition,

18  but it's very blunted by the fact that they are, to a large

19  extent, going after different market segments.

20  **Q.**  All right.  Well, let's turn to your second set of reasons

21  relating to whether iOS constrains the Google Play Store.

22      The first reason here, price of app distribution is much

23  smaller than the price of the phone, I think you've largely

24  covered this.  But, briefly, what's the issue here?

25  **A.**  I have covered that.  That's the size of the SSNIP.  And

BERNHEIM - DIRECT / BORNSTEIN

1  if you were talking about smartphones, it would be 5 percent of

2  a much bigger number.  So the SSNIP would be bigger.  You'd be

3  considering more substitution for app distribution.  It's

4  5 percent of a small number, so there isn't going to be a lot

5  of substitution.

6  **Q.**  So the second bullet here, what do you mean when you say

7  that people pay little attention to app distribution prices

8  when they buy a phone?

9  **A.**  Right.  So this is another principle that comes from

10  behavioral economics.  When people buy durable goods -- a phone

11  is a durable good.  You have it for, you know, a long period of

12  time.  You just don't buy it and consume it right away.  You

13  know, cars, refrigerators, these are all durable goods.

14      What we know is that when people buy durable goods, they

15  don't pay a lot of attention to the operating costs of those

16  goods.  They pay some but they, to some significant extent,

17  ignore those costs when making those purchases; and that

18  further attenuates any effect of, you know, the -- a change in

19  the price of app distribution services on the choice of a

20  phone.

21      This is actually supported in this context by consumer

22  surveys that indicate which phone features are important to

23  them when they buy their phone.  And on the surveys that I've

24  seen, Play Stores often don't appear at all.  If they appear,

25  they're quite far down.  So this isn't front of mind when

**BERNHEIM - DIRECT / BORNSTEIN**

1  people are making these decisions about which phone to buy.

2  **Q.**   And why does it matter -- turning to your third bullet,

3  why does it matter that people buy phones infrequently?

4  **A.**   Right.  So by infrequently I mean on average once every

5  2.7 years.  Remember, any switching that takes place between

6  Google Play Store and the Android App Store can only occur if

7  somebody switches their phone, and that's when they buy a new

8  phone.  It only happens once every 2.7 years.

9       And what that means is, if Google raises its Play prices

10  today, the average consumer isn't going to do something about

11  it at all for something like 17 or 18 months.

12  **Q.**   And how does that affect your ultimate conclusion here

13  about switching?

14  **A.**   Well, it means that substitution is that much more

15  attenuated going from the smartphone market to the app

16  distribution market, which means it's that much less likely

17  that substitution in response to a SSNIP and app distribution

18  would have a meaningful affect on the division between

19  Google Play and Android -- and Apple App Store.

20  **Q.**   So looking at all of this quantitative and qualitative

21  evidence that you've described, what was your ultimate

22  conclusion about the extent to which Apple constrains Google's

23  behavior with respect to the Google Play Store?

24  **A.**   Again, I want to underscore that we are talking about the

25  Google Play Store.  We are talking about app distribution.  I'm

BERNHEIM - DIRECT / BORNSTEIN

 1    not talking here about smartphone markets.  It's a critical

 2    distinction.

 3        Basically here we're balancing the factors that I just

 4    described.  You know, this is what affects the balance of which

 5    phone you buy?  Well, on the one side, you've got this small

 6    increase in the price of Android app distribution, which, as I

 7    said, on average, life of the phone, 52 cents, something like

 8    that, users who use it 10 times as much as the average, it's,

 9    you know, $5, a little over $5.

10        On the other side, you've got all the other factors that

11    I've just listed.  And I don't think that it's plausible that

12    substitution in response to a SSNIP is significant in light of

13    these considerations.

14    **Q.**   All right.  A couple other things on Apple.

15        Number one, did you look at actual switching rates between

16    Android phones and iPhones?

17    **A.**   I did, yes.

18    **Q.**   And what did you conclude based on that review?

19    **A.**   Well, the switching rates -- I mean, there's a range of

20    switching rates.  One figure that I've seen is that when people

21    buy a new phone, they switch from Android to iPhones about

22    12 percent of the time.

23        Now, to put that into perspective, that's happening on

24    average once out of every 2.7 years, which means that in any

25    given year, only about 3 or 4 percent are switching.

BERNHEIM - DIRECT / BORNSTEIN

1    So now think again in terms of app distribution.  You're

2    increasing the price of app distribution; and, you know, over

3    the next year, there just aren't a lot of people who are going

4    to be switching.

5    **Q.**  Second question.  There's been some testimony at trial

6    about Google employees looking at what Apple does in its

7    business and paying attention to that.  Doesn't that show a

8    competitive constraint that Apple is imposing?

9    **A.**  No.  You can't reach that conclusion from that kind of

10   evidence.

11   **Q.**  Why not?

12   **A.**  Well, there's a practice that goes on all the time in

13   businesses.  It's called benchmarking.  Benchmarking is a

14   matter of looking around at other firms who are doing something

15   similar in order to get good ideas:  Find out what's working.

16   Find out what isn't working.  We learn from observing what

17   others are doing, and that goes on even when firms don't

18   compete.

19       A good example would be, imagine that there are two

20   regional airlines that have nonoverlapping routes, so they

21   don't compete with each other.  Maybe one flies on the West

22   Coast.  The other flies on the East Coast.  They may still look

23   at each other.  They may still look at each other's business

24   models and see what are they doing to attract customers and so

25   forth.  They may get great ideas from that, and they may find

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 146 of 227   2437

BERNHEIM - DIRECT / BORNSTEIN

1   other things don't work by looking at what others are doing.

2       So benchmarking isn't just a matter of looking at your

3   competitors.  It's a matter of looking at a range of firms who

4   kind of do things that are similar.  So you can't draw

5   conclusions about substitution from that.

6   **Q.**   Are there any other aspects of the complicated

7   Google-Apple relationship that you looked at in considering the

8   extent of the constraint that Apple may impose?

9   **A.**   This is related to a point I raised about Samsung earlier.

10  There are many points of contact between Apple and Google.  You

11  know, Google apps are on Apple phones and so forth.  And,

12  again, when you have large companies with many points of

13  contact, there tends to be some degree of mutual forbearance

14  for the reasons that I've described previously.

15  **Q.**   All right.  So that's Apple.

16      There were two other potential substitutes you looked at.

17  I suggest you move through these much more quickly.

18      The first one you mentioned is other nonsmartphone

19  devices.  What types of devices are you talking about here?

20  **A.**   Well, these are things like game consoles, personal

21  computers, things like that.

22  **Q.**   What did you find about whether these are sufficiently

23  close substitutes to be in the same market as Google Play?

24  **A.**   I do not find evidence that they're good substitutes for

25  app distribution.

**BERNHEIM - DIRECT / BORNSTEIN**

1  **Q.**  And at a high level, why is that?

2  **A.**  Well, I mean, think of it this way:  These devices have

3  very different functionalities and because of their different

4  functionalities, they're used for different purposes and, you

5  know, for -- and in different ways.

6      If you are commuting to work on a bus and you want to play

7  Fortnite, you can pull out your iPhone.  You can't pull out

8  your game console.  Once you get home, you may really prefer to

9  play on the game console rather than on your phone because

10  you've got -- I think I said "iPhone" when I meant to say

11  "smartphone" -- because you've got a big screen and you think

12  that that's a lot better.

13      So the different functionalities make them, you know, not

14  very good substitutes.

15  **Q.**  Are there the same types of apps available on the

16  different devices?

17  **A.**  To a large extent not.  We have a slide up now that

18  summarizes this.

19      This is looking at the top 150 apps on Android, and I've

20  noted here that of those, about two-thirds were available on

21  Windows.  And when we look at the leading game consoles,

22  they -- well, they just have games, so it's a very, very small

23  fraction of what's available on Google Play.

24  **Q.**  And why does that matter for switching?

25  **A.**  Well, it means that you simply can't switch for a lot of

**SER-1073**

BERNHEIM - CROSS / RAPHAEL

1   of your reports.

2        So if we could have Slide 9, please.

3        So this is a chart from your report and it has a bunch of

4   conduct on the top and potential rivals on the left side;

5   right?

6   **A.**   It does.

7   **Q.**   Could we blow up the Samsung row, please?

8        So let's go row by row here.  Your chart has a checkmark

9   for each type of conduct that you say affected the rival;

10  right?

11  **A.**   I think you meant column by column but, yes.

12  **Q.**   Yes, column by column.

13       So let's look first at Project Hug; right?  We were

14  talking about that a minute ago.

15       The Project Hug agreements don't prohibit developers from

16  using both the Samsung store and the Google Play Store; right?

17  **A.**   No, they don't.  What they do is prohibit --

18  **Q.**   In fact, some of the Hug developers that have become --

19  that have those agreements --

20            **THE COURT:**  Let's let the witness finish.  Okay?

21            **MR. RAPHAEL:**  I apologize, Your Honor.

22            **THE COURT:**  Please, finish your answer.

23            **THE WITNESS:**  Yeah.  They prevent differentiation

24  through exclusive content.

25  \\\

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 216 of 227   2507

**BERNHEIM - CROSS / RAPHAEL**

1  BY MR. RAPHAEL:

2  Q.   Well, it's just true, right, that some developers that

3  have Project Hug agreements have games in the Samsung

4  Galaxy Store too?  Right?

5  A.   As far as I know.

6  Q.   And then you have a column for RSA 3.0 premier; right?

7  A.   I'm sorry, yes.

8  Q.   And there's no checkmark in that box for the Samsung

9  Galaxy Store; right?

10 A.   That's right.

11 Q.   Because we already established that Google's conduct with

12 respect to the RSA 3.0 didn't affect Samsung; right?

13 A.   That's correct.

14 Q.   And Samsung's agreements don't require exclusivity for

15 Google Play; right?

16 A.   That's correct.

17 Q.   Now, the next column you have are "Preload Placement

18 Restrictions"; right?

19 A.   Yes.

20 Q.   And there's no checkmark in that box; right?

21 A.   That's correct.

22 Q.   Because the Samsung Galaxy Store is preloaded on nearly

23 all Samsung smartphones; right?

24 A.   That's right.

25 Q.   And there are more than 1 billion Samsung devices in the

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 217 of 227   2508

BERNHEIM - CROSS / RAPHAEL

1   world; right?

2   **A.**   Is it 1 billion?  That sounds about right, yeah.

3   **Q.**   So there are more than 1 billion devices in the world with

4   the Samsung Galaxy Store preloaded; right?

5   **A.**   I think that's right.

6   **Q.**   Now, in the next column you have "Direct Downloads";

7   right?

8   **A.**   Wait.  Well, I think that there's a qualification to the

9   last question, but I'm not sure it's terribly important, so

10  let's move forward.

11      Direct download degradation, yes.

12  **Q.**   And there's no check box in that box because they don't

13  see sideload warnings when they download apps from the Samsung

14  Galaxy Store; right?

15  **A.**   That's correct.

16  **Q.**   And in the next column you have "Rival Buyoffs"; right?

17  **A.**   Yes.

18  **Q.**   For Samsung, the checkmark in that box is, like, faded

19  out; right?

20  **A.**   It indicates, as we said before, the Project Banyan didn't

21  reach fruition.

22  **Q.**   Right.  You couldn't bring yourself to actually check that

23  box because a deal between Google and Samsung was never

24  reached; right?

25  **A.**   I don't think that that's a fair way to describe what goes

**BERNHEIM - CROSS / RAPHAEL**

1  on in that box.  I'm correctly indicating that Google deployed

2  a strategy that had deployed in many other instances, that it

3  didn't work out for them.  And then I think the -- you know,

4  the testimony that I gave earlier was talking about how that

5  was followed by renegotiations that led to a revenue sharing

6  agreement.

7  **Q.**   Right.  But there's no full checkmark there; right?  It's

8  just a faded-out one; right?

9  **A.**   Because it's referring to Project Banyan, that's right.

10  **Q.**   Right.  And your footnote there, Footnote 1, says "A deal

11  with Samsung from Project Banyan was never reached"; right?

12  **A.**   That's correct.

13  **Q.**   Okay.  So let's wrap up by talking about Epic and the

14  Samsung Galaxy Store.

15      And as we sit here today, when it comes to Android app

16  stores, Epic exclusively distributes through the Samsung

17  Galaxy Store; right?

18  **A.**   It does.

19  **Q.**   And that's the type of exclusive distribution arrangement

20  that you say can help a competing app store get traction;

21  right?

22  **A.**   It can when the competing app store is intent on

23  competing.

24  **Q.**   And Fortnite is one of the most popular games in the

25  world; right?

Case 3:21-md-02981-JD   Document 845   Filed 12/06/23   Page 227 of 227   2518

PROCEEDINGS

1     **MR. BORNSTEIN:**  I'm going to press my luck here,

2  Your Honor, and say that makes the rebuttal really important.

3     **THE COURT:**  Well, not if there's two hours of

4  meandering cross-examination in between, and that will affect

5  my appetite for rebuttal.

6     **MR. BORNSTEIN:**  I hear you loud and clear.

7     **THE COURT:**  All right.

8     Okay.  And that goes for you too.

9     We'll see you tomorrow.

10     **MR. BORNSTEIN:**  Thank you, Your Honor.

11           (Proceedings adjourned at 3:45 p.m.)

12                 ---oOo---

13

14          <u>**CERTIFICATE OF REPORTER**</u>

15     I certify that the foregoing is a correct transcript

16  from the record of proceedings in the above-entitled matter.

17

18  DATE:   Monday, November 27, 2023

19

20

21

22   _Kelly Shainline_

23     Kelly Shainline, CSR No. 13476, RPR, CRR
              U.S. Court Reporter

24

25

SER-1078

**Volume 13**

**Pages 2519 - 2763**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE        )
ANTITRUST LITIGATION,          )
                               )  **NO. 21-md-02981-JD**
_____)
THIS DOCUMENT RELATES TO:      )
                               )
EPIC GAMES, INC.,              )
                               )
          Plaintiff,           )
                               )
  VS.                          )  **NO. 3:20-cv-05671-JD**
                               )
GOOGLE, LLC., et al.,          )
                               )
          Defendants.          )
_____)


San Francisco, California

Tuesday, November 28, 2023


**<u>TRANSCRIPT OF PROCEEDINGS</u>**



STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

TADELIS - DIRECT / EVEN

 1    tying product and you want to process in-app digital content

 2    for sale, then you must use Google Play Billing the tie

 3    product."

 4    **Q.**   Now, you characterize this tie as coercive.  What does it

 5    mean for a tie to be coercive?

 6    **A.**   Well, the nature of the term "coercive," it's a forced

 7    tie.  Meaning that the people who are subject to it would

 8    rather not have the tie and would rather not have to purchase

 9    the tied product.

10    **Q.**   So let's take a look at the next slide.

11        And if you can explain to us what is it that you're

12    showing us here about tying and coerciveness.

13    **A.**   So this is an illustration of a noncoercive tie, and the

14    idea would be, imagine that today you want to buy sneakers.

15    You can buy them from Nike, Adidas, Puma, et cetera.  And what

16    if Nike suddenly says, "Well, if you want to buy my sneakers,

17    you also have to buy five pairs of my socks"?

18        The reason this wouldn't be coercive is, if you don't like

19    the Nike socks, that's fine.  You can buy sneakers from Adidas

20    or Reebok or Vans.

21        So in this case, it wouldn't be coercive because you have

22    alternatives that you could turn to and then buy the socks that

23    you like.

24    **Q.**   And if we go to the next slide, what is it that you're

25    showing us about coerciveness in this slide?

TADELIS - DIRECT / EVEN

1   **A.**   So this would be a different world in which Nike is the

2   only game in town for sneakers so that if anyone wants sneakers

3   and Nike says "You also have to buy five pairs of my socks,"

4   people have no other choice even if they don't want the socks

5   and they would prefer another brand or style of socks.

6   **Q.**   So what makes you believe that Google's requirement that

7   developers use Google Play Billing in this case is a coercive

8   tie?

9   **A.**   Because the two components of what I just described in

10  this little example are in play here as well.  On one hand,

11  Google has the power to force through their market power in

12  distribution; and, second, there's a lot of evidence that this

13  forced behavior is causing developers to use a system that

14  otherwise they would prefer not to use.  They would prefer a

15  different payment solution system.

16  **Q.**   So let's take a look at some of this evidence.

17       In the next slide you talk about a case study about

18  digital content sellers.  What are you showing us here about

19  the preference of developers regarding payment solutions?

20  **A.**   Let me describe the nature of the case study.  Between

21  2011 and roughly 2020, Google had an exemption for using

22  Google Play Billing as the payment solution product; namely, if

23  you were a developer, an app, that was selling digital content

24  that could be consumed outside of the Android system, they

25  didn't force you to use Google Play Billing.

TADELIS - DIRECT / EVEN

1    And, indeed, during that time, many developers chose not

2  to use Google Play Billing.  Here, we have just six very

3  familiar names of such developers that chose not to use it; and

4  later, once the tie was enforced and Google removed the

5  exemption, they were forced to use Google Play Billing.

6  **Q.**  Now, one of the developers you mention here is YouTube.

7  Why is YouTube important to your analysis?

8  **A.**  YouTube provides an interesting example that's slightly

9  different from the others.  So if we think of Amazon Kindle,

10  Tinder, Hulu, these are all companies that are not part of

11  Google; and, therefore, when they use Google Play Billing, at

12  the time they were going to pay 30 percent fees.

13    YouTube is a Google company.  They don't pay YouTube --

14  they don't pay Google.  Sorry.  They're part of Google, and

15  still they were not willing to use Google Play Billing until

16  the decision was forced upon them.

17  **Q.**  And do you have an understanding as to why YouTube did not

18  wish to use Google Play Billing?

19  **A.**  Yes, I do.  They basically felt that it was not providing

20  a lot of the features they need, not giving them competitive

21  advantage, and not allowing them to innovate.

22  **Q.**  Let's take a look at the next slide.

23    And what are you showing us about YouTube in this slide?

24  And this is Exhibit 1391 that's already in evidence.

25  **A.**  So here we have an exchange, a Chat exchange, between

TADELIS - DIRECT / EVEN

1   Susan Wojcicki, who was the CEO of YouTube at the time, and

2   here she's corresponding with Mr. Lockheimer who gave testimony

3   in these hearings, and here's some of the things she said (as

4   read):

5           "It's damaging for our business against our

6       competitors.

7           "We need to know how we can innovate on billing and,

8       importantly, that we'll be stuck with a lot of larger

9       prioritization decisions that might be right for Play

10      Billing and bad for YouTube."

11      And there are a lot more of this nature.

12  **Q.**  And what do you understand Ms. Wojcicki to mean when she

13  talks about larger prioritizations that are right for Play

14  Billing but bad for YouTube?

15  **A.**  So Google Play Billing is trying to be a, you know, one

16  size fits all.  Different developers have different business

17  models, different interactions with their users, that might and

18  often will require different types of features in the solution

19  product.  So Google Play Billing is kind of aiming for the

20  masses but not allowing this kind of specialization.

21  **Q.**  Let's move to your next opinion.

22      And can you explain at a high level what your next opinion

23  is?

24  **A.**  Yes.  So a consequence of this forcing behavior is

25  basically that it harms competition in the market for payment

GENTZKOW - CROSS / EVEN

1   **Q.**   And it's about 75 or 76 percent in Germany and the U.K.?

2   **A.**   That is also consistent with my recollection.

3   **Q.**   But it's very high in places like Yemen and Iran; correct?

4   **A.**   As well as all the places on this map that you can see.

5   **Q.**   All right.  Now, you understand that to download something

6   from a third-party store, you would need to allow unknown

7   sources for the browser to download that app store; correct?

8   **A.**   Let me make sure I'm parsing -- maybe you could say the

9   question one more time.  I want to make sure I get it right.

10  **Q.**   Sure.

11       If I want to download an app from the Amazon Appstore, I

12  first need to download the Amazon Appstore from the web;

13  correct?

14  **A.**   If it was not preinstalled.  I think the only thing to

15  clarify is it could be preinstalled and things would be

16  different.  If I could just say, if it was preinstalled, you

17  would not need to activate unknown sources; but if not, yes,

18  you would need to download it from a website.

19  **Q.**   And for that I would need to allow unknown sources for the

20  browser?

21  **A.**   Yes.

22  **Q.**   And then I would need to go into the Amazon store and

23  download an app from the Amazon store and need to allow unknown

24  sources for the Amazon store; correct?

25  **A.**   I believe so, yes.  There have been some changes to how

GENTZKOW - CROSS / EVEN

1   the app store flow works over time.  So certainly at some point

2   in time that was a correct description.

3   **Q.**   Sir, that is, Mr. Kleidermacher testified here that this

4   is the process today.  Do you have any reason to doubt that?

5   **A.**   Oh, no.  I trust him.

6   **Q.**   Okay.  So for download from a third-party app store you

7   would need to allow unknown sources for two sources, not one;

8   correct?

9   **A.**   Yes.

10  **Q.**   And you represented no data about how many devices have at

11  least two unknown sources enabled; correct?

12  **A.**   Correct.

13  **Q.**   And you understand that those numbers would by definition

14  be lower than what we're seeing here; correct?

15  **A.**   I do, yes.

16  **Q.**   And you understand, for example, that even though you

17  represented that 90 percent of U.S. devices have allowed at

18  least one app to install unknown sources, only 3 percent of

19  U.S. Android phones actually have an app store that was

20  directly downloaded from the web?

21  **A.**   I think that's the right number, yes.

22  **Q.**   Okay.  And in the face of all this evidence, it is your

23  opinion that the unknown sources install flow does not

24  substantially limit access of developers and users to direct

25  downloading as a distribution channel; correct?

GENTZKOW - CROSS / EVEN

1  **A.**  That is correct.

2  **Q.**  Okay.  Let's talk about other conduct at issue.

3  As an economist, I think you testified today you need to

4  look at conduct holistically; correct?

5  **A.**  Holistically and also down in the details individually.

6  **Q.**  So you need to look both at each conduct on its own and

7  holistically everything together; correct?

8  **A.**  Correct.

9  **Q.**  Now, you know, for instance, that Project Hug,

10  Project Banyan, and RSA 3.0 were designed as complementary

11  efforts to protect risks to the Google Play Store; correct?

12  **A.**  I think that's something that I recall at least somebody

13  in Google saying at some point in time.

14  **Q.**  That somebody was Mr. Jim Kolotouros?

15  **A.**  I take your word for it.

16  **Q.**  Okay.  And you have no reason to doubt that these three

17  projects were designed together as complementary project to

18  protect against a single identified risk to the Google Play

19  Store; correct?

20  **A.**  No.  What I would say is I have no reason to doubt that he

21  said that, he put that on his slide.

22  **Q.**  Okay.  That's good enough.

23  Now, you actually haven't looked at these three -- at

24  three projects together, did you?

25  **A.**  Project Hug, Project Banyan, and RSA 3.0?

Case 3:21-md-02981-JD   Document 846   Filed 12/06/23   Page 195 of 245   2713

**TUCKER - DIRECT / ROCCA**

1  **Q.**   Professor, do technology companies ever provide any

2  funding for your research?

3  **A.**   Yes, they do.

4  **Q.**   Has Google?

5  **A.**   Yes, they have.

6  **Q.**   When was the last funding that you received from Google

7  for a research project?

8  **A.**   That would be from Google 11 years ago; and then from an

9  industry association that Google was part of, I think that

10  would be about 8 years ago.

11  **Q.**   Professor, how are you compensated for your time in this

12  matter?

13  **A.**   So I am paid $1400 an hour, and then I receive a

14  percentage of the billings of my staff who assists me.

15         **MR. ROCCA:**   Your Honor, Google offers Professor

16  Catherine Tucker of MIT as an economist with a particular focus

17  on digital markets.

18         **MR. BORNSTEIN:**   No objection, Your Honor.

19         **THE COURT:**   Okay.  She's qualified on that topic.

20  BY MR. ROCCA:

21  **Q.**   Now that you've told the jury who you are, why don't you

22  tell them why you're here.  What was your assignment?

23  **A.**   Yes, of course.  So I was -- I'm here and my assignment

24  was to look at plaintiff's experts' market definition and also

25  their conclusions about monopoly power.

**TUCKER - DIRECT / ROCCA**

1  **Q.**  Professor, have you prepared a slide to help explain your

2  opinions in this case?

3  **A.**  Yes, I have.

4  **Q.**  Okay.  Let's start with your first opinion.

5      Can you please read it and explain it briefly at a high

6  level?

7  **A.**  Oh, yes.  So when it comes to product market definition, I

8  believe that Dr. Bernheim and Dr. Tadelis have got it wrong in

9  that if you look at the product which Android and the

10  Play Store offer, which is facilitating digital interactions

11  between app developers and app users, then Google's competing

12  with Apple among others.

13  **Q.**  So let's start with market definition.  What is market

14  definition to an economist like yourself?

15  **A.**  So market definition is an important first step when

16  you're trying to understand about conduct.  And by "conduct" I

17  mean all the things that we just heard Dr. Gentzkow talking

18  about.

19      And what market definition allows you to do is by

20  understanding what reasonable substitutes exist for consumers,

21  it then allows you to start to evaluate, well, is any conduct

22  you see in the market something which is creating value or

23  potentially destroying value.

24  **Q.**  Professor, you just said "reasonable substitutes."  Can

25  you describe to the jury how an economist looks to whether

Case 3:21-md-02981-JD  Document 846  Filed 12/06/23  Page 197 of 245  2715

TUCKER - DIRECT / ROCCA

1  something is a reasonable substitute or a meaningful

2  alternative service or product?

3  **A.**   Yes, of course.  So I think actually Dr. Bernheim

4  described it well yesterday in that what we do as economists is

5  we're trying to understand, well, you know, if it was the case

6  that prices go up or quality goes down in some way, you know,

7  will consumers be able to reasonably be easily switched to

8  something, and that's really what we're doing when we're

9  thinking about market definition.

10  **Q.**   Professor, you've already mentioned Professor Bernheim.

11  Did you have a chance to listen to Professors Bernheim and

12  Tadelis testify about the relevant product market?

13  **A.**   Yes, I did.

14  **Q.**   Do you agree with them?

15  **A.**   No, I don't.

16  **Q.**   Why not?

17  **A.**   Well, at the heart of it, I mean, just at the highest

18  level, what they've done is they've carved up a single, really

19  quite easy to understand market into lots of little pieces,

20  which allow them in some ways use to, you know, carve off

21  things but in a way which doesn't make sense.  And, you know, I

22  can explain what I think they got wrong.

23  **Q.**   I'd like to show you the slide that Professor Bernheim

24  showed yesterday to explain his relevant market.  Did you see

25  this yesterday?

**TUCKER - DIRECT / ROCCA**

1   **A.**   Yes, I did.

2   **Q.**   And then today Professor Tadelis offered this market

3   definition.  Did you see this?

4   **A.**   Yes, I did.

5   **Q.**   So you have combined them into a consolidated slide with

6   Professors Bernheim and Tadelis' relevant markets.  What was

7   your reaction to seeing this information?

8   **A.**   Well, when you look at it, what you see is that really in

9   quite a convoluted and complex way, making sure they draw these

10  small red lines and circles and other odd shapes in a way which

11  means that Apple is excluded from the market.

12      And my opinion is that this was a convoluted process; it's

13  just not correct.  And that when you look at both the facts and

14  data, it's very much the case that Android and the Play Store

15  is competing with Apple.

16  **Q.**   Professor, Dr. Bernheim indicated that it's important to

17  identify the needs and desires of the buyers of a service to

18  help define the parameters of a market.  Do you think his

19  approach to relevant market here achieved that goal?

20  **A.**   So I utterly agree that you need to think about the needs

21  and desires when you're thinking about the product market, but

22  my opinion is he got the needs wrong.  In the real need in this

23  market and what this market is about is that app developers and

24  app users want their interactions, digital interactions, to go

25  well.

TUCKER - DIRECT / ROCCA

1    **Q.**   Do you have a basic demonstrative to explain how you see

2    these interactions between app users and app developers?

3    **A.**   Yes, I do.

4    **Q.**   Okay.  What are you showing to the jury?

5    **A.**   Here I'm just showing that actually there's a far more

6    simple way than all these convoluted red lines of thinking

7    about this market, which is that you have app developers on the

8    one hand and app users on the others; and what Google and the

9    Play Store is doing, the need they're fulfilling, is making

10   sure that interactions between these two groups go well.

11   **Q.**   And you've used the term "interactions" a few times.  What

12   types of interactions are you referring to?

13   **A.**   Oh, so when I'm talking about interactions, I'm talking

14   about digital transactions, both paid and unpaid.

15   **Q.**   And where does Google Play fit into these interactions?

16   **A.**   So Google Play is a key way that Android is making sure

17   that these interactions between users and developers are going

18   well.  That's what I mean when I say "facilitation."

19   **Q.**   Professor, as an economist, what types of information did

20   you review to determine that this is the appropriate way to

21   look at the product market in this case?

22   **A.**   So the two big sources of information.  The first was I

23   read a lot of documents, both from Google and its competitors

24   and third parties; and then I also looked at a lot of data.

25   **Q.**   Professor, let's start with what you found in Google's

**TUCKER - DIRECT / ROCCA**

1   documents.

2      You have a simple demonstrative here.  What is this?

3   **A.**  All right.  So this is really summarizing what I saw when

4   reading Google's documents about how it thought about Play and

5   its relationship to Android and what it was doing.

6      And what it's saying here is that Play exists to make

7   Android better.  I think Dr. Bernheim used the language of

8   "differentiation" yesterday, but think of it as the idea is

9   that Play is helping Android compete by making it better by

10   making these interactions between app users and app developers

11   go better.

12   **Q.**  Professor Tucker, what are some examples of the way in

13   which Google Play allows Android to differentiate itself from

14   competition?

15   **A.**  Well, I'll just give you some examples from both sides

16   maybe.  But, you know, as an app user, it allows me to easily

17   find lots of apps, read lots of reviews, potentially download

18   the apps, see if I like it; and then if I go and pay for

19   something in the app, it's got, you know, a nice billing

20   system.  I can get refunds.  There's all this value being

21   created that way.

22      And then when it comes to app developers, well, of course,

23   what's great about Play for them is a lot of users.  You can

24   get your product out there.  For the app users, they can

25   actually play around with it, see if they like it.  And then,

TUCKER - DIRECT / ROCCA

1    again, they could handle billing and other things which, you

2    know, is useful for a developer.

3    **Q.**    Professor, do you have an opinion as to whether Apple

4    considers the availability of apps on iOS as central to the

5    ecosystem experience on iOS?

6    **A.**    Yes.

7    **Q.**    And have you seen any evidence from Apple that it views

8    the world in that way?

9    **A.**    Yes, I have.  This is actually a screenshot of an ad put

10   out by Apple, and I just want to highlight what that ad is

11   saying is:  Look, we have apps.  In other words, Apple is

12   saying:  A key reason to be choosing us is because we have

13   these apps for you.

14   **Q.**    Professor, have you seen any evidence from Apple that it

15   views Google as a competitor when it comes to app stores?

16   **A.**    Yes, I have.  So when I read Google -- sorry -- when I

17   read Apple documents, you know, there's some striking things

18   you see.  You see in big words "Competition" and then they list

19   the Google Play Store.  And then when they're looking at the

20   Google Play Store, they're like, "Oh, let's just compare

21   ourselves.  Are we doing as well as them?  You know, are we

22   competing?"  And so you see that in the Apple documents.

23   **Q.**    Why does it matter to you as an economist that Apple

24   considers Google to be its competitor?

25   **A.**    Well, it matters because when you're trying to understand

TUCKER - DIRECT / ROCCA

1   what firms are competing and, therefore, what are reasonable

2   substitutes or alternatives, it matters when you see a

3   competitor not part of this case saying actually "We're

4   competing against Google Play.  Our app stores are competing

5   against each other."

6   **Q.**   Now, Professor Bernheim yesterday suggested in his

7   testimony that his definition of "competition" was technical

8   and different than how business people may view competition.

9   What was your reaction to that testimony?

10  **A.**   Well, my memory of that testimony is Dr. Bernheim was

11  saying, yes, business people may say the word "competition,"

12  but economists, the way we use "competition," we use it a very

13  technical way and so you can ignore that, and I just don't

14  think that's correct.

15       Instead, what we usually do when we're thinking about

16  market definition is, yes, we do the data crunching the

17  numbers, but then we also look at the documents and we see:

18  Does what -- do our numbers and our analysis, qualitative

19  analysis of the documents agree?

20       It's not the case that if you ever find out that what

21  everyone's saying about this market disagrees with your

22  technical analysis, you usually go back and say "Maybe

23  something's gone wrong from my technical analysis."  You

24  wouldn't just say everyone's wrong.

25  **Q.**   Professor, in addition to describing each other as

TUCKER - DIRECT / ROCCA

1    competitors, have Google and Apple actually acted like

2    competitors in the real world when it comes to their respective

3    app stores?

4    **A.**   Yes, they have.

5    **Q.**   And what is this demonstrative that you've prepared for

6    the jury?

7    **A.**   So this is a demonstrative which is really looking at the

8    different features that both Google and Apple have introduced

9    over time.  And what I want you to see is that, you know,

10   sometimes its Apple, sometimes it's Google; but when one of

11   them release a feature, we see the other one match it again.

12   In other words, that's what we, as economists, call competing

13   on quality.  They're trying to match each other in terms of

14   what they're providing.

15   **Q.**   And what is the significance to you as an economist of

16   this kind of behavior in the real world?

17   **A.**   We tend to see it when firms are really competitors.

18   **Q.**   Besides product innovation, Professor, have Google and

19   Apple acted in other ways as competitors with respect to their

20   app stores?

21   **A.**   Yes, they have.

22   **Q.**   What is this?

23   **A.**   So this is me looking on them competing on price.  And,

24   again, as economists, when we see firms match each other on

25   price, as we're seeing in this diagram, again, that's evidence

**SER-1095**

**TUCKER - DIRECT / ROCCA**

1    they're competing.  We expect competitors to match each other's

2    prices, and that's what we're seeing in this diagram.

3    Sometimes one goes first, sometimes the other one goes first,

4    but the key thing is they're trying to match each other's

5    prices.

6    **Q.**   Professor, in the interest of time we're not going go

7    through each of these scenarios, but let's just focus on one.

8         The fourth set of bullets says (as read):

9              "Reduced service fee to 15 percent after the user's

10        first year of subscribing."

11        Do you see that?

12   **A.**   Yes, I do.

13   **Q.**   Did you see any evidence from that time period in 2017 to

14   determine how competition impacted Google's price decision?

15   **A.**   Yes.  So there's some independent evidence I reviewed

16   where they said, "Oh, we better match Apple."  And then I think

17   even yesterday Dr. Bernheim was discussing some of the evidence

18   in his cross-examination.  If you remember, it was a document

19   between Apple and Google.  Google was going, "Oh, no.  We

20   better match Apple if they're going to 15 percent."

21   **Q.**   I wanted to ask you about Dr. Bernheim's testimony on that

22   point.  He suggested that sometimes companies benchmark against

23   other companies, but that really isn't evidence of competition.

24   What was your reaction to that testimony?

25   **A.**   Well, again, first of all, I think he was using that

TUCKER - DIRECT / ROCCA

1   really to dismiss any idea of the fact that the Apple and

2   Google are scrutinizing each other's features and quality.  I

3   don't think, you know, any economist would sort of say this

4   kind of matching of pricing looks like benchmarking.  That's

5   not really how we would ever use that term.

6   Q.   Professor, just to remind the jury, who are the consumers

7   of the Google Play Store?

8   A.   So I know you've heard this before, but it's app users and

9   app developers.

10  Q.   Dr. Bernheim yesterday testified that these two groups of

11  buyers or users have a shared need.  I think that was his

12  quote.  Users who want to engage with developers, developers

13  want to engage with users.

14       Did you agree with that characterization?

15  A.   Yes.  I think that's -- I very much agree with the idea

16  that this is a shared need.  This is about an interaction and

17  making those interactions go well.  That's the key -- that's

18  the key product here.

19  Q.   Professor, since there are two groups of consumers of

20  Google Play, does that mean this is a two-sided market?

21  A.   Yes.

22  Q.   And what is the significance of that?

23  A.   It's significant because -- and I think you've heard this

24  before and I apologize -- that when you're bringing together,

25  as Google Play does, two groups of users, then what we usually

TUCKER - DIRECT / ROCCA

1    think of it becomes a platform and the job of that platform is

2    to make sure that those interactions happen and they go well.

3    **Q.**    On the developer side, Professor, if Google does not

4    attract enough developers of the best apps, how might that

5    impact competition on the consumer side?

6    **A.**    Well, if it's the case that you're not successful and

7    attracting the best apps, best developers, then as a consumer,

8    it just makes Google Play less attractive.  Why would I want to

9    use it as an alternative if I can't get the apps that I want?

10   **Q.**    Professor, does Google in your opinion face any

11   competitive risk of losing developers from Android to iOS?

12   **A.**    Very much so.

13   **Q.**    And how does this competition play out in your assessment?

14   **A.**    Well, this is, again, something where I disagree with

15   Dr. Bernheim; but the way that competition works here is that

16   you're ultimately, if you're Google Play, trying to attract the

17   best developers to make the best apps just in order to get

18   those users on board.  And to get the best apps, you need to

19   attract developer time and attention.

20       So let's imagine you're a small firm, 10 engineers.  What

21   you want to do is, you know, ideally you get five engineers

22   working on the Android app, five engineers working on the iOS

23   app.  That would be the ideal.

24       What is not the ideal and what Android has to compete

25   really hard to do is have a situation where you have seven

**SER-1098**

TUCKER - DIRECT / ROCCA

```
 1   engineers working on the iOS app, three engineers working on
 2   the Android app.
 3   Q.   Professor, have you seen data explaining why Google has to
 4   compete so hard for the attention of developers compared to
 5   iOS?
 6   A.   Yes, I have.
 7   Q.   What is this?
 8   A.   So this really explains why there's a danger that you're
 9   not going to get the 50/50 split; in that if you look, this is
10   a graph which shows the average spending on a device from 2020
11   in the U.S., and it is telling you that the average Apple App
12   Store user is spending twice as much as the average user of the
13   Google Play Store.
14        And that just means that the Apple ecosystem is going to
15   be so much more attractive of your developer, you're going to
16   be attempted to put more engineering time there because that's
17   where you're making twice as much money.
18   Q.   Is there evidence, Professor, of Google struggling to
19   attract the attention of developers?
20   A.   Yes, there is.
21   Q.   What is this demonstrative?
22   A.   So this relates back to a Mario game, and it was really
23   important game.  It was the first game, the Mario game, that
24   Nintendo was releasing, which was designed for mobile handsets.
25        And what I want you to take from this demonstrative is
```

TUCKER - DIRECT / ROCCA

1    that the super-attractive important game, it was released,

2    first of all, on Apple in December 2016, and then over -- it

3    was only three and a bit months later that it ended up being

4    launched on Android.

5    **Q.**   And why is this significant in your opinion?

6    **A.**   Well, it's significant because imagine you've got a kid

7    who likes Mario and their friends are playing Mario on their

8    mom's phones because their moms have iPhones but you have an

9    Android phone and your kid's not playing it, you're going to

10   remember that.  That's going to be something which is going to

11   unsettle you and certainly make buying an Android phone the

12   next time pretty unattractive.

13   **Q.**   Are there any other examples that you've seen from

14   testimony in this case of this phenomenon that you're

15   discussing?

16   **A.**   Yes.

17   **Q.**   And what is the significance of the testimony from the

18   founder of Down Dog to your opinion?

19   **A.**   So this was testimony we heard a long time ago now at the

20   beginning of the trial, but it was from the developer who made

21   Down Dog, and what I want you to just remember is that he

22   testified that they launched the iOS app six months in

23   advance of releasing the Android app.

24        And, again, this is more evidence that Google just has to

25   compete really hard for this developer time and attention to

TUCKER - DIRECT / ROCCA

1  get their apps on Android.

2  **Q.**   If Android is struggling in this regard, Professor, what

3  happens if developers do not prioritize Android?  What is the

4  impact of that on users?

5  **A.**   Well, imagine we don't have that prioritization.  And, you

6  know, just, for example, I don't know if you remember the

7  release date of the Mario game, but just imagine that you as a

8  user, you know, you're trying to think, "Well, which phone do I

9  buy at Christmas?"  You think about your child.  You're like,

10  "Oh, right, I better get the one that has the Mario game."

11  That means they're going to end up having fewer users.

12      And with fewer users in place, especially losing ones who

13  are likely to spend money on your app, then that means that

14  developers have less incentive to put more engineering time in.

15  And then you get less engineering time and, again, you start to

16  get a really negative feedback loop.  And that's what I mean by

17  feedback loop.  It's this sort of vicious cycle if you're not

18  able to make this work.

19  **Q.**   Now, Professor, are you saying that any one bad

20  interaction, like an inability to get the Mario game, is going

21  to trigger every consumer to go run out and buy a different

22  phone?

23  **A.**   No.  No.  I mean, it's not just one thing going wrong.  I

24  mean, it could be one thing, but it's really about this

25  cumulative process; that if as an Android user you're

**TUCKER - DIRECT / ROCCA**

1    constantly noticing that you have less great games, less great

2    apps, they don't work as well as your friends with iPhones,

3    cumulatively that means that when it comes to deciding "What

4    phone am I going to be buying next," you're going to remember

5    that, and it's going to drive you away from Android.

6    **Q.**    But, Professor, Professor Bernheim yesterday asserted that

7    users don't switch enough for Apple to be considered a

8    reasonable substitute in this context.  Did you agree with that

9    opinion?

10   **A.**    No, I didn't.

11   **Q.**    So before we get to switching, let's talk about new

12   buyers, which are different than switchers.  Do you agree with

13   that?

14   **A.**    Yes, I do.  I mean, if you remember that sort of little

15   weigh scale Dr. Bernheim had, none of those considerations

16   apply for new users.

17   **Q.**    Professor, have you considered how many consumers in a

18   given year are buying their very first smartphone?

19   **A.**    Yes, I have.

20   **Q.**    Approximately how many?

21   **A.**    It's millions.

22   **Q.**    Are Google and Apple competing to attract these consumers

23   so that their first smartphone purchase is an Android phone in

24   the case of Google or an iPhone in the case of Apple?

25   **A.**    Very much so.

TUCKER - DIRECT / ROCCA

1   **Q.**   And who are these new users, by the way?

2   **A.**   So they're often teenagers, people getting their first

3   smartphone.  Their parents have just allowed them their first

4   smartphone, so they're often teenagers.

5   **Q.**   Professor, have you seen any data on how that competition

6   between Google and Apple is shaping up?

7   **A.**   Yes, I have.

8   **Q.**   Can you please describe this demonstrative?

9   **A.**   Yes, of course.  This is saying when you look at

10  teenagers, that group of new users choosing what phone to buy,

11  87 percent of them have chosen an iPhone; and then when you

12  ask them what they're going to do next, it's 88 percent of them

13  are actually choosing an iPhone.

14  **Q.**   As an economist, are these sort of figures relevant to

15  your opinion?

16  **A.**   Yes, and I would say that they -- they're very relevant

17  and they also explain why it is that Android and the Play Store

18  have to compete so hard against Apple.

19  **Q.**   Now let's turn to the concept of switching.  Is it

20  possible for a user to switch between an Android device and an

21  iOS device?

22  **A.**   Yes, it is.

23  **Q.**   Dr. Bernheim mentioned that scale that you just mentioned

24  a moment ago suggesting that it's very difficult to switch.  Do

25  you agree with him?

TUCKER - DIRECT / ROCCA

1    **A.**    No, I don't.

2    **Q.**    What is this demonstrative?

3    **A.**    Well, this demonstrative is just reminding us that

4    technology has evolved, and over time it's become easier and

5    easier to pull things out of your mobile phone because a lot of

6    things are on the Cloud.

7         And this is an example of this, which is it's a screenshot

8    actually from the Google Play Store.  And if you go to the

9    Google Play Store, you will see an app by Apple that you can

10   download which allows you to take your stuff from your Android

11   phone and move it to iOS.

12   **Q.**    Professor, what's the name of this app?

13   **A.**    It's called Move to iOS.

14   **Q.**    And who was the developer of this app?

15   **A.**    This is Apple.  Again, something which Dr. Bernheim's

16   world doesn't seem to allow that this could be happening.

17   **Q.**    Is there anything else that's notable about this

18   particular screenshot?

19   **A.**    Yes.  I mean, I can't help but notice 100 million

20   downloads, number six in top three tools.  I mean this is

21   something.  It shows you there's real competition here and

22   people really are trying to move.

23   **Q.**    Professor, is there a difference between potential

24   switching and actual switching?

25   **A.**    Yes, there is.

**TUCKER - DIRECT / ROCCA**

1  **Q.**   What is the difference?  To an economist, is there a

2  meaningful difference?

3  **A.**   There is a difference in that as economists, we're

4  interested in the potential to switch.  And why is that?  Well,

5  if you look at actual switching, it could just reflect that

6  everyone's happy, that people like where they are.

7      What you're really interested in is the potential to

8  switch; that is, if the price got too high or the quality went

9  down, could people reasonably easily switch to an alternative.

10  That's what we're interested in.

11  **Q.**   Does the potential of a user switching from an Android

12  device to an iOS Apple device lead to more competition

13  between Google and Apple on their app stores?

14  **A.**   Yes.

15  **Q.**   Have you seen any actual switching data?

16  **A.**   Yes, I have.

17  **Q.**   Let's start with this one.  What is this data?

18  **A.**   So this is data from Google itself, and it's looking at

19  people who went out and purchased smartphones.  And the first

20  thing it does is it says:  Well, what were they considering

21  doing?  And it's saying that when you look at them, around a

22  third of all users were considering switching between iPhone

23  and Android.

24  **Q.**   Professor, there's a similar percentage for the iOS

25  users on the right side, 35 percent, but what's the second row?

TUCKER - DIRECT / ROCCA

1  **A.**   Oh, so the second row is then saying who actually

2  switched, and what you should take from that data is that

3  though about the same percent were thinking of switching, in

4  the end Android has this problem that more people ended up

5  switching to iPhone.  That's what we call asymmetry, and

6  that's something which suggests that Google's put under a lot

7  of competitive pressure because it's losing more users in this

8  competitive battle.

9  **Q.**   Professor, have you seen any other data or research on

10 switching?

11 **A.**   Yes, I have.

12 **Q.**   And what is this demonstrative?

13 **A.**   So this is from a company named Kantar.  And I know it's

14 late in the day, so just briefly, what's really important about

15 it is that if you look at that column Android to iOS, it says

16 not only is Android losing more users than iOS, but it's also

17 losing the most valuable users.

18     And by "valuable," I mean people who are buying expensive

19 smartphones and they're, therefore, likely to be in an income

20 bracket where they're spending a lot of money on apps.  So it's

21 telling you not only is Android losing users to iOS, but it's

22 losing the users it really doesn't want to be losing.

23 **Q.**   Professor, have any large developers looked at this

24 switching issue?

25 **A.**   Yes, they have.

**TUCKER - DIRECT / ROCCA**

1  **Q.**  And please explain to the jury what you're seeing here

2  with this slide.

3  **A.**  Yes.  So this was really interesting data because it came

4  from Meta.  That's the company which makes Facebook and

5  Instagram.  And what Meta can actually do is because you're

6  using an app, they can really measure people and they can say,

7  "Okay.  This person was using Android to access Facebook.

8  Let's see if they keep on using Android."  It's a very

9  detailed, granular way of thinking about switching.

10      And what you can see from this is we look at after one

11  year, from 2019 to 2020, 14 percent of people have stopped

12  using Android to access Facebook.  And then if we look over a

13  four-year period, it's really quite bad.  It's 34 percent of

14  people have just stopped using Android.

15  **Q.**  And, Professor, as an economist, is this level of

16  switching meaningful?

17  **A.**  Yes.  I mean, losing this much of your user base, this is

18  really meaningful.

19  **Q.**  Now, thus far we've been focusing a lot on Google and

20  Apple.

21      Beyond competition with Apple, does Google Play compete

22  against other meaningful alternatives?

23  **A.**  Yes, it does.

24  **Q.**  At a high level, can you briefly describe those

25  alternatives?

**TUCKER - DIRECT / ROCCA**

1    A.   Let me -- maybe if I use an example.  So if we were to

2    think about something, say, like Disney Plus, I could buy my

3    Disney Plus subscription on my PC, I could buy it on my

4    Smart TV as I ended up doing.  There's lots of different places

5    I could buy that Disney Plus subscription, and this also is a

6    real reasonable substitute for people who are looking to buy,

7    say, a Disney Plus subscription.

8    Q.   Let's move from Disney Plus and talk about Fortnite.

9         Have you evaluated the different ways that Epic Games have

10   transactions with Fortnite users?

11   A.   Yes, I have.

12   Q.   So, Professor, let's focus on Fortnite players who use

13   their Android devices to play the game.

14        Have you looked at the data to see how those users on

15   Android are doing transactions with Epic?

16   A.   Yes, I have.

17   Q.   Okay.  Is that what this slide shows?

18   A.   Yes.  It's showing four months of data, millions of

19   transactions where I'm looking at what happened in those

20   four months when Fortnite was available on the Play Store.

21   Q.   And what did happen?

22   A.   Well, what you can see is that when we look at people who

23   opened up Fortnite on their Android phones, we see that out of

24   their spending, only 13.9 percent of it was actually spent on

25   Android.

TUCKER - DIRECT / ROCCA

1  Q.  Why does this matter from a market-definition perspective?

2  A.  Well, it matters because, remember, we're thinking about

3  reasonable alternatives.  And what I can see here is that these

4  Android players, you know, who were using Android -- Fortnite

5  on their Android phones, actually had lots of other

6  alternatives for how they could spend their money on Fortnite

7  and that actually Android was just a very small proportion

8  really of what they were spending their money on.

9  Q.  So, Professor, does that mean that Epic can use Android

10  app stores to distribute Fortnite to consumers, collect money

11  from those consumers in lots of different ways, and never pay

12  anything to Google?

13  A.  That's right.

14  Q.  Now, yesterday Dr. Bernheim testified you cannot play

15  Fortnite on a console while riding in a bus.  Do you remember

16  that testimony?

17  A.  Yes, I do.

18  Q.  What was your reaction to that?

19  A.  Well, my reaction to that is that if you've ever played

20  Fortnite, you know that you can buy your V-Bucks anywhere and

21  then use them on the bus.  You don't have to buy the V-Bucks on

22  the bus as Dr. Bernheim seemed to think.  The way the in-game

23  currency works is you can buy it anywhere and then potentially

24  use it on your Android phone on that bus.

25  Q.  Professor, would the competitors who are covered in the

TUCKER - DIRECT / ROCCA

1   green bar, the 13.9 percent, prefer that that bar be

2   100 percent?

3   **A.**   They would absolutely love it, yes.  I mean, obviously any

4   one of these bars they would love to be 100 percent here, but

5   they're not.

6   **Q.**   And they're not because are they losing those sales to the

7   other alternatives to -- for Epic to transact with gamers?

8   **A.**   Yes.  I mean, they're losing these sales.  They'd love it

9   to be 100 percent, but instead it's not and people are spending

10  money elsewhere.

11  **Q.**   Now, this morning Professor Tadelis testified that

12  Google Play is the only game in town when it comes to billing.

13  Do you remember him testifying to that?

14  **A.**   Yes.

15  **Q.**   What does this data say about that opinion of Dr. Tadelis?

16  **A.**   Well, you know, I think it really brings into question I

17  think what Dr. Tadelis called this coercive tie, if you

18  remember.  I mean, we don't see that here.  Instead what we see

19  is Android users being able to play in-game currency in lots of

20  different places.

21  **Q.**   Professor, does this analysis differ, by the way, if you

22  look at data outside of the United States?

23  **A.**   No, it doesn't.  I think it goes down a fraction --

24  13.6 percent, something like that.  Android is pretty much the

25  same.

**TUCKER - DIRECT / ROCCA**

1  **Q.**   On the left side of this data, it shows iOS at

2  6.5 percent.  What is going on with that?

3  **A.**   Well, again, this is something which doesn't -- wouldn't

4  really be possible in Dr. Bernheim's world in that what we're

5  seeing there is that people who've opened up Fortnite on

6  Android are still spending money on iOS.  Android is not

7  getting all that money.

8  **Q.**   By the way, which competitors are covered in that gray bar

9  under -- above iOS?

10  **A.**   Well, as we've heard a few times, on iOS is only one app

11  store.  So that would be the Apple App Store.

12  **Q.**   In the green bar, what competitors are covered?

13  **A.**   So you notice I call that Android, and that's because it's

14  both Google Play and the other app stores on Android.

15  **Q.**   Let's talk about one of those other app stores just

16  briefly, though.

17      First of all, how widespread are alternative app stores on

18  Android devices?

19  **A.**   Well, I think we heard that very well from Dr. Gentzkow,

20  and I seem to recall him saying something like 67, 68 percent

21  of all phones have one of these app stores preinstalled.

22  **Q.**   We won't go through all of that again.

23      Does the existence of an alternative like the Samsung

24  Galaxy Store matter to a developer like Epic?

25  **A.**   Yes, it does, and I think we heard actually from

TUCKER - DIRECT / ROCCA

```
 1   Dr. Bernheim that Epic has put Fortnite on the Samsung
 2   Galaxy Store.
 3   Q.   Now, beyond the Samsung Galaxy Store, have you heard of --
 4   you've heard of web browsers; right?
 5   A.   Yes, I have.
 6   Q.   Have you heard of the web browser fortnite.com/android?
 7   A.   Yes, I have.
 8   Q.   What is the significance of fortnite.com/android?
 9   A.   Well, again it comes to these alternatives, and what's
10   important about it is that every phone has a mobile browser and
11   that you can use that mobile browser to go and visit
12   fortnite.com/android and buy in-game currency.
13   Q.   Have you seen any evidence as to whether American
14   consumers actually know how to use web browsers?
15   A.   Yes.  It won't surprise you to learn that American
16   consumers can use browsers; and, indeed, when I've looked at
17   the data about how these browsers are being used, unlike what
18   is suggested yesterday by Dr. Bernheim, what you see is people
19   really switching between, say, browsers and an app, you know,
20   especially for certain categories of apps, like news and social
21   media.
22   Q.   Now, is there any evidence that you've seen that Google
23   considers all of these different alternatives -- the Samsung
24   Galaxy Store, web browsers -- as potential competitors?
25   A.   Yes.
```

TUCKER - DIRECT / ROCCA

1    **Q.**   We'll move on to get things going.

2         Let's talk briefly about a part of Dr. Bernheim's

3    testimony called the SSNIP test.

4    **A.**   Oh, of course.

5    **Q.**   Do you recall that testimony?

6    **A.**   Yes, I do.

7    **Q.**   I think he also referred to the hypothetical monopolist

8    test.

9    **A.**   Yes, that's right.

10   **Q.**   Do you have any criticism of the use of a SSNIP test as

11   Dr. Bernheim described it during his testimony?

12   **A.**   Yes, I do.

13   **Q.**   Can you just briefly describe your assessment of that part

14   of his opinion?

15   **A.**   Yes, of course, and it helps explain why I didn't think

16   that a SSNIP test was appropriate to do here.  So you heard

17   from Dr. Bernheim that the SSNIP test is a technical thing that

18   economists can but don't always use when thinking about market

19   definition, but the issue comes from what the product is here

20   in using a SSNIP test.

21        Do you remember that Dr. Bernheim said there's a joint

22   need; app developers, app users?  But then when he described

23   his SSNIP test, it was done just from the perspective of an app

24   user and there was no attempt to incorporate any of these

25   feedback loops that we've talked about, which you really need

TUCKER - DIRECT / ROCCA

1    to do when you're thinking about a joint need.

2        So that's my critique of Dr. Bernheim, and also explains

3    why it was that I didn't think that a SSNIP test was something

4    which would be useful illuminating here.

5    **Q.**   Professor, a SSNIP test involves a test on price; is that

6    right?

7    **A.**   Yes, that's right.

8    **Q.**   Are there other elements of competition when it comes to

9    app stores specifically?

10   **A.**   Yes.  I mean, if you've been hearing all my examples, I've

11   been talking about quality and, you know, that's a really

12   important way that Google Play and Android is competing here.

13   **Q.**   Okay.  So we've been talking a lot about the product and

14   product market.  Can you just remind -- before we go to the

15   second opinion, can you just remind the jury, at the end of all

16   that testimony, what is your opinion with respect to the

17   relevant product market?

18   **A.**   So my opinion when it comes to relevant product market is

19   that plaintiff's experts got it wrong; and when you understand

20   that the product is the facilitation of interactions between

21   developers and app users, it becomes clear that Google's

22   competing both against Apple but also all these other means

23   that we saw those Fortnite users where they can actually also

24   be buying in-game currency.

25           **THE COURT:**  I'm sorry.  I'm having trouble.  What is

TUCKER - DIRECT / ROCCA

```
 1   the relevant product market?  So Dr. Bernheim described it,

 2   best of my recollection right now, as the in-app distribution

 3   of -- the distribution of apps within the Android OS.  Okay?

 4       What is your -- I don't understand.  What is your

 5   definition of the relevant product market?

 6               THE WITNESS:  So my relevant product market --

 7               THE COURT:  Talk into the microphone so everybody can

 8   hear you.

 9               THE WITNESS:  Oh, sorry.

10       My relevant product market is the facilitation of digital

11   content transactions.

12   BY MR. ROCCA:

13   Q.   Professor, is that a --

14               THE COURT:  Facilitation?  What do you mean by that.

15               THE WITNESS:  So when I say "facilitation," I mean

16   making sure that these interactions between app developers and

17   app users go well.

18   BY MR. ROCCA:

19   Q.   Professor, before we move on from that topic, is it

20   possible for a relevant product market to cover a service?

21   A.   Yes, it can.

22   Q.   And in your opinion, is Google Play providing a service to

23   developers on the one hand and app users on the other hand?

24   A.   Yes, that's right.

25   Q.   And what is the service that Google Play is providing?
```

SER-1115

TUCKER - DIRECT / ROCCA

1   **A.**   So, again, it would be the service is the facilitation of

2   these digital content transactions which cover both paid and

3   nonpaid interactions.

4   **Q.**   Now let's turn to the geographic market.

5        What is your opinion with respect to the geographic

6   market?

7        **THE COURT:**  I'm sorry.  I'm going to have to go back

8   to my question.

9        Okay.  What is a digital content transaction?

10        **THE WITNESS:**  So a digital content transaction is

11   describing both -- so it's a way of getting the content out of

12   the app, that's the digital content, and then it's getting it

13   in the hands of the app user, and it covers both paid and

14   nonpaid types of transactions.

15        **THE COURT:**  Okay.

16        All right.  Go ahead.

17   **BY MR. ROCCA:**

18   **Q.**   Professor, let's talk about the geographic market.

19        What is your opinion with respect to the geographic

20   market?

21   **A.**   So my opinion of the geographic market is that it's the

22   United States.

23   **Q.**   And what is geographic market for the purposes of

24   antitrust market definition?

25   **A.**   So geographic market is another layer we economists put

Case 3:21-md-02981-JD   Document 846   Filed 12/06/23   Page 225 of 245   2743

TUCKER - DIRECT / ROCCA

1   onto market definition, is that we don't just think about the

2   product, which we've just been talking about, but we also

3   think:  Well, where are the reasonable substitutes

4   geographically for that product?

5   **Q.**   Can you please give the jurors an example from everyday

6   life of geographic market?

7   **A.**   Yes.  We heard one yesterday from Dr. Bernheim.  If you

8   remember, he was talking about supermarkets in

9   Southern California, Northern California.  They're probably not

10   reasonable substitutes.  You're not going to drive to a

11   Northern California one if you live in L.A.

12   **Q.**   Professor, your opinion here is that the geographic market

13   is the United States.  Why?

14   **A.**   Well, it goes back to this idea of reasonable substitutes.

15   And what I did in my analysis was I looked to see, well, are

16   other app stores in other countries really reasonable

17   substitutes for app users looking to have one of these

18   interactions with an app developer.

19   **Q.**   Professor, what is this demonstrative that you've prepared

20   for the jury to discuss this point?

21   **A.**   So this is actually a screenshot of the Korean One Store,

22   and what I want you to look at -- so the One Store is an app

23   store based out of Korea, and what I want you to do is take a

24   look at it and ask yourself:  How easy would it be for the

25   majority of American app users to use this as an alternative,

PROCEEDINGS

```
 1        Look at the Spotify order.  That will give you the
 2   paradigm.  That should do it; right?
 3             MS. AMINIRAD:  Yes.  Thank you, Your Honor.
 4             THE COURT:  Okay.  Thanks very much.  I'll see you in
 5   the morning.
 6             THE CLERK:  All rise.  Court is in recess.
 7                  (Proceedings adjourned at 3:51 p.m.)
 8                            ---oOo---
 9
10                  CERTIFICATE OF REPORTER
11        I certify that the foregoing is a correct transcript
12   from the record of proceedings in the above-entitled matter.
13
14   DATE:   Tuesday, November 28, 2023
15
16
17
18        _____
19             Kelly Shainline, CSR No. 13476, RPR, CRR
20                  U.S. Court Reporter
21
22
23
24
25
```

Volume 14

Pages 2764 - 2854

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE            )
ANTITRUST LITIGATION,              )
                                   )   **NO. 21-md-02981-JD**
_____)
THIS DOCUMENT RELATES TO:          )
                                   )
EPIC GAMES, INC.,                  )
                                   )
          Plaintiff,               )
                                   )
  VS.                              )   **NO. 3:20-cv-05671-JD**
                                   )
GOOGLE, LLC., et al.,              )
                                   )
          Defendants.              )
_____)

San Francisco, California

Wednesday, November 29, 2023

**TRANSCRIPT OF PROCEEDINGS**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

TUCKER - CROSS / BORNSTEIN

```
 1            THE COURT:  Okay.  Let me give you a morning --
 2   Wednesday morning update.  We are almost certainly going to
 3   close evidence on Friday.  The parties have been working very
 4   hard towards that.  Okay?  So that will be the end of evidence.
 5        Next -- oh, cross-examination.
 6            MR. BORNSTEIN:  Thank you, Your Honor.
 7                  CATHERINE ELIZABETH TUCKER,
 8   called as a witness for the Defendant, having been previously
 9   duly sworn, testified further as follows:
10                     CROSS-EXAMINATION
11   BY MR. BORNSTEIN:
12   Q.   Professor Tucker, good morning.
13   A.   Good morning.
14   Q.   You would agree with me, as a starting point I hope, that
15   when defining an antitrust market, the key issue to understand
16   is the substitutability of different products; yes?
17   A.   Absolutely, yes.
18   Q.   And whether products are substitutes is evaluated from the
19   perspective of the consumer or the buyer; correct?
20   A.   Yes.  The two consumer groups, yeah.
21   Q.   And when you are defining a market, you are trying to
22   understand what the reasonable substitutes that a consumer or
23   buyer might turn to are; correct?
24   A.   Yes, that's right.
25   Q.   And in analyzing challenged conduct, an economist -- an
```

TUCKER - CROSS / BORNSTEIN

```
1    economist should use the smallest relevant market that meets

2    that market definition test; correct?

3    A.    Yes, that's right.  We look at reasonable substitutes.

4    Q.    Right.  And that constitutes the smallest relevant market

5    that meets that reasonable-substitutes test; right?

6    A.    Yes.

7    Q.    Okay.  Now I want to talk about whether your market

8    definition meets that agreed test.

9          Now, you define a market for the facilitation of digital

10   content transactions between developers and users; correct?

11   A.    Yes.

12   Q.    And to address a question that arose yesterday about what

13   digital content transactions are, they may include, for

14   example, the downloading of an app; correct?

15   A.    Yes.

16   Q.    And they may include the purchasing of content in an app,

17   like in-game currency or subscription; yes?

18   A.    Yes.  Digital content, yes.

19   Q.    And digital content transactions may also include

20   consuming content in an app, like reading the news or watching

21   a movie on Netflix; correct?

22   A.    Yes, that's correct.

23   Q.    So your market includes the facilitation of the

24   downloading of an app; correct?

25   A.    Yes, that's right.
```

TUCKER - CROSS / BORNSTEIN

1   **Q.**   And it includes the facilitation of the purchasing of

2   digital content in apps; correct?

3   **A.**   Yes, that's right.

4   **Q.**   And it includes the facilitation of the consuming of

5   content in apps; correct?

6   **A.**   Yes, that's right.

7   **Q.**   And by "facilitation," what you mean is making sure that

8   those various interactions are going well; yes?

9   **A.**   Yes, that's correct.

10  **Q.**   So you have defined a market for the making sure that

11  downloading an app, purchasing content in an app, and consuming

12  content in an app are all going well; yes?

13  **A.**   Yes, that's right.

14  **Q.**   Let's talk about how you got there.

15      You started your market definition process by focusing on

16  what you called the focal product, which in this case was the

17  focal product of Epic's allegations, Google Play; correct?

18  **A.**   Yes, that's right, the start of the conduct.

19  **Q.**   And that's not the product that you then used to do your

20  market definition analysis.  You didn't use the Google Play

21  Store; correct?

22  **A.**   So I used Android and the Play Store.

23  **Q.**   Let's go back and be sure we have this right.

24      In your view, the focal product of Epic's allegations is

25  the Google Play Store; correct?

**TUCKER - CROSS / BORNSTEIN**

```
 1   A.   So, yes, that's correct.

 2   Q.   All right.  And then when you went about deciding what the

 3   product market definition is, you did not use the Google Play

 4   Store; right?

 5   A.   So I used -- so, no.  I was focused on Android and the

 6   Play Store.

 7   Q.   What you used as the product for your market definition

 8   analysis was the facilitation of digital content transactions;

 9   am I right?  That's the product that you used.

10   A.   Yes, that's right.

11   Q.   Right.  And you did that because your view is that that's

12   what the Google Play Store does; right?

13   A.   Yes.  That's the need it fulfills.

14   Q.   Right.  You called it the Google Play Store's job to

15   facilitate digital content transactions; yes?

16   A.   Yes, that's exactly what I said.  Job is a way we express

17   needs when we're teaching.

18   Q.   Right.  Now, we can agree, I think, that the phrase "the

19   facilitation of digital content transactions" is not a phrase

20   that you saw in Google documents in those words; right?

21   A.   No.  No.  That's economist language.

22   Q.   And you didn't hear anyone during the course of the trial

23   from Google use that phrase or use those words?

24   A.   No.  As I say, that's economist language.

25   Q.   And just to be clear, you didn't see anybody from Apple,
```

TUCKER - CROSS / BORNSTEIN

1   for example, in the documents you reviewed from Apple talk

2   about the market in those terms; right?

3   A.   No, they didn't use my economist language.

4   Q.   Right.  So this is your economist's view, your

5   interpretation of what the job of Google Play is; correct?

6   A.   Yes.  That's how I describe it as an economist.

7   Q.   Okay.  You are aware, however, that when people at Google

8   describe what Google Play does, they call it app distribution;

9   correct?

10  A.   Yes, they do on occasions.

11  Q.   Right.  So, for example, in discussing Project Hug and

12  Project Banyan, you remember Google posed what it called an

13  existential question of "How do we continue to keep Play as the

14  preeminent distribution platform for Android?"  Do you recall

15  that?

16  A.   So I don't recall those exact words, but I'm sure that's

17  right.

18  Q.   All right.  And do you recall, again, in discussing

19  Project Hug and discussing Project Banyan, Google said that

20  "Major developers are increasingly considering distribution off

21  of Play"?

22  A.   Yes, I'm sure they said that.  I don't recall the exact

23  words.

24  Q.   All right.  And what you chose to do is, rather than

25  focusing on the specific words that people at Google used to

**TUCKER - CROSS / BORNSTEIN**

1  describe their business, is you applied your assessment as an

2  economist of what it is that was really going on; correct?

3  **A.**   So, no, I don't think that's quite correct.  I'm sorry.

4  **Q.**   All right.  Well, you did apply your assessment as an

5  economist of what you believe the job of the Google Play Store

6  was regardless of the fact that folks at Google use different

7  terminology; correct?

8  **A.**   Oh, yes.  So I used my terminology as an economist, which

9  I know is very economist of me --

10  **Q.**   Right.

11  **A.**   -- but it's not the case that that was divorced from how

12  people at Google were describing the job they were doing.

13  **Q.**   Right.  You saw other things you thought supported your

14  description of the product; right?

15  **A.**   Yes, that's right.

16  **Q.**   Right.  So you chose the things that you thought supported

17  your description of the project and ignored the things that you

18  thought supported Professor Bernheim's description of the

19  product; correct?

20  **A.**   I don't think that's quite fair, but --

21  **Q.**   Right.  And what an economist does when it reviews

22  materials is an economist makes a decision about what's really

23  going on from an economic perspective; right?  That's what you

24  did?

25  **A.**   So, again, when I read the documents, I read them through

TUCKER - CROSS / BORNSTEIN

1   the lens of someone who studies platform economics.  I mean,

2   that's what I do.

3   **Q.**   Right.  And so you --

4         THE COURT:  If I may, can I just jump in?

5         I'd just like to go back for a moment, Dr. Tucker.

6         So you've defined the relevant product as -- in your view,

7   as the facilitation of digital content interactions; right?

8         THE WITNESS:  I think I used specifically the word

9   "transactions," but I tend to use "interactions" because that's

10  how I teach it.

11        THE COURT:  Which one do you prefer?  "Interactions"

12  or "transactions"?

13        THE WITNESS:  I prefer "interactions" because I think

14  it describes better for people who are not in this field what's

15  going on, but I am aware that in antitrust economics the term

16  "transaction" --

17        THE COURT:  Well, you're here now.  Just whatever you

18  prefer.  You prefer --

19        THE WITNESS:  I prefer --

20        THE COURT:  You prefer "interaction."  Okay.

21        THE WITNESS:  -- the word "interaction," honestly.

22        THE COURT:  All right.  So in your opinion, the

23  relevant product is the facilitation of digital content

24  interactions.  Would that include a browser, for example?

25        THE WITNESS:  So, no.  This is how I would think of

SER-1126

TUCKER - CROSS / BORNSTEIN

1   that.  If you think about what I'm trying to get across with

2   the word "transaction," if that makes sense, is that you're

3   usually thinking about an instance where a platform can

4   actually add value and make things go well.  That's what I'm

5   thinking about.

6           THE COURT:  Well, a browser -- I think a browser -- I

7   don't want to derail the counsel's examination.

8       What -- in the online world, what is within your

9   definition of the relevant product market?  Are browsers

10  included?

11          THE WITNESS:  Yes, in the sense that I think of them

12  as an alternative for self-distribution for a developer wherein

13  some sense they're taking on a lot of the burden of making sure

14  the interactions with their app consumers are going well.

15          THE COURT:  All right.  So browsers --

16          THE WITNESS:  So in -- I'm sorry to interrupt.

17      But in more traditional IO language it's sort of the

18  ability to self-distribute, if that makes sense.

19          THE COURT:  All right.  So you would include browsers

20  in the relevant product market?

21          THE WITNESS:  Yes.

22          THE COURT:  Okay.

23      Okay.  Go ahead.

24  BY MR. BORNSTEIN:

25  Q.   And just to be clear on some of the terminology, in your

TUCKER - CROSS / BORNSTEIN

1   report that you provided in this action, you define the product

2   market as the facilitation of digital content transactions;

3   correct?

4   **A.**   Yes, that's right.  I was using the more technical term

5   from -- I don't want to bore everyone, but I think you know

6   where it comes from and why it was that I was using it; but

7   commonly when I'm teaching it, I use the word "interactions"

8   because I think it's more descriptive of what's going on.  Does

9   that make sense?

10  **Q.**   Thank you, Professor.

11       Now let's go back to this question of the narrowest

12  relevant market.

13       So you just explained to the Court your opinion with

14  respect to browsers.  You also believe that your market

15  includes Android operating system; correct?

16  **A.**   Yes.  I mean, as I explain, Play is a feature of the

17  Android operating system that allows this, yes.

18  **Q.**   Right.  Okay.  So the Android operating system, browsers.

19  You also have in your market the Google Play Store; correct?

20  **A.**   So, yes, I do, that's correct.

21  **Q.**   And in your view, in fact, the Google Play Store and the

22  Android operating system are not naturally pulled apart or

23  separable; correct?

24  **A.**   No.  I describe them as layers.

25  **Q.**   Right.  So that -- but to be clear, they are not naturally

**TUCKER - CROSS / BORNSTEIN**

1   **A.**   Yes, that's right.

2   **Q.**   Okay.  Now, we can agree I hope --

3         **THE COURT:**  Can I just jump in?

4         **MR. BORNSTEIN:**  Of course, Your Honor.

5         **THE COURT:**  I just want to make sure I understand

6   which is why I'm asking.

7         So, I mean, isn't everything on the Internet designed to

8   facilitate the delivery of digital content?  So I'm wondering,

9   what is your outer boundary of what's not in your vision or

10  understanding of the relevant product market?  What's not in

11  it?

12        **THE WITNESS:**  Okay.  That's a really good question.

13        So, first of all -- you know, so outside the product

14  market would be, of course, things which aren't reasonable

15  substitutes.  So things which are sort of cumbersome,

16  burdensome, not easy ways of delivering digital content.

17        **THE COURT:**  Can you name a couple for me -- for us?

18        **THE WITNESS:**  Yes.  I mean, of course.  Maybe if I use

19  sort of gaming examples, that might be helpful.

20        **THE COURT:**  It's up to you.

21        **THE WITNESS:**  Okay.  So, you know, say, for example,

22  if I'm Epic, you know, I produce digital content, and so, yes,

23  there's many ways I can share it with app users.  I also showed

24  those.  But, you know, there are other ways I could deliver

25  that digital content, you know, which wouldn't work so well.

2797

TUCKER - CROSS / BORNSTEIN

1       So, for example, if I was requiring people to go to

2   GameStop, that wouldn't be a good alternative.  I mean, that's

3   a bit like Dr. Bernheim's you have to go to a movie theater

4   leaving your -- leaving your house to go and consume digital

5   content.

6       **THE COURT:**  Okay.  So when you say going to GameStop,

7   you mean going to like a physical brick-and-mortar store to buy

8   a CD or a physical version of the game?

9       **THE WITNESS:**  Yeah.  So something -- if you're making

10  something for the Nintendo Switch, a cartridge like that, that

11  would be -- it's digital content --

12      **THE COURT:**  All right.

13      **THE WITNESS:**  -- but it's cumbersome and difficult in

14  the same way that the movie theater would be difficult and

15  cumbersome.

16      **THE COURT:**  Okay.  So what I hear you saying is you're

17  clearly excluding anything that's not online.  But is there

18  anything online that is not in the relevant product market as

19  you define it?  Anything online at all?

20      **THE WITNESS:**  Well --

21      **THE COURT:**  We've covered browsers, stores, operating

22  systems.  Is there anything online that is not part of your

23  definition of the relevant product market?

24      **THE WITNESS:**  So, I mean, I think because I'm

25  including the ability to self-distribute -- right? -- you know,

**TUCKER - CROSS / BORNSTEIN**

1    if you're Disney Plus, there's many ways I can get that app

2    content to you.  I'm including all the ways that you could do

3    that, and so that would include subscribing on my PC through a

4    website or even subscribing through my -- you know, we didn't

5    talk about it -- through a Smart TV would be another way.

6         So I would include all those ways just because we're

7    allowing for the possibility of self-distribution.

8              **THE COURT:**  Okay.

9         All right.  Please, go ahead.

10             **MR. BORNSTEIN:**  Thank you, Your Honor.

11   **BY MR. BORNSTEIN:**

12   **Q.**   I'll move to a new topic, Professor.

13        You criticized Professor Bernheim yesterday for defining a

14   market for third-party smartphone operating systems; right?

15   **A.**   Yes, that's right.

16   **Q.**   Okay.  But just to level set, you are aware that his

17   opinion is that in his market, the buyers are smartphone OEMs

18   like Samsung; correct?

19   **A.**   Yes.  That's the way he thinks about it.

20   **Q.**   Correct.  That's what I'm asking.

21        And in his market, the sellers are the providers of

22   operating systems like Google who provides Android; correct?

23   **A.**   Yes.  Again, that's how he does it.

24   **Q.**   Correct.  And in his opinion, the only real seller of

25   operating systems for smartphones today for third parties is,

**TUCKER - CROSS / BORNSTEIN**

1  in fact, Google selling Android, in his opinion?

2  **A.**   Yes, that's right.

3  **Q.**   Okay.  Now, you disagree with him as you're making very

4  clear; correct?

5  **A.**   Yes, I do.

6  **Q.**   All right.  You believe, in fact, there is no buyer-seller

7  relationship between the smartphone OEMs and Google; right?

8  **A.**   No.  I think they're partners.

9  **Q.**   Okay.  In your view, there are not even transactions

10  between the smartphone OEMs and Google; correct?

11  **A.**   So I don't think there's the kind -- so I don't agree with

12  his value exchange analysis, if that's what you mean by

13  "transactions."

14  **Q.**   I'm asking you, Professor.  Do you think that the license

15  agreements that the smartphone OEMs sign in order to get access

16  to Google Android are transactions?

17  **A.**   So, I mean, as a layperson would use the word, I'm sure

18  they're a transaction, though, it's affalconal (phonetic) to

19  what I'm talking about.

20  **Q.**   So they're transactions to a layperson, but they're not

21  transactions to you?

22  **A.**   Oh, I just meant I don't want you to get confused between

23  my digital content transactions and those transactions.  I just

24  mean, of course, any time you sign a contract, I, as a

25  layperson or an economist, maybe call that a transaction.

**SER-1132**

**MINER - CROSS / EVEN**

1    **A.**    Correct.

2    **Q.**    And you gave the testimony that was to the best of your

3    ability at the time under oath; correct?

4    **A.**    Correct.

5    **Q.**    And I asked you (as read):

6              "The same competition on a level playing field should

7         occur between Android Market, or later Google Play, and

8         any other store that another developer built; correct?"

9         And you said (as read):

10             "So there I -- I would say certainly the intent was

11        there maybe for that to be the case, sure."

12        Now, Android Market, the predecessor to the Google Play

13   Store, launched in October 2008; right?

14   **A.**    I'm sorry.  Repeat the question.

15   **Q.**    Android Market launched in October 2008; correct?

16   **A.**    That sounds about right.

17   **Q.**    And shortly after Android Market launched, it began

18   selling apps for money; correct?

19   **A.**    Not initially.  We didn't have billing initially, but it

20   took some time for us to implement the billing capabilities;

21   but, yeah, eventually there were paid-for apps.

22   **Q.**    Okay.  It took two or three months before paid apps

23   started being on Android Market; correct?

24   **A.**    Correct.

25   **Q.**    And to enable that, Google integrated into the

MINER - CROSS / EVEN

1    Android Market place a billing solution called Google Checkout;

2    correct?

3    **A.**    I think that's correct.  I forget exactly what we used for

4    the billing infrastructure.  I know we considered several.

5    **Q.**    Okay.  Google Checkout was developed and launched by a

6    different group within Google; correct?

7    **A.**    Correct.

8    **Q.**    And Google Checkout was a separate product from Android

9    and Android Market; correct?

10   **A.**    Correct.

11   **Q.**    And Google Checkout then evolved into becoming what today

12   is known as Google Play Billing; correct?

13   **A.**    Correct.

14   **Q.**    Now, one of the Android team's requirements for the

15   billing solution at the time was that it should cost less than

16   5 percent for Google to actually handle the payments.  Do you

17   recall that?

18   **A.**    I remember there was definitely overhead for handling the

19   payments.  I don't remember the exact number but, yes.

20   **Q.**    Okay.  But you remember that Google wanted to be able to

21   cover that, and Google announced to the world that the revenue

22   split for developers and others would be 75 to developer -- 70

23   to developers, 25 to carriers, and 5 percent to Google;

24   correct?

25   **A.**    Yeah.  That sounds like what we launched with, correct.

**MINER - CROSS / EVEN**

1  **Q.**   And Google announced that to the world and said Google is

2  not going to take a percentage.  Do you recall that?

3  **A.**   I do.

4  **Q.**   And when you left the Android organization in 2009, there

5  was no concrete plan to monetize Android Market; correct?

6  **A.**   I don't believe so, but I don't recall when.  Yeah, I

7  don't believe so when I left.  I think that was still the case.

8  **Q.**   Now, Android Market was not thought of as a profit center

9  for Google at the time; correct?

10  **A.**   I don't believe so, correct.

11  **Q.**   And you're aware, however, that at some point in time

12  after you left the Android mobile team, carriers began to

13  receive less than 25 percent of the revenue share and

14  Android Market or Google started to collect more; correct?

15  **A.**   Yeah.  I don't have any direct knowledge of how that

16  changed or when that changed.

17  **Q.**   But you know it changed; correct?

18  **A.**   I understand it changed, yeah.

19  **Q.**   Okay.  You're not aware of Google ever making any public

20  statement correcting the 2008 announcement that Google does not

21  take a percentage of Android Market revenue; correct?

22  **A.**   I don't -- I guess I'll say correct, but I don't know that

23  that's the right characterization of the question.

24  **Q.**   You don't remember such a statement saying "We used to not

25  take a cut, now we're taking a cut"?  You don't know of any

Case 3:21-md-02981-JD   Document 847   Filed 12/06/23   Page 91 of 91      2854

**PROCEEDINGS**

1    submission in advance or just to have that ready to discuss?

2         THE COURT:  Just tell me tomorrow.  Okay?

3         MR. BORNSTEIN:  Okay.

4         THE COURT:  Yeah.  Yeah.  You know, people file too

5    many things.  30 percent of my rulings are from the bench, and

6    every district judge is trending in that direction.  Some

7    district judges do 60.  We're -- you know, oral communicative

8    act is more than enough.  It's on the record.

9         MR. BORNSTEIN:  I can assure you I'm delighted by

10   Your Honor's answer.

11        THE COURT:  Okay.  Anything else for tomorrow?

12        MR. BORNSTEIN:  I don't think so, Your Honor.

13        MR. POMERANTZ:  I don't think so, Your Honor.

14        THE COURT:  Okay.  I'll see you in the morning.

15        THE CLERK:  All rise.  Court's in recess.

16             (Proceedings adjourned at 3:26 p.m.)

17                       ---oOo---

18             __CERTIFICATE OF REPORTER__

19        I certify that the foregoing is a correct transcript

20   from the record of proceedings in the above-entitled matter.

21

22   DATE:   Wednesday, November 29, 2023

23

24   _____

25        Kelly Shainline, CSR No. 13476, RPR, CRR
                  U.S. Court Reporter

Volume 15

Pages 2855 - 3065

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE           )
ANTITRUST LITIGATION,             )
                                  )   **NO. 21-md-02981-JD**
_____   )
THIS DOCUMENT RELATES TO:         )
                                  )
EPIC GAMES, INC.,                 )
                                  )
            Plaintiff,            )
                                  )
  VS.                             )   **NO. 3:20-cv-05671-JD**
                                  )
GOOGLE, LLC., et al.,             )
                                  )
            Defendants.           )
_____   )

San Francisco, California

Thursday, November 30, 2023

**<u>TRANSCRIPT OF PROCEEDINGS</u>**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

GENNAI - DIRECT / KRAVIS

1    showed some photos in the gallery.  That there's my contacts,

2    and also that there's three apps that have been installed that

3    weren't previously on the device --

4    **Q.**    Okay.

5    **A.**    -- Instagram, Snapchat, WeChat.

6              **MR. KRAVIS:**  And then can we resume the video to see

7    how that works?

8                     (Video was played but not reported.)

9              **MR. KRAVIS:**  Can we pause it there please?

10   **BY MR. KRAVIS:**

11   **Q.**    What did we just see in the video?

12   **A.**    So we saw the installation of the Move to iOS app.  I

13   think one of the things worth highlighting is the Google Play

14   Store showing that it has over 100 million installs.  It's a

15   very popular application.

16        Installing it, going through some of the flows to set it

17   up, choosing what I wanted to transfer from the Android phone

18   to the iPhone.  So I think I selected contacts, photos, and

19   apps.  There's a pairing procedure where you put the phones

20   beside each other and key in a code, and then the transfer

21   completed.

22   **Q.**    When you, yourself, did the process, how long did it take

23   you about start to finish?

24   **A.**    A couple minutes.

25   **Q.**    Now, finally, Mr. Gennai, we talked about your work on the

GENNAI - CROSS / MOSKOWITZ

1    Android team and your work on the Play Store specifically.

2         We can take that down.  Thank you.

3         During that time, how did you view the competition between

4    the Google Play Store and the Apple App Store?

5    **A.**   I don't think there was a day in those 10 years I did not

6    wake up thinking about what Apple was doing.

7    **Q.**   Thank you, Mr. Gennai.

8              **MR. KRAVIS:**  I pass the witness.

9              **THE COURT:**  Okay.  Go ahead.

10             **MS. MOSKOWITZ:**  Thank you, Your Honor.

11                        **CROSS-EXAMINATION**

12   **BY MS. MOSKOWITZ:**

13   **Q.**   Good morning, Mr. Gennai.

14   **A.**   Good morning.

15   **Q.**   You talked about your role reporting for -- to Jamie

16   Rosenberg.  You did that for about 10 years, from 2010 to 2020;

17   is that right?

18   **A.**   That's right.

19   **Q.**   And Mr. Rosenberg was a senior leader with oversight over

20   Android during that -- most of that period?

21   **A.**   He was a leader in the Android.  He didn't have oversight

22   over Android but, yes.

23   **Q.**   Let's talk about your role, though.

24        Your role and your team's role was kind of like an outside

25   management consultant's team; right?

GENNAI - CROSS / MOSKOWITZ

1   **A.**   That and a few other things.

2   **Q.**   Well, your team was not actually responsible for anything

3   in the business; right?

4   **A.**   For analytics, I was responsible for it.  I ran an

5   analytics team.  The consulting team, yes, I would agree with

6   what you're saying.

7   **Q.**   But analytics, by that you refer to like data crunching

8   and providing that data to folks who need it?

9   **A.**   That's correct.

10  **Q.**   Okay.  So if you include that in the business, can we just

11  put that aside for a second?

12       You and your team were not responsible for any of the

13  actual business decisions and business work that was going on

14  within Android in Google Play; correct?

15  **A.**   There were instances where I was more responsible, but

16  broadly the team was a consulting team.

17  **Q.**   Right.  You were brought in to help the business do

18  projects?

19  **A.**   In most instances, yes.

20  **Q.**   And in many instances you were basically in a support

21  role?

22  **A.**   An advisory role, yes.

23  **Q.**   And one of those advisory roles was project management,

24  like organizing meetings, setting up cadence of check-ins,

25  things like that?

**GENNAI - CROSS / MOSKOWITZ**

```
1    A.   Oh, great.  Sorry.

2    Q.   It's fine.  Do you see where I am?

3    A.   I do, yes.

4    Q.   OS is operating system?

5    A.   Yes.

6    Q.   "So while the number of operating system switchers is

7    small," do you see that?

8    A.   I do.

9    Q.   And then there's more switching behavior between Android

10   OEMs within Android than churn to iOS; correct?

11   A.   I'm sorry.  I'm not seeing that.

12   Q.   That's not there.  I'm just asking if you know.

13   A.   Do I know?

14   Q.   Yeah.  Do you know that?

15   A.   No.

16   Q.   All right.  Page 4, please.

17        Do you see where I am there?  It says (as read):

18             "There is more switching behavior between Android

19        OEMs than churn to iOS."

20        Do you see that?

21   A.   I do.

22   Q.   All right.  You can take that down.

23        Google's done some work to try to understand user behavior

24   in terms of why people switch; correct?

25   A.   Yes, I believe so.
```

GENNAI - CROSS / MOSKOWITZ

1    **Q.**   It's conducted studies to try to answer that question?

2    **A.**   That's right.

3    **Q.**   And those studies show that users do not typically switch

4    operating systems because of the app store; correct?

5    **A.**   I don't know.

6    **Q.**   Okay.  Let's look to 1766, which is in evidence.  So we'll

7    put that right on the screen.

8         This is a presentation entitled "Android Consideration

9    Likely Purchasers and Recent Purchasers."  Do you see that?

10   **A.**   Yes.

11   **Q.**   Let's just go to page 14 to level set here.

12        The bottom right-hand quadrant shows that only 17 percent

13   of Android users even considered switching operating systems

14   from Android to iOS.  Do you see that?

15            **MR. KRAVIS:**  Objection.  Lack of foundation.

16            **THE COURT:**  I'm sorry, which page is this?

17            **MS. MOSKOWITZ:**  Page 14, please, Your Honor, of 1766

18   in evidence.

19            **THE COURT:**  It's in evidence?

20            **MS. MOSKOWITZ:**  Correct, Your Honor.

21            **THE COURT:**  Okay.  Go ahead.  It's overruled.

22   BY MS. MOSKOWITZ:

23   **Q.**   The bottom right here shows 17 percent of Android users

24   even considered switching operating systems from Android to

25   iOS; right?

GENNAI - CROSS / MOSKOWITZ

```
 1   A.   I'm just trying to understand it.  Give me one moment.

 2   Q.   "Potential Switchers," do you see the heading on the

 3   screen?

 4   A.   Yes.

 5   Q.   Right.  And it talks about current OS on the left; right?

 6   That's a "Do I currently have an Apple iOS or do I currently

 7   have an Android"; right?

 8   A.   Yes.

 9   Q.   And there's a "Consider," an "Intend To," and an "Actually

10   Switched"; right?

11   A.   Yes.

12   Q.   So if I'm looking at the "Consider" column, that's telling

13   me how many current Android device owners are even considering

14   switching to iPhone; is that fair?

15   A.   Yes, I think that's what this survey is saying.

16   Q.   And, in fact, if you go to the right, only 7 percent

17   actually intended to switch from Android to iOS; right?

18   A.   I don't know if these two numbers are supposed to get

19   added together or the one is a subset of another.  That's the

20   only thing I would say.

21   Q.   Okay.  So you think that they might be added together?

22   A.   Right.

23   Q.   You just don't know?

24   A.   I don't know.

25   Q.   All right.  You understand that there's lots of -- you can
```

GENNAI - CROSS / MOSKOWITZ

```
 1   take that down.
 2       You understand there are lots of reasons why people may
 3   switch operating systems?
 4   A.   Yes.
 5   Q.   Camera, battery life, user interface, things like that?
 6   A.   Yes.
 7   Q.   You also understand there are lots of reasons why people
 8   do not switch; right?
 9   A.   Yes.
10   Q.   That includes having friends and family already with the
11   same device, or I already have a watch or a tablet or a TV in
12   the ecosystem; right?
13   A.   That's right.
14   Q.   And, in fact, iMessage, which we talked about earlier as
15   one of the coveted apps, that's another reason why people don't
16   move; right?
17   A.   Potentially.
18   Q.   All right.  And let's go back to 1766 in evidence to
19   page 37.
20       This is presenting top reasons for smartphone purchase.
21   Do you see where I am?  And it's on the screen.
22   A.   I do.
23   Q.   So there's 15 reasons why people are making a smartphone
24   purchase.  Do you see that?
25   A.   Yes.
```

GENNAI - CROSS / MOSKOWITZ

1    **Q.**   None of those reasons is the app store; right?

2    **A.**   It's a survey that had options.  So the list of options is

3    what's listed here.

4    **Q.**   So you're saying you didn't even put app store as even a

5    reason why people could pick to switch?

6    **A.**   I don't know who did this survey.

7    **Q.**   All right.  You testified on -- you can take that down,

8    please.

9         You testified on direct about the change in subscriptions

10   from 30 percent to 15 percent starting in the second year.  Do

11   you remember that?

12   **A.**   I did, yes.

13   **Q.**   So let's just walk through that a bit.

14        At some point in the first part of 2016, Google heard

15   rumors that Apple was going to lower that fee that it charged

16   developers for subscriptions down from 30 to 15 for year two

17   and beyond; right?

18   **A.**   I don't know that actually.

19   **Q.**   Oh, you didn't know that you guys knew about that before

20   Apple announced it?

21   **A.**   I don't recall it.

22   **Q.**   Okay.  Mr. Rosenberg was involved?

23   **A.**   Yes.

24   **Q.**   And after multiple meetings, the relevant business team,

25   including Mr. Rosenberg, actually decided to do nothing in

GENNAI - CROSS / MOSKOWITZ

```
 1            MS. MOSKOWITZ:  Your Honor, I offer Exhibit 596 into

 2    evidence.

 3            MR. KRAVIS:  No objection.

 4            THE COURT:  It is admitted.

 5         (Trial Exhibit 596 received in evidence.)

 6    BY MS. MOSKOWITZ:

 7    Q.   All right.  The e-mail is between you and a

 8    Mr. Krishnamachari; is that close enough?

 9    A.   Yes.

10    Q.   And the bottom e-mail is from you to Mr. Krishnamachari.

11    Do you see that?

12    A.   Yes.

13    Q.   All right.  And you mention a project in the second

14    paragraph here.  You talk -- you say that there's going to be a

15    project that a Mike is going to talk to him about.  Do you see

16    that?

17    A.   I do, yes.

18    Q.   And that project is your biggest Play priority for

19    Quarter 1; right?

20    A.   It would be my team's.

21    Q.   Your team's.  You and your team's biggest priority?

22    A.   Yes.

23    Q.   All right.  And your description of the essence of this

24    project is in the next paragraph that starts "Essentially";

25    right?
```

GENNAI - CROSS / MOSKOWITZ

1    **A.**   Yes.

2    **Q.**   And you say (as read):

3              "Jamie and Sameer" --

4         That's Mr. Rosenberg and Mr. Samat we saw earlier; right?

5    **A.**   Yes.

6    **Q.**   (as read):

7              "Jamie and Sameer are asking us to consider what

8         Google Play should do in the face of increasing app store

9         competition on Android."

10        Do you see that?

11   **A.**   I do, yes.

12   **Q.**   And, again, Jamie was your boss at the time?

13   **A.**   Yes.

14   **Q.**   And fair to say that Mr. Samat at this point in time at

15        least was the head of Android and Google Play business?

16   **A.**   Certainly Google Play.  I'm not sure about Android.

17   **Q.**   Okay.  But certainly Google Play?

18   **A.**   He led the engineering and -- the engineering component of

19        Google Play.

20   **Q.**   Fair to say that these two individuals were pretty senior

21        business people with oversight of business decisions with

22        respect to Android and Google Play?

23   **A.**   Yes, that is fair.

24   **Q.**   Okay.  And in your e-mail, you said that (as read):

25             "This increasing app store competition on Android you

GENNAI - CROSS / MOSKOWITZ

```
 1          talked about is coming from both OEMs and other large

 2          platforms."

 3          Do you see that?

 4   A.   Can you --

 5   Q.   That competition, that increasing app store competition on

 6   Android, is coming both from OEMs and other large platforms.

 7   Do you see that?

 8   A.   I do, yes.

 9   Q.   All right.  So let's break that down.

10          Let's start with OEMs.  Next to the OEMs in the second

11   line where it says "From OEMs," there's a parenthetical where

12   it says (as read):

13               "OEMs were looking to increase revenue and to

14          differentiate themselves with exclusive content."

15          Do you see that?

16   A.   It does not say "exclusive content."  It says "content,"

17   yes.

18   Q.   Differentiating themselves with content was a reference to

19   getting exclusive content, wasn't it?

20   A.   I don't think so, no.

21   Q.   Okay.  The way to differentiate themselves was to get

22   content that other people didn't have; right?

23   A.   I think you can -- no, not necessarily.  You can have a

24   competitive store by having similar content to other stores and

25   be complete.
```

GENNAI - CROSS / MOSKOWITZ

1    **Q.**   Okay.  So your reading of "differentiate devices with

2    content" has nothing to do with having content that others

3    don't have?

4    **A.**   No, it could include that.

5    **Q.**   Oh.

6    **A.**   I'm just saying it's not completely that.

7    **Q.**   So it includes having exclusive apps on their phones?

8    **A.**   It might.

9    **Q.**   It might, but you don't read it that way?

10   **A.**   I didn't write it, no.  I didn't write "exclusive content"

11   there.  I meant "content" more broadly of which exclusive

12   content may be a part of it.

13   **Q.**   Okay.  So I'm going to move on.

14       So "content" means apps?  At least we can agree on that

15   one?

16   **A.**   I mean, it could mean music and books and movies as well.

17   There was differentiation between OEMs on that sort of basis as

18   well, but apps would be a part of it, yes.

19   **Q.**   And the other type of large competition -- sorry -- app

20   store competition on Android was from large platforms, and it

21   says "Epic" here.  Do you see that?

22   **A.**   I do, yes.

23   **Q.**   And Epic at the time had a store on PC that it could bring

24   to mobile; right?

25   **A.**   Yeah, I believe so.

Case 3:21-md-02981-JD   Document 848   Filed 12/06/23   Page 66 of 212      2920

**GENNAI - CROSS / MOSKOWITZ**

1   **Q.**   And, in fact, you understood Epic had ambitions to bring

2   its store to Android; right?

3   **A.**   Yes, I believe we understood that.

4   **Q.**   And Epic had an extremely popular game at the time; fair?

5   **A.**   Yes.

6   **Q.**   And just to be clear, the app store competition we're

7   talking about -- you were talking about here is on Android;

8   right?

9   **A.**   That is correct.

10   **Q.**   Apple is not discussed here; correct?

11   **A.**   Not here, no.

12   **Q.**   And the Apple App Store is not discussed as a competitor

13   to Google Play in this e-mail?

14   **A.**   Not in this e-mail, no.

15   **Q.**   In fact, Apple, we all know, I think we've heard

16   *ad nauseam*, that Apple does not offer an app store on the

17   Android mobile devices; right?

18   **A.**   That is correct.

19   **Q.**   So to respond to increasing app store competition from

20   OEMs and large platforms like Epic, you report in this e-mail

21   that Mr. Rosenberg and Mr. Samat were willing to consider all

22   options.  Do you see that?

23   **A.**   I do, yes.

24   **Q.**   And those options could include changes to Google Play's

25   business model paying OEMs and more; right?

GENNAI - CROSS / MOSKOWITZ

```
 1   A.   Yes.
 2   Q.   And, in fact, Google did start paying OEMs revenue share
 3   on Google Play revenue after this; right?
 4   A.   In some instances, I believe that's right.
 5   Q.   That's the RSA 3.0 premier tier?
 6   A.   I don't remember the details, but that sounds roughly
 7   correct.
 8   Q.   All right.  We'll come back to that.
 9        So in Quarter 1 2019, same time that this was a priority
10   for you and your team, you did, in fact, do some thinking to
11   address the problem of increasing app store competition on
12   Android; right?
13   A.   Yes.
14   Q.   And I guess it's already in evidence, so I think I can
15   show it.  Exhibit 591 you were shown by your counsel to ask
16   about your mental impressions.  Do you remember that?
17            THE COURT:  That's now in evidence for the truth of
18   the contents.
19        Okay.  Go ahead.
20   BY MS. MOSKOWITZ:
21   Q.   You're with me?
22   A.   I am.
23   Q.   Okay.  And I just want to understand.  These weren't just
24   random musings or notes to self that you took, were they?
25   A.   They most certainly were.
```

GENNAI - CROSS / MOSKOWITZ

1  **Q.**  Okay.  I'm going to ask you to turn to the last page of

2  591 in your binder, and you're going to see there some

3  information about this document.  Do you see it?

4  **A.**  Yes.

5  **Q.**  It says "Author Paul Gennai at Google" -- "Paul Gennai";

6  right?

7  **A.**  Yep.

8  **Q.**  And it says the date that it was created, March 26, 2019;

9  right?

10  **A.**  Yes.

11  **Q.**  The file name "Play Problem Statement"?

12  **A.**  Yes.

13  **Q.**  Do you see "All Custodians"?

14  **A.**  Yes.

15  **Q.**  That's everybody whose files this document was found in.

16  Do you understand that, sir?

17  **A.**  I do.

18  **Q.**  So this document was shared with Mr. Rosenberg, Mr. Wang,

19  Ms. Kochikar, Mr. Samat, and I guess those folks; right?

20  **A.**  Yes.

21  **Q.**  Those are senior business people in the Google Play

22  business?

23  **A.**  They are.

24  **Q.**  So this wasn't kept just on your computer secretly, you

25  just sort of typing around a bunch of notes?

**WEISSINGER - DIRECT / BELL**

| | |
|---|---|
| 1 | **A.**   Correct. |
| 2 | **Q.**   And this chart defines the 260 million devices, that means |
| 3 | the number of devices compatible with Fortnite at the time of |
| 4 | the slide; right? |
| 5 | **A.**   That's correct. |
| 6 | **Q.**   And this means that Android devices, that as of the time |
| 7 | of this slide's preparation, those are the numbers that a user |
| 8 | could actually play the game on; right? |
| 9 | **A.**   That's correct. |
| 10 | **Q.**   Meaning the rest of the devices you can't -- the device |
| 11 | itself doesn't let you play the game; right? |
| 12 | **A.**   I'm not sure if that's correct. |
| 13 | **Q.**   With a good quality experience? |
| 14 | **A.**   In general, yes. |
| 15 | **Q.**   And above that number the graph shows that there are |
| 16 | 200 million, quote, "potential Fortnite-compatible devices"; |
| 17 | right? |
| 18 | **A.**   That's correct. |
| 19 | **Q.**   And so that means that Android devices, that as of this |
| 20 | time, a user could potentially play on; right? |
| 21 | **A.**   That's correct. |
| 22 | **Q.**   The last number on this side is 2.14B or billion; right? |
| 23 | **A.**   That's correct. |
| 24 | **Q.**   And that represents that at the time of the slide, there |
| 25 | were 2.14 billion Android devices that a user could play these |

**SER-1153**

Case 3:21-md-02981-JD   Document 848   Filed 12/06/23   Page 125 of 212   2979

WEISSINGER - DIRECT / BELL

1   other two games:  Call of Duty or PUBG: Mobile; right?

2   **A.**   Yes.

3   **Q.**   But they can't play Fortnite on it; right?

4   **A.**   That's correct.

5   **Q.**   So fair to say, Fortnite only worked on a small fraction

6   of Android phones; right?

7   **A.**   I wouldn't characterize it that way.

8   **Q.**   Turning to page 17.

9        This slide discusses something called a funnel conversion;

10  right?

11  **A.**   Yes.

12  **Q.**   And a funnel conversion in this context measures the rate

13  at which potential new users become actual users; right?

14  **A.**   I would phrase it a little bit differently but, in

15  general, yes.

16  **Q.**   And so the funnels here show how many potential users drop

17  off at various points in the process of getting from thinking

18  about starting the game to actually getting into the game;

19  right?

20  **A.**   Yes.

21  **Q.**   And this slide shows that the funnel for Fortnite, quote,

22  "suffers from drop-offs from possible sideloading frictions and

23  high min spec"; right?

24  **A.**   That's correct.

25  **Q.**   And then below that it shows the drop-off at a few key

**WEISSINGER - DIRECT / BELL**

1    steps a user would go through in order to download Fortnite;

2    right?

3    **A.**    That's correct.

4    **Q.**    This slide shows that 37 percent of new users drop off

5    during the first measurement step of users who went from

6    clicking download to actually opening the Epic Games app;

7    right?

8    **A.**    Yes, that 37 percent would abandon the process at that

9    point.

10   **Q.**    And this 37 percent drop-off is for some reason.  We don't

11   know from the slide what it is; right?

12   **A.**    We have a very good idea.

13   **Q.**    But it's not on the slide; right?

14   **A.**    The warning is in the image.

15   **Q.**    Okay.  And so there are other reasons why users would drop

16   off at this point; right?

17   **A.**    Perhaps.

18   **Q.**    In fact, let's turn to, again, your exhibit to page 24,

19   please.

20         Do you see across the top it says (as read):

21             "Download and patching process remains a challenge on

22         Mobile due to Fortnite download size relative to

23         competitors"?

24         Do you see that?

25   **A.**    I do.

WEISSINGER - DIRECT / BELL

1    Q.   And on the right-hand side there are two bullet points,

2    and the second bullet point says (as read):

3              "FNs" --

4         That's Fortnite; right?

5    A.   Correct.

6    Q.   (as read):

7              "Fortnite's final download size is much bigger

8         causing first load to take longer than any download step

9         of any competitor."

10        Right?

11   A.   That's what it says.

12   Q.   And common sense, in your experience as a marketing

13   director, tells you that when things take longer, some people

14   are just going to give up; right?

15   A.   That's correct.

16   Q.   So let's turn back to that funnel on page 17, please.

17        Now let's move to the second drop-off point.

18        So there's another -- there's another 40 percent drop-off

19   between opening the Epic Games app and passing Fortnite's

20   minimum specifications check; right?

21   A.   40 percent after the initial 37 percent.

22   Q.   To pass Fortnite's minimum specifications; right?

23   A.   Correct.

24   Q.   And, again, "min spec check" refers just to a check to

25   make sure that the game actually will work well on a user's

1

2

3                          **CERTIFICATE OF REPORTER**

4              I certify that the foregoing is a correct transcript

5      from the record of proceedings in the above-entitled matter.

6

7      DATE:   Thursday, November 30, 2023

8

9

10

11      _____

12             Kelly Shainline, CSR No. 13476, RPR, CRR
                       U.S. Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

Volume 16

Pages 3066 - 3293

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE      )
ANTITRUST LITIGATION,        )
                             )   NO. 21-md-02981-JD
_____  )
THIS DOCUMENT RELATES TO:    )
                             )
EPIC GAMES, INC.,            )
                             )
          Plaintiff,         )
                             )
  VS.                        )   NO. 3:20-cv-05671-JD
                             )
GOOGLE, LLC., et al.,        )
                             )
          Defendants.        )
_____  )

San Francisco, California

Friday, December 1, 2023

**TRANSCRIPT OF PROCEEDINGS**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

BERNHEIM - DIRECT / BORNSTEIN

1    slide shows what Professor Gentzkow claimed it showed?

2    **A.**   Right.   And the reason has to do with the fact that the

3    Android data blends together both Google Play and

4    non-Google Play use.

5        So let's go to the next slide, and I'll show you what's

6    going on.

7        Okay.   This is taking -- what I'm showing you now is usage

8    on Android -- on the left Google Play usage, on the left

9    non-Google Play usage -- before the Fortnite removal event.

10   Okay?

11       And there's a lot of non-Google Play usage relevant to

12   Google Play usage because it hadn't been available on

13   Google Play for very long.

14       Now let's see what happens after the Fortnite removal

15   event.   Look on the left-hand side.   You see that little sliver

16   of green.   That's showing you that just like with Apple, when

17   it was removed, usage of Fortnite on Google Play just cratered;

18   it almost completely disappeared.

19       Now, if off Google Play was a good substitute for

20   Google Play, what you should see is that as that drops, the

21   other one would go up commensurately.   People would go:   Okay.

22   I can't get it on Google Play, but I'll just download it

23   directly or I'll go to the Samsung Galaxy Store.

24       So that green bar on the right should have doubled, but

25   you can see it didn't change.   There's no indication here that

**SER-1159**

BERNHEIM - DIRECT / BORNSTEIN

1   any of those people are substituting to off Google Play.

2   **Q.**   And so what do you take away from that analysis?

3   **A.**   Well, Professor Gentzkow is just wrong about these

4   alternatives being good substitute -- good alternatives for

5   people to use on Android.

6   **Q.**   Let me actually go back to Professor Gentzkow's slide for

7   one moment.

8       Can you read what he put on the top of the slide?

9   **A.**   "Was Epic blocked?"

10  **Q.**   And what does that tell you about what he was looking at?

11  **A.**   Well, he's looking at whether it falls to zero.  That's

12  not the point.

13  **Q.**   Let's move to your second critique of Professor Gentzkow's

14  analysis about targeting competition.  Can you explain what you

15  are focusing on here?

16  **A.**   Yes.  One of the themes in my opening testimony was that

17  Google has pursued a strategy of responding to competition as

18  it emerges.  As a general matter, it doesn't have this really

19  broad-based policy, but it responds when it sees competition,

20  and that's a lot of the conduct.  It's very targeted.

21  **Q.**   Can you give an example of that conduct that you described

22  earlier this week?

23  **A.**   Sure.  A great example is RSA 3.0.  These are the Revenue

24  Sharing Agreements with the OEMs.  And as I described before,

25  this was in the context of Google responding to the emergence

Case 3:21-md-02981-JD   Document 849   Filed 12/06/23   Page 121 of 228   3186

BERNHEIM - DIRECT / BORNSTEIN

1   of the Chinese OEMs -- Xiaomi, Oppo, and Vivo, in particular --

2   who had their own app stores preinstalled on a large number of

3   their phones.

4       And this was the slide that I had showed before.  Just to

5   remind you, the Orange bars are showing you that for Xiaomi,

6   Oppo, and Vivo about 60 percent of their phones were covered

7   under this premier tier exclusion agreement, which basically

8   said you can't put anything but Google Play; you can't

9   preinstall anything but Google Play.  So it was targeted at the

10  ones who were emerging as competitors at that point in time.

11  **Q.**  Was there any targeting of Samsung as you reference in the

12  second bullet here?

13  **A.**  Well, there was, but it was different conduct.  So

14  responding to the RSA 3.0s, the premier tier preinstallation

15  exclusivity, Professor Gentzkow had said, "Well, you ought to

16  lump in Samsung with this," but there was different conduct

17  that was targeted at Samsung.

18      When you talk about a particular aspect of Google's

19  conduct, you have to evaluate it based on what it was

20  targeting.  That conduct wasn't targeting Samsung, so it makes

21  no sense to add Samsung in.

22  **Q.**  And let's talk about your last bullet here about Google

23  not needing to target existing Android phones.

24  **A.**  Right.  So here, you may remember Professor Gentzkow's pie

25  charts.  He had a couple of charts that seem to make the

BERNHEIM - DIRECT / BORNSTEIN

1    premier tier slice really, really tiny.  Right?  It was

2    7 percent or something like that.  There it is.

3        He got to this by including all phones, not just new

4    activations but all phones.  The thing is, we're talking about

5    preinstallations here; right?  You can't preinstall on a phone

6    that's already been sold.  It's too late.

7        The only thing that a competing app store can do is to try

8    and get preinstalled on the new phones being sold.  The old

9    phones aren't to be available to them.  So to be including

10   those here is really fundamentally misleading.

11   **Q.**   All right.  So stepping back just a minute from the

12   different specific conduct that you were talking about here,

13   taking it all together, can you explain the implications of

14   these errors in Dr. Gentzkow's failure to look at targeting on

15   the validity of his analysis?

16   **A.**   Sure.  He isn't focused on seeing whether the conduct is

17   effective where it applies, and that's the important thing to

18   try and evaluate, and it leads him into other errors.

19       So, for example, a couple times during his presentation he

20   said, "Look, this is how the competitors are doing over time

21   and here's the point in time where the conduct started, and you

22   don't see any change."

23       And the answer to that is:  Of course, you don't see any

24   change.  The competitors are really insignificant; and then you

25   get to the point where somebody starts to do something where

SER-1162

BERNHEIM - DIRECT / BORNSTEIN

1          Now, when you think about the right-hand side, look at the

2     things on the bottom there.  The second one from the bottom is

3     "Inattentiveness to app distribution costs when people buy

4     their phones."

5          I testified, and it is true, this is a well-established

6     principle, there's a large literature on it, that when people

7     buy durable goods, they don't pay that much attention to the

8     costs they'll incur during ownership.  They pay some attention,

9     but generally they significantly understate it and that dampens

10    the effects.

11         Similarly, the fact that people are purchasing apps all

12    the time but they only switch their phones once every 2.7 years

13    means that, you know, if Google raises its prices, there really

14    isn't much of a response for quite a while.

15    Q.   So what's the significance of the fact that -- for your

16    analysis of Professor Tucker's not having addressed these

17    different pieces of what's on each side of the scale that

18    you've put here?

19    A.   Well, given the ones she did not address, she could be

20    right about the others.  Even if she were right about the rates

21    of switching and things like that, and I don't agree with her,

22    but even if she were right about those points, my conclusion

23    would still be the same because of these other considerations

24    that I've just discussed.

25         You've got, you know, 50-odd cents, more for intense users

**BERNHEIM - DIRECT / BORNSTEIN**

1    but not that much more, weighed against these other things.  It

2    just is not going to be a significant factor.

3    **Q.**    And it won't be a significant factor in what, Professor?

4    **A.**    In people's decisions to switch phones, to switch to a

5    different platform in response to an increase in the price of

6    app distribution services on Android, a 5 percent increase.

7    **Q.**    Let's talk for a minute about developer substitution

8    between iOS and Android.  Can you remind us briefly what it

9    was you said on the subject?

10   **A.**    Well, I pointed out that developer substitution on the two

11   platforms is not a functional substitute; that they are --

12   developers are developing their apps for two largely different

13   populations, and that means that the profitability of investing

14   for one of those platforms is not very much affected by

15   investing in the other one.  In fact, it may even go up.  And

16   that means that this is not a functional substitute.

17   **Q.**    And how did Professor Tucker respond to that?

18   **A.**    She didn't agree -- she didn't disagree with that logic.

19   What she did is say, well, she thinks that maybe there are some

20   other considerations here that could create some sort of a

21   substitution in response.

22   **Q.**    And do you agree with her analysis on that front?

23   **A.**    Well, I think that the issue is that she hasn't

24   demonstrated that it matters in practice; and, in fact, there's

25   evidence that she herself presented that points to it not

Case 3:21-md-02981-JD   Document 849   Filed 12/06/23   Page 131 of 228   3196

BERNHEIM - DIRECT / BORNSTEIN

1   mattering very much.

2   **Q.**   What evidence are you referring to?

3   **A.**   Let's go to -- right -- this slide.

4        Now I want you to look at the last bar all the way over on

5   the right.  Okay?

6        In 2018, Google reduced its commission rate for

7   subscriptions from 30 percent to 15 percent.  Okay?  That's an

8   enormous reduction.  It's not one of these 5 percent SSNIPs.

9   It's an enormous reduction.

10       Apple did not respond until three years later according to

11  her analysis.  So you had a three-year period where there was

12  this enormous difference in commission rates for developers who

13  had subscription products.

14       Now, if developers were responsive -- as responsive as she

15  claims, there should have been a massive rush of developers

16  from the Apple platform, from iOS, to the Android platform

17  during that period.

18       Professor Tucker was asked about that, and she was unable

19  to name a single developer that it switched, and I think that

20  there was also some other testimony that was corroborative of

21  that.

22  **Q.**   Professor Bernheim, I have just one last subject I'd like

23  to address with you, which is there's been some testimony

24  during trial and from the economists from Google that other

25  stores also charge a 30 percent commission like Google Play.

BERNHEIM - DIRECT / BORNSTEIN

1   Do you remember that testimony?

2   **A.**   I do, yes.

3   **Q.**   Does that have any bearing on your opinion here?

4   **A.**   Well, I don't think it's -- I don't think it's accurate.

5   I don't think it captures the facts accurately.

6   **Q.**   Can you explain why that is?

7   **A.**   Sure.  Skipping ahead to the right slide.  Go back one.

8       Okay.  This is Professor Tucker's slide, and here she was

9   claiming that generally app stores have about the same

10  commission rates as Google Play, and there are several things

11  that are wrong with this slide.

12      The first thing is that it includes app stores on other

13  platforms.  And I said in my opening testimony that the

14  economics of other platforms are not the same.  That, you know,

15  on the game console platforms, when they charge 30 percent,

16  their margins are much, much lower.

17      So you can't -- if you make these -- this is an

18  apples-to-oranges comparison.  You just can't compare that

19  across platforms and have it be meaningful.  You have to take

20  into -- you would have to take into account all the

21  differences, including all the differences in costs, and

22  Professor Tucker hasn't done that.

23      So let's get rid of the ones that are on different

24  platforms.

25      Okay.  Now we're only left with a couple of things.

CHARGING CONFERENCE

1     **THE CLERK:**  All rise.  Court's in recess.

2              (Proceedings adjourned at 3:54 p.m.)

3                        ---oOo---

4

5              <u>CERTIFICATE OF REPORTER</u>

6         I certify that the foregoing is a correct transcript

7     from the record of proceedings in the above-entitled matter.

8

9     DATE:   Friday, December 1, 2023

10

11

12

13     _____

14         Kelly Shainline, CSR No. 13476, RPR, CRR
                  U.S. Court Reporter

15

16

17

18

19

20

21

22

23

24

25

# Deposition Designations of Asi Burak

*In re Google Play Store Antitrust Litigation,* 3:20-cv-2981, N.D. Cal.
*Epic Games, Inc. v. Google LLC, et al.,* 3:20-cv-5671, N.D. Cal.

**Burak**

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 26:06 | it is true too in mobile to Apple and | | |
| | 26:07 | Google.  Google specifically provides | | |
| | 26:08 | visibility to our games, especially if we | | |
| | 26:09 | would release new content or updated | | |
| | 26:10 | content, that visibility is featuring, it | | |
| | 26:11 | is basically giving it a prime position on | | |
| | 26:12 | the store.  It ensures -- it does quality | | |
| | 26:13 | assurance of the content that we put in and | | |
| | 26:14 | will report to us any issues they could see | | |
| | 26:15 | with technical bugs or localization | | |
| | 26:16 | mistakes, errors.  It provides | | |
| | 26:17 | us dashboards that we can see data | | |
| | 26:18 | analytics, and also can see red flags on | | |
| | 26:19 | crash rate, for example, that is an | | |
| | 26:20 | important measure. | | |
| | 26:21 | In the past when we were in | | |
| | 26:22 | discussions they also provided reports from | | |
| | 26:23 | time to time that are going more in depth | | |
| | 26:24 | into a certain game and they are giving a | | |
| | 26:25 | comparable to the genre, to let's say | | |
| | 27:01 | | | |
| | 27:02 | leading apps, anonymously, not naming them, | | |
| | 27:03 | but comparing them to where we are in terms | | |
| | 27:04 | of our performance.  These are a few that | | |
| | 27:05 | come to my mind, there are probably more, | | |
| | 27:06 | but these are the ones that jump to my | | |
| | 27:07 | mind. | | |
| | 27:08 | Q.  And in terms of the | | |
| | 27:09 | distribution itself, does Tilting Point | | |
| | 27:10 | derive value from the discoverability | | |
| | 27:11 | that's provided by distribution on the Play | | |
| | 27:12 | platform? | | |
| 27:15 - 28:15 | **Burak, Asi 2022-08-05** | | 00:01:37 | Burak.6 |
| | 27:15 | A.  Yes, just by the nature of | | |
| | 27:16 | being on that platform, the game is | | |
| | 27:17 | discovered by, you know, thousands, in some | | |
| | 27:18 | cases millions of players.  Compared to the | | |
| | 27:19 | other stores, Google is stronger in what we | | |
| | 27:20 | call emerging markets, so, you know, it is | | |
| | 27:21 | more global in nature compared to the Apple | | |

**2 / 11**

**SER-1169**

**Burak**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 27:22     store. | | |
| | 27:23     The nature of the audience, the | | |
| | 27:24     quality, is also affecting one of the most | | |
| | 27:25     important measures that we look at, which | | |
| | 28:01 | | |
| | 28:02     is LTV, the lifetime value of a user in a | | |
| | 28:03     certain game.  So, for example, I can | | |
| | 28:04     compare the value that I get on the Google | | |
| | 28:05     Store from a certain player in a game to | | |
| | 28:06     the value that I would get if I launched | | |
| | 28:07     the same game on Samsung, for example, | | |
| | 28:08     which would be the same exact build, the | | |
| | 28:09     same exact content, just distributed on | | |
| | 28:10     another Android device and not on the | | |
| | 28:11     Google Store, and the LTV that I get on the | | |
| | 28:12     Google Store would be much higher.  That's | | |
| | 28:13     why I would prefer to go and distribute on | | |
| | 28:14     Google Play and not necessarily put all I | | |
| | 28:15     have on Samsung. | | |
| 29:12 - 29:17 | **Burak, Asi 2022-08-05** | 00:00:19 | Burak.7 |
| | 29:12  Q.  What percentage of users who | | |
| | 29:13     download Tilting Point's apps make in-app | | |
| | 29:14     purchases? | | |
| | 29:15  A.  It could be as low as 3 | | |
| | 29:16     percent.  97 percent basically play for | | |
| | 29:17     free. | | |
| 36:03 - 36:07 | **Burak, Asi 2022-08-05** | 00:00:21 | Burak.8 |
| | 36:03  Q.  And in terms of Tilting Point's | | |
| | 36:04     efforts to maximize the success of a | | |
| | 36:05     developer whose game it is publishing, how | | |
| | 36:06     does the Google Play platform play into -- | | |
| | 36:07     play into that effort? | | |
| 36:10 - 36:24 | **Burak, Asi 2022-08-05** | 00:00:58 | Burak.9 |
| | 36:10  A.  Google Play would be one of the | | |
| | 36:11     two major stores that I would focus my | | |
| | 36:12     efforts on.  In most cases, when I meet the | | |
| | 36:13     developer they are already present on the | | |
| | 36:14     Google Store.  That said, there were cases | | |
| | 36:15     where I met a developer and they would be | | |
| | 36:16     only present on IOS, on the Apple Store, | | |

**Burak**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 36:17  and I would help them to extend their | | |
| | 36:18  presence to Google Store, because, again, | | |
| | 36:19  this is -- it is almost like a 101 must do | | |
| | 36:20  in mobile publishing, you need to be at the | | |
| | 36:21  very least on Apple and Google in order to | | |
| | 36:22  succeed, because 40 to 50 percent of your | | |
| | 36:23  revenue will most likely come from the | | |
| | 36:24  Google Store. | | |
| 44:22 - 44:25 | **Burak, Asi 2022-08-05** | 00:00:12 | Burak.10 |
| | 44:22  How does the distribution of free to | | |
| | 44:23  play games on the Google Play platform | | |
| | 44:24  allow Tilting Point to scale up games for | | |
| | 44:25  its developers? | | |
| 45:04 - 47:13 | **Burak, Asi 2022-08-05** | 00:03:28 | Burak.11 |
| | 45:04  A.  Think about the | | |
| | 45:05  Google Store app page, the game page, as a | | |
| | 45:06  window in the store or a shelf.  What I am | | |
| | 45:07  focusing on in most of my efforts is to | | |
| | 45:08  bring as many let's call it appropriate | | |
| | 45:09  customers to that page.  When I say | | |
| | 45:10  appropriate customers, I have the | | |
| | 45:11  sophistication to not only bring random | | |
| | 45:12  people to that store, but to bring the | | |
| | 45:13  people that will most likely enjoy playing | | |
| | 45:14  that specific product. | | |
| | 45:15  Google not only provides that | | |
| | 45:16  space that I send players to, whether I do | | |
| | 45:17  it with paid media or organically via | | |
| | 45:18  community efforts, it also provides tools | | |
| | 45:19  for me to understand how effectively I'm | | |
| | 45:20  doing it and how effectively they convert | | |
| | 45:21  to install the apps, the games, and how | | |
| | 45:22  effectively I can convert them later on to | | |
| | 45:23  be payers which, as we said, is a small | | |
| | 45:24  percentage.  Over time, and as I said, it | | |
| | 45:25  can be a lifecycle of years, I can also | | |
| | 46:01 | | |
| | 46:02  follow up the game performance and | | |
| | 46:03  understand how I monitor or fine-tune that | | |
| | 46:04  stream of players, right? | | |

**4 / 11**

**SER-1171**

**Burak**

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 46:05  Again, I'm trying not to go | | |
| | 46:06  into too much detail here, but basically my | | |
| | 46:07  interaction with Google Play and the | | |
| | 46:08  dashboard that provides data, it allows me | | |
| | 46:09  to maximize my efforts in getting the right | | |
| | 46:10  players and getting them to convert and | | |
| | 46:11  getting them to pay for my products, and | | |
| | 46:12  that's a service I'm giving the developers | | |
| | 46:13  obviously. | | |
| | 46:14  Q.  For those services that you | | |
| | 46:15  just described from the dashboard to the | | |
| | 46:16  featuring, does Google Play charge Tilting | | |
| | 46:17  Point for any of those services? | | |
| | 46:18  A.  Not specifically.  Obviously we | | |
| | 46:19  see it as a package and part of the 30 | | |
| | 46:20  percent platform fee on IAP.  I think | | |
| | 46:21  Google sees it the same, and it is part of | | |
| | 46:22  the expectations of a partnership. | | |
| | 46:23  The one thing I didn't mention, | | |
| | 46:24  sorry, is just because I think it is also | | |
| | 46:25  important, is what we call ASO.  I | | |
| | 47:01 | | |
| | 47:02  described that page as a storefront or a | | |
| | 47:03  shelf.  Google also provides me with tools | | |
| | 47:04  to optimize that presence, whether it is by | | |
| | 47:05  which keywords are going to be relevant, | | |
| | 47:06  which images are going to be most | | |
| | 47:07  attractive to allow players to convert, | | |
| | 47:08  etc.  But that's another interaction that | | |
| | 47:09  happens with the data and with the team. | | |
| | 47:10  Q.  Does Tilting Point, for these | | |
| | 47:11  services that you have described, does | | |
| | 47:12  Tilting Point derive value from the | | |
| | 47:13  provision of those services? | | |
| 47:16 - 47:16 | **Burak, Asi 2022-08-05** | 00:00:01 | Burak.12 |
| | 47:16  A.  Yes. | | |
| 74:18 - 74:19 | **Burak, Asi 2022-08-05** | 00:00:04 | Burak.13 |
| 11373.1 | 74:18  Q.  So do you recognize the | | |
| | 74:19  document | | |
| 74:21 - 75:09 | **Burak, Asi 2022-08-05** | 00:00:45 | Burak.14 |

Volume 17

Pages 3294 - 3442

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable James Donato, Judge

IN RE GOOGLE PLAY STORE            )
ANTITRUST LITIGATION,              )
                                   )   **NO. 21-md-02981-JD**
_____)
THIS DOCUMENT RELATES TO:          )
                                   )
EPIC GAMES, INC.,                  )
                                   )
            Plaintiff,             )
                                   )
  VS.                              )   **NO. 3:20-cv-05671-JD**
                                   )
GOOGLE, LLC., et al.,              )
                                   )
            Defendants.            )
_____)

San Francisco, California

Monday, December 11, 2023

**TRANSCRIPT OF PROCEEDINGS**

STENOGRAPHICALLY REPORTED BY:

Kelly Shainline, CSR 13476, RPR, CRR
Official United States Reporter

**CLOSING ARGUMENT / KRAVIS**

 1    developer console adding tools to help developers make Android

 2    versions of their apps better.  He told you about the kids

 3    choice section and promo codes and preregistration and

 4    subscription game services.  Each time one store makes an

 5    improvement and the other store responds.

 6         You also heard about this from Mr. Oliver, the Apple App

 7    Store guy.  In fact, you saw e-mails where he and his team are

 8    reacting to public announcements about improvements in the

 9    Play Store.  This is one example.  It's Exhibit 6848.

10         These changes don't happen right away.  You heard from the

11    witnesses they take time.  They affect thousands of developers

12    and billions of consumers.  And you saw examples where some

13    time passed between the service fee reductions or the store

14    improvements.  The key point here is these reductions and

15    improvements happened and Epic cannot explain why.

16         What Epic is really saying about competition between the

17    stores is:  We know better.  We understand better than the

18    people who actually work in these stores who their competition

19    is.

20         Maybe the clearest example of this was testimony from

21    Professor Bernheim.  We asked him (as read):

22              "Is the way you think about competition, like,

23         different from how people who actually work at these

24         companies think about competition?"

25         And here's what he said (as read):

**SER-1174**

**CLOSING ARGUMENT / KRAVIS**

1     "This makes no sense."

2         The word "compete" does not have some special meaning for

3     economists and a different meaning for the rest of us.  The

4     jury instructions you just heard do not have some special

5     definition of "competition."  You know what a competitor is.

6     It's someone you're trying to win business from.  This is true

7     for economists and it's true for the people who work at these

8     companies.

9         The reason you keep hearing the witnesses use the word

10    "competition" and the reason that you keep seeing documents

11    that say "competition" is because the stores actually compete.

12        This brings me to the second reason why Epic cannot win

13    this case.  The Play Store's competition is not just Apple.

14    App developers and consumers today have lots of choices.  They

15    have choices about where to distribute their apps, where to

16    download apps, and they have choices about where and how to

17    make digital purchases.

18        You heard about this from Professor Tucker.  She called

19    these digital interactions, downloading apps and making digital

20    purchases.  And she explained to you that these other choices,

21    these other places to engage in digital transactions are also

22    part of the relevant market because those other choices are

23    more competition for the Play Store.

24        Epic's own game Fortnite is a good example of all the

25    choices out there for developers to distribute their apps.

**SER-1175**

**CLOSING ARGUMENT / KRAVIS**

1    Epic can make Fortnite available to consumers in its own store

2    on PC, on consoles, on streaming services, and in the Apple App

3    Store.

4         Now, you heard Epic's counsel criticize Professor Tucker's

5    market definition, but Professor Tucker's market definition is

6    the only one you heard that takes into account all of these

7    other choices that actually exist in the real world for

8    consumers and developers.

9         Professor Bernheim's definition of the market just

10   pretends as though these other choices don't exist.  And the

11   same is true of Epic's closing argument.  All those charts Epic

12   showed you, the big green wall I think was how my colleague

13   described it, what's missing from all of those charts is these

14   other choices that consumers and developers have, the Apple App

15   Store and all the others.

16        On Android, Epic can also choose to distribute its app

17   through another app store, like the Samsung Galaxy Store.  This

18   is a choice that Epic does not have on the iPhone.  This is

19   the home screen of a Samsung Galaxy phone, and you can see

20   right here on the home screen Samsung preinstalls its own app

21   store, the Samsung Galaxy Store, right next to the Play Store.

22        This right here is competition built into about

23   100 million Android phones in the United States and about

24   1 billion Android phones around the world.

25        On Android, developers like Epic can also distribute their

**SER-1176**

Case 3:21-md-02981-JD    Document 867    Filed 12/12/23    Page 150 of 150

1

2

3                    __CERTIFICATE OF REPORTER__

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:   Monday, December 11, 2023

8

9

10

11    _____

12         Kelly Shainline, CSR No. 13476, RPR, CRR
                  U.S. Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on December 27, 2024.

I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

/s/ Gary A. Bornstein
Gary A. Bornstein