# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | Nos. 24-6256, 24-6274, 25-303

**Case Name** | Epic Games, Inc. v. Google LLC, et al.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Google requests an emergency administrative stay of ¶¶ 4-7, 9-10, and 13 of the District Court's permanent injunction, Dkt. 1017, Epic Games, Inc. v. Google LLC, et al., No. 3:21-md-02981-JD, pending Google's forthcoming motion to stay pending further appellate proceedings.

Relief is needed no later than *(date)*: August 4, 2025

The following will happen if relief is not granted within the requested time:

> Crucial provisions of the District Court's injunction are set to take effect 14 days from the Court's decision yesterday. If this Court does not grant Google's emergency administrative stay motion, Google must make immediate changes to the Google Play Store in just 14 days--before this Court could resolve a motion for a partial stay of the injunction pending further appellate proceedings. Those changes will impact over 100 million U.S. users and more than 500,000 app developers. Requiring these changes to be implemented on such a short time frame exposes users to substantial risks and threatens to jeopardize the entire Android ecosystem.

I could not have filed this motion earlier because:

> Google is filing this motion less than 24 hours after this Court issued its decision affirming the District Court's injunction and denying Google's stay motion as moot.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

I requested this relief in the district court or other lower court: ☐ Yes  ☉ No

If not, why not:

> Google is seeking emergency relief in response to this Court's decision which denied Google's stay motion without addressing Google's request for 30 days to come into compliance if the motion was denied. Plus, given the imminent compliance deadline, seeking relief from the district court first would be impracticable.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ☉ Yes  ☐ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: July 31, 2025

By *(method)*: Email

Position of other parties: Epic Games does not consent to this motion

Name and best contact information for each counsel/party notified:

> Gary Bornstein
> GBornstein@cravath.com
> Counsel for Epic Games, Inc.

I declare under penalty of perjury that the foregoing is true.

**Signature** /s/ Jessica L. Ellsworth    **Date** Aug 1, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov