UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 1 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation _____<br><br>EPIC GAMES, INC., a Maryland Corporation,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>GOOGLE LLC; et al.,<br><br>        Defendants - Appellants. | No. 24-6256<br><br>D.C. Nos.<br>3:21-md-02981-JD<br>3:20-cv-05671-JD<br>Northern District of California, San Francisco<br><br>ORDER |
| EPIC GAMES, INC.,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>GOOGLE LLC; et al.,<br><br>       Defendants - Appellants. | No. 24-6274<br>D.C. No.<br>3:20-cv-05671-JD<br>Northern District of California, San Francisco |
| EPIC GAMES, INC., a Maryland Corporation,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>GOOGLE LLC; et al., | No. 25-303<br>D.C. No.<br>3:20-cv-05671-JD<br>Northern District of California, San Francisco |

Defendants - Appellants.

Before: McKEOWN, FORREST, and SANCHEZ, Circuit Judges.

Google LLC ("Google") has filed an emergency motion for an administrative stay of the district court's permanent injunction, entered October 7, 2024, pending Google's forthcoming motion to stay the injunction pending further appellate proceedings. Google's emergency motion (Dkt. Entry No. 201) is granted. Google should file its motion to stay the injunction pending further appellate proceedings no later than August 8, 2025.