

**NEAL KATYAL**
*Partner*
1101 New York Avenue NW | Washington, DC 20005
T: +1 (202) 835-7505
nkatyal@milbank.com | milbank.com

August 18, 2025

**BY ACMS**

Molly C. Dwyer, Clerk
United States Court of Appeals
 for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Re: *Epic Games, Inc. v. Google LLC*, Nos. 24-6256, 24-6274, 25-303

Dear Ms. Dwyer:

I represent Appellants Google LLC, *et al.* ("Google"), in the above-captioned matter. On August 8, 2025, Google moved for a stay of the District Court's permanent injunction pending Google's petition for rehearing and, if necessary, certiorari. ECF No. 206. Under Federal Rule of Appellate Procedure 27(a)(3)(A), Appellee Epic Games, Inc. filed its opposition brief ten days later, on August 18, 2025. ECF No. 218; *see* ECF No. 204.

I am writing to inform the Court that Google intends to file a reply in support of its motion to stay. Rule 27 allows a moving party to file a "reply to a response" so long as it is "filed within 7 days after service of the response." Fed. R. App. P. 27(a)(4). Accordingly, unless the Court sets a different date, Google intends to file its reply on Monday, August 25, 2025.

Respectfully submitted,

/s/ Neal Kumar Katyal
Neal Kumar Katyal

*Counsel for Appellants*

CC All Counsel of Record via ACMS