UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: Google Play Store Antitrust Litigation<br>_____<br><br>EPIC GAMES, INC., a Maryland Corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GOOGLE LLC; et al.,<br><br>        Defendants - Appellants. | No. 24-6256<br><br>D.C. Nos.<br>3:21-md-02981-JD<br>3:20-cv-05671-JD<br>Northern District of California, San Francisco<br><br>ORDER |
| EPIC GAMES, INC.,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GOOGLE LLC; et al.,<br><br>       Defendants - Appellants. | No. 24-6274<br><br>D.C. No.<br>3:20-cv-05671-JD<br>Northern District of California, San Francisco |

| | |
|---|---|
| EPIC GAMES, INC., a Maryland Corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>GOOGLE LLC; et al.,<br><br>        Defendants - Appellants. | No. 25-303<br><br>D.C. No. 3:20-cv-05671-JD<br>Northern District of California, San Francisco |

Before: McKEOWN, FORREST, and SANCHEZ, Circuit Judges.

    The panel has unanimously voted to deny Google LLC's petition for rehearing. Judge Forrest and Judge Sanchez have voted to deny the petition for rehearing en banc, and Judge McKeown so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

    The petitions for rehearing and rehearing en banc are **DENIED**.