**(ORDER LIST:  607 U.S.)**

**MONDAY, OCTOBER 6, 2025**


**ORDER IN PENDING CASE**

25A354      GOOGLE LLC, ET AL. V. EPIC GAMES, INC.

The application for partial stay presented to Justice Kagan and by her referred to the Court is denied.